TIMOTHY M. BURGESS
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON, | ) Case No. 4:06-cv- |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) NOTICE OF REMOVAL |
| LINDA RUNDELL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant, by and through counsel, gives notice to this Court of the removal of this action from state court. The notice is based on the following:

1. The Plaintiff filed his Complaint against the Defendant in the Superior Court for the States of Alaska at Fairbanks. The plaintiff alleges that the defendant, Linda Rundell, committed the torts of slander and harm to reputation.

Timothy M. Burgess, United States Attorney for the District of Alaska, has certified that the above-named defendant, Linda Rundell, was acting within the scope of her employment with the Bureau of Land Management, at the time of the allegations in Plaintiffs' Complaint.

    2.    On December 27, 2005, "BLM State Director, Linda Rundell" was working at the BLM office and the office was served with a copy of the Summons and Complaint, which was served by regular certified mail. The United States Attorney has not been served with any of the pleadings in this case as of the date of the filing of this Notice of Removal; however, a copy of the summons and Complaint served on The Bureau of Land Management ("BLM") is attached hereto.

    3.    This Notice of Removal is brought pursuant to 28 U.S.C. §§ 1442(a)(1), 1446 and 28 U.S.C. § 2679(d)(2).

    4.    Pursuant to 28 U.S.C. § 2679(d)(2), no bond is required to be attached to this Notice of Removal.

    5.    Notice of Filing Removal of a Civil Action together with a copy of this Notice are simultaneously being filed in the state court where the action is pending.

Respectfully submitted January 18, 2006,

                           TIMOTHY M. BURGESS
                           United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2006,
a copy of the foregoing Notice of Removal
was served on:

Mark N. Wayson
c/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709

by regular U. S. mail.

    s/ Susan J. Lindquist
Office of the U.S. Attorney

3