IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

MARK N. WAYSON )
)
)
PLAINTIFF, )
)
Vs. )
)
LINDA RUNDELL )
)
DEFENDANT )
)
)



DEC 20 2005

Case No. 4FA-05

## JURY DEMAND

A jury trial of all issues so triable is hereby demanded by the undersigned.

Dated: December 16, 2005 .

Mark N. Wayson (pro se)