RECEIVED

JAN 3 1 2006

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| Vs. | ) |
|  | ) |
| LINDA RUNDELL and the | ) |
| UNITED STATES OF AMERICA | ) |
|  | ) |
| Defendants. | ) |
|  | )   4:06-Cv 1 (JWS) |

**RESPONSE TO MINUTE ORDER FROM CHAMBERS January 24, 2006**

Plaintiff has filed in State Court, a Complaint, Amended Complaint, Jury Demand,

and Summons, which are attached.

Service list:   Linda Rundell, Defendant.
        1474 Rodeo Drive
        Santa Fe New Mexico, 87505
        Tel: (505) 438 7501

Wayson v. Rundell, 4:06 Cv
1-30-06 Response to Order from Chambers

1

Defendant's counsel of record is:

>Asst. U.S. Attorney Susan J. Lindquist
>Federal and Court Building
>222 W 7th Ave. #9  Rm. 253
>Anchorage Alaska  99513-7567
>Tel:  907 271-2344
>Fax: 907 271 2344

Dated: January 30, 2006

_____
Mark N. Wayson, pro se

CERTIFICATE OF SERVICE  (this document only)
The undersigned hereby certifies
that on this  31  day of  JAN,
2006, a  copy of the foregoing was
served by mail on:

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv
1-30-06 Response to Order from Chambers

2