**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To _Linda Rundell_
Street, Apt. No.; or PO Box No. _1474 Rodeo Road_
City, State, ZIP+4 _SANTA FE  NEW MEXICO  87505_

PS Form 3800, June 2002          See Reverse for Instructions

7005 2570 0000 4604 7934

---

IN THE DISTRICT/SUPERIOR COURT FOR
AT _FAIRBANKS_

_MARK N. WAYSON_

  Plaintiff(s),

vs.

_LINDA RUNDELL_

  Defendant(s).

CASE NO. _4FA-05-2701_ CI

**SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT**

To Defendant: _LINDA RUNDELL_

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at (address): _101 Lacy Street, FAIRBANKS, AK, 99701_ within 20 days* after the day you receive this summons.

In addition, a copy of your answer must be sent to:
  Plaintiff's attorney or plaintiff (if unrepresented): _MARK WAYSON_
  Address: _c/o Wickwire_
  _2775 Hanson Rd., Fairbanks, AK 99709_

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form Notice of Change of Address / Telephone Number (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

**NOTICE OF JUDICIAL ASSIGNMENT**

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge _Pengilly_.

(SEAL)

_December 20, 2005_          By _____
Date                             Deputy Clerk

* The state or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 (10/05)(st.3)                    Civil Rules 4, 5, 12, 42(c), 55
SUMMONS