DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071 - Phone
(907) 271-2344 - Fax
susan.lindquist@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>LINDA RUNDELL and UNITED<br>STATES OF AMERICA,<br><br>                    Defendants. | Case No. 4:06-cv-1-JWS<br><br>**NOTICE OF COMPLIANCE** |

Defendant, Linda Rundell, in her official capacity, notifies this Court of the compliance of this action from state court. The following is a list of all the pleadings received from state court. The authenticated record is attached.

| PLEADINGS | DATE | INDEX NO. |
|---|---|---|
| Complaint | 12/20/05 | 1 |
| Summons and Judicial Assignment | 12/20/06 | 2 |
| Jury Demand | 12/20/06 | 3 |
| Amended Complaint | 01/13/06 | 4 |
| Notice of Removal | 01/18/06 | 5 |
| Notice of Filing Removal of a Civil Action | 01/18/06 | 6 |

Respectfully submitted this 3rd day of February, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2006,
a copy of the foregoing Notice of Compliance
was served by electronic mail on:

Mark N. Wayson
markonwayson@yahoo.com

s/ Susan J. Lindquist