DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071 - Phone
(907) 271-2344 - Fax
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON,<br><br>    Plaintiff,<br><br> v.<br><br>LINDA RUNDELL and UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 4:06-cv-1-JWS<br><br>**SERVICE LIST** |

  Defendant, Linda Rundell, in her official capacity, hereby files its service list of all the parties, as ordered by the Court on January 24, 2006.

  For Plaintiff:
  Mark N. Wayson
  c/o Thomas Wickwire
  2775 Hanson Road, Suite 1
  Fairbanks, AK 99709
  E-mail: markonwayson@yahoo.com

<u>For Defendant, United States of America</u>:
Susan Lindquist
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071 - Phone
(907) 271-2344 - Fax
susan.lindquist@usdoj.gov

<u>For Defendant, Linda Rundell (in her official capacity)</u>:
Susan Lindquist
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071 - Phone
(907) 271-2344 - Fax
susan.lindquist@usdoj.gov

<u>For Defendant, Linda Rundell (in her personal capacity)</u>:
Representation not authorized at this time, but anticipated that it will be Ms. Lindquist.

Respectfully submitted this 3rd day of February, 2006, in Anchorage, Alaska.

                          DEBORAH M. SMITH
                          Acting United States Attorney

                          s/ Susan J. Lindquist
                          Assistant U. S. Attorney
                          222 West 7th Ave., #9, Rm. 253
                          Anchorage, AK 99513-7567
                          Phone: (907) 271-3378
                          Fax: (907) 271-2344
                          E-mail: susan.lindquist@usdoj.gov
                          AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2006,
a copy of the foregoing Service List
was served by electronic mail on:

Mark N. Wayson
markonwayson@yahoo.com

s/ Susan J. Lindquist