DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON,<br><br>              Plaintiff,<br><br>      v.<br><br>LINDA RUNDELL.<br><br>              Defendant. | Case No.  4:06-cv-1-JWS<br>**UNITED STATE'S MOTION TO SUBSTITUTE THE UNITED STATES FOR LINDA RUNDELL AS THE DEFENDANT FOR COMMON LAW TORT ALLEGATIONS AND DEFENDANT RUNDELL, IN HER OFFICIAL CAPACITY'S MOTION TO CHANGE THE CAPTION TO IDENTIFY THAT SHE IS BEING SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY** |

Defendant, the United States, through counsel, moves to have the caption changed to reflect that by operation of law it is the proper Defendant to defend the claims of slander and harm to reputation alleged in the complaint. See 28 U.S.C. § 2679(d)(1). Under the statute, upon certification by the Attorney General that an employee was acting

within the scope of her federal employment at the time the act occurred, "the United States shall be substituted as the party defendant."

Defendant Linda Rundell, in her official capacity, through counsel, moves the Court to amend the caption to reflect that Mr. Wayson is suing Ms. Rundell in both her official and individual capacities. He is suing her in her official capacity because he alleges that Ms. Rundell "performed the above acts under color of law or authority." Amended Complaint ¶ 26. He is suing her in her individual capacity because he alleges that Ms. Rundell "abused her power and authority by acting outside the scope of her employment as a BLM employee . . . ." Amended Complaint ¶ 8. He claims Ms. Rundell violated his constitutional right of free speech. Amended Complaint at ¶ 6.

It is important to acknowledge that Mr. Wayson is suing a federal employee for acts taken both within and without the scope of her employment because there is a different requirement for service of a Complaint against a federal employee who is sued in her individual capacity for acts done outside the scope of her employment. Moreover, there are administrative exhaustion requirements for claims brought against a federal employee in her official capacity. Therefore, Defendant Ms. Rundell, in her official capacity, asks this Court to amend the caption to reflect the distinct capacities in which she is sued.

Counsel has lodged an order for the Court's use.

Respectfully submitted this 6th day of February, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2006,
a copy of the foregoing **UNITED STATE'S MOTION TO SUBSTITUTE THE UNITED STATES FOR LINDA RUNDELL AS THE DEFENDANT FOR COMMON LAW TORT ALLEGATIONS AND DEFENDANT RUNDELL, IN HER OFFICIAL CAPACITY'S MOTION TO CHANGE THE CAPTION TO IDENTIFY THAT SHE IS BEING SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY** & DRAFT ORDER
was served by electronic mail on:

Mark N. Wayson
markonwayson@yahoo.com


s/ Susan J. Lindquist