IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON,<br><br>              Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA &<br>LINDA RUNDELL, in her official and<br>individual capacities,<br><br>              Defendants. | ) Case No.  4:06-cv-1-JWS<br>) **[PROPOSED] ORDER**<br>) **SUBSTITUTING THE UNITED**<br>) **STATES FOR LINDA RUNDELL AS**<br>) **THE DEFENDANT FOR COMMON**<br>) **LAW TORT ALLEGATIONS**<br>) **AND**<br>) **IDENTIFYING THAT DEFENDANT**<br>) **RUNDELL IS SUED IN HER**<br>) **OFFICIAL AND INDIVIDUAL**<br>) **CAPACITIES**<br>) |

The United States notified the court that by operation of law it is the proper Defendant in a Federal Tort Claims Act case.  28 U.S.C. § 2679(d)(1).  As the Attorney General's designee has certified that Ms. Rundell was acting within her scope of federal employment at the time the acts occurred, the United States is substituted for her as the defendant for the allegations of common law torts of slander and harm to reputation.

Defendant Rundell, in her official capacity, moved the Court to change the caption to identify that she is being sued in her official and individual capacities.  The Caption shall now read as stated in this Order.

Respectfully submitted this _____ day of February, 2006.


Date: _____                    _____
                                         John W. Sedwick
                                         United States District Court Judge