FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 FEB -8 PM 2:30

Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| LINDA RUNDELL and the | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendants. | ) |
| | ) 4:06-Cv 1 (JWS) |

**NOTICE OF ABSENCE**

Plaintiff will be in Germany from March 23, 2006, until April 19, 2006, in compliance with rulings from the 21st Senat of the Cologne Appeals Court, in Cologne Germany, and to continue ongoing Hague Treaty litigation in Germany.

Wayson v. Rundell, 4:06 Cv (JWS)
Notice of Absence

1

Plaintiff anticipates that, if granted, the time required for a hearing to review the U.S. Attorney's Certification that Linda Rundell was acting within the scope of her employment with the U.S. government, would be less than two hours. With travel from Anchorage, scheduling this hearing in Fairbanks would essentially mean the loss of a day for Judge Burgess, an Assistant U.S, Attorney, and the presiding judge. Instead, the Plaintiff can attend this hearing in Anchorage.

Dated: February 8, 2006

_____
Mark N. Wayson, pro se

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on this _8_ day of _Feb_, 2006, a copy of the foregoing was served by mail on:

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv (JWS)
Notice of Absence

2