IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LINDA RUNDELL,<br><br>　　　　Defendant. | Case No. 4:06-cv-00001-JWS<br><br><br>O R D E R |

On January 18, 2006, the defendant, through counsel, filed a notice removing this civil case filed by a self-represented plaintiff, Mark Wayson, in state court.[1]

IT IS HEREBY ORDERED:

1. Mr. Wayson shall serve a copy of all future pleadings or documents he sends to the Court upon counsel for the defendant. Mr. Wayson shall include, with any original paper to be filed with the Clerk of Court, a certificate stating the date that an exact copy of the document was mailed, faxed or hand-delivered

---

[1] *See* Docket No. 1.

to the defendant's lawyer.  A certificate of service may be written in the following form at the end of his document:

> I hereby certify that a copy of the above __(name of document)__ was served upon __(name of opposing counsel)__ by __(mail/fax/hand-delivery)__ at _____(address)_____ on ___(date)___ .
>
> _____
> (Mr. Wayson's Signature)

Any paper received by a District Court Judge or Magistrate Judge which has not been filed with the Clerk of Court or which does not include a certificate of service will be disregarded by the Court.

2. Mr. Wayson shall provide the Court with the original, plus one complete and legible copy, of every paper he submits for filing, as required by this Court's Local Rule 10.1(b).

3. No party shall have any *ex parte* communication (that is, communication without the presence and/or knowledge and consent of the other parties) with a District Court Judge or Magistrate Judge of this Court about the merits of this action.  Mr. Wayson should not write letters to the Court, but must file any requests for action by the Court during these proceedings in the form of a motion.

4. The Clerk of Court is directed to send a copy of the Court's motion form, PS12, to Mr. Wayson with this Order.

5. At all times, Mr. Wayson shall keep the Court informed of any change of address, by filing a notice titled "NOTICE OF CHANGE OF ADDRESS."  The

    notice shall contain only information about the change of address, and its effective date. The notice shall not include any requests for any other relief. Failure to file the notice may result in the dismissal of the action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

6.     The Clerk of Court is directed to send a copy of our *pro se* handbook, "Representing Yourself in Alaska's Federal Court," to Mr. Wayson with this Order.

    DATED this 9th day of February, 2006, at Anchorage, Alaska.

    /S/JOHN W. SEDWICK
    United States District Judge