DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| MARK N. WAYSON,<br><br>    Plaintiff,<br><br> v.<br><br>LINDA RUNDELL and UNITED STATES OF AMERICA,<br><br>    Defendants. | ) Case No.  4:06-cv-1-JWS<br>)<br>)<br>) UNITED STATES' AND MS.<br>) RUNDELL'S MOTION TO<br>) DISMISS THEM AS<br>) DEFENDANTS<br>)<br>)<br>) |

Defendant, the United States and Linda Rundell, in her official capacity,

through counsel, move to dismiss all claims against them based on Mr. Wayson's

declaration that he only intends to sue Ms. Rundell in her individual capacity in a

<u>Bivens</u> suit.  Docket 12.[1]  Mr. Wayson may proceed against Ms. Rundell in her individual capacity, once he serves her properly according to Fed. R. Civ. P. 4(e).

In this case, the Federal Tort Claims Act was asserted as one of the legal bases for removing this action from State Court.  Despite the fact that according to Mr. Wayson he did not intend to assert any common law torts, and the United States mistakenly interpreted his complaint as asserting common law torts, this case was still properly removed to Federal Court because the United States listed 28 U.S.C. § 1442(a)(1) as an additional basis for removal.  It provides for the removal of cases in which a federal employee is sued in her individual capacity.

As Mr. Wayson has clarified in his pleading at Docket 12 that he is not asserting any common law claims, the Defendants, the United States and Linda Rundell, in her official capacity, move to be dismissed.  The case should remain in Federal Court for the litigation of all claims against Linda Rundell in her individual capacity.

---

[1] OPPOSITION TO U.S. MOTION TO SUBSTITUTE THE UNITED STATES FOR LINDA RUNDELL FOR COMMON LAW TORT ALLEGATIONS and OPPOSITION TO DEFENDANT RUNDELL'S MOTION TO CHANGE THE CAPTION TO IDENTIFY THAT SHE IS BEING SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY

Respectfully submitted February 27, 2006

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Assistant United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2006,
a copy of the foregoing UNITED STATES' AND MS. RUNDELL'S
MOTION TO DISMISS THEM AS DEFENDANTS
was served electronically on Mark N. Wayson.

s/ Susan J. Lindquist