DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>LINDA RUNDELL and UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | ) Case No.  4:06-cv-1-JWS<br>)<br>)<br>) [Proposed] ORDER DISMISSING<br>) THE UNITED STATES AND<br>) LINDA RUNDELL IN HER<br>) OFFICIAL CAPACITY<br>)<br>)<br>) |

　　　The Defendants, the United States and Linda Rundell, in her official capacity, moved to be dismissed as defendants based on the Plaintiff's clarification that he is not asserting any common law torts.  See Docket 12.  The Plaintiff stated that he only intended to assert Bivens claims.  Id.  As Bivens claims cannot be

brought against the government or its employees acting in their official capacities, the motion is granted and the United States and Ms. Rundell, in her official capacity, are dismissed as Defendants.

Date: _____          _____
                                                        John W. Sedwick
                                                        United States District Court Judge