## Attachment Index

Attachment 1.   9-27-04   Rundell Deposition

Attachment 2.   2-14-05   Gonzalez Speech

Attachment 3.   10-29-04  Burgess Deposition

Attachment 4.   7-12-05   Wayson-Burgess Letter