1

LINDA S.C. RUNDELL - SEPTEMBER 27, 2004

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF ALASKA
 3
    MARK N. WAYSON,
 4
              Plaintiff,
 5
       vs.                        NO.  F03-0035 (JWS) Civil
 6
    ROBERT SCHNEIDER and the
 7   UNITED STATES OF AMERICA,
 8            Defendants.
 9
10    VIDEOTAPED TELEPHONIC DEPOSITION OF LINDA S.C. RUNDELL
11                    September 27, 2004
12                       9:14 a.m.
                       4010 Rodeo Road
13                   Santa Fe, New Mexico
14
15
16      The deposition of LINDA S.C. RUNDELL was taken on
17   behalf of the Plaintiff on September 27, 2004, at 9:14 a.m.
18   at the offices of Hunnicutt, Costello Reporting, Santa Fe,
19   New Mexico, before Maureen R. Costello, Certified Court
20   Reporter #220 and Notary Public in and for the County of
21   Santa Fe, State of New Mexico.
22
23
24
                         **COPY**
25
```

ATTACHMENT # 1   P. 1 of 2

25   Q. (BY MR. WAYSON) Did you consult with the U.S.
Case 4:06-cv-00001-JWS   Document 14-3   Filed 02/22/2006   Page 2 of 2
PAGE 16

Page 17

1   Attorney at all on this?
2       A. I cannot recall.
3       Q. Could you have?
4       A. I beg your pardon?
5       Q. Could you have?
6           MR. COOPER: Objection; calls for speculation.
7           Go ahead and answer.
8       A. I still didn't hear you. Did you say: Could I
9   have?
10      Q. Could you have called the U.S. Attorney for advice
11  about what statute was being violated?
12      A. I probably would have spoken to the Solicitor's
13  Office.
14      Q. Do you recall who was the solicitor at that time?
15      A. I don't recall that I spoke to the Solicitor's
16  Office. We had a number of solicitors that we worked with
17  on a regular basis.
18      Q. Where does your -- where does this record go, your
19  memorandum?
20      A. We have a filing system, central filing system,
21  and my -- I would suppose that the law enforcement office
22  would have kept a copy. There is a file code at -- on the
23  top, right-hand side of the memorandums which show where
24  they are filed.
25      Q. Is this the number you're referring to, 9260?