1                IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF ALASKA

3
   MARK N. WAYSON,                        )
4                                         )
                        Plaintiff,        )
5                                         )
              vs.                         )
6                                         )
                                          )
7  ROBERT SCHNEIDER and the              )
   UNITED STATES OF AMERICA,             )
8                                         )
                        Defendants.       )
9  _____) F03-0035 (JWS) Civil

10
                   DEPOSITION OF  TIMOTHY M. BURGESS
11                        October 29, 2004

12
   APPEARANCES:
13
              FOR THE PLAINTIFF:        **MR. MARK N. WAYSON**
14                                      Pro Se
                                        c/o Thomas R. Wickwire
15                                      2775 Hanson Road,
                                        Suite 1
16                                      Fairbanks, Alaska  99709
                                        (907) 474-0068
17

18            FOR THE DEFENDANT:        **MS. S. LANE TUCKER**
                                        U.S. Department  of Justice
19                                      Chief, Civil Division
                                        222 West Seventh Avenue
20                                      Room 253
                                        Anchorage, Alaska  99501
21                                      (907) 271-5071

22                            *  *  *  *

23

24

25

ATTACHMENT # 3 p. 1 of 8 

1    that's overbroad.

2    Q    (By Mr. Wayson)  Can you explain to me, Mr. Burgess,

3         what you know about this case that led to your

4         certification?

5    A    I can explain how I -- that the usual procedure that I

6         go through to certify a case.

7    Q    Okay.

8    A    And then maybe answer the first part of your question.

9         Let me try the first part, and that is when a

10        complaint is filed, the assistant who is handling the

11        case will present me with that, and sometimes it's a

12        memo with an explanation of the background of the

13        case, the certification and the complaint.  Or it may

14        just be an oral representation on the part of the

15        assistant handling the case as to what the background

16        of the case is.  I will then review the complaint,

17        review the certification and if it's appropriate, sign

18        the certification.  In regard to this particular case,

19        I don't have any specific memory of that particular

20        certification.

21   Q    Okay.  Do you have.....

22                  MR. WAYSON:  I will just offer this

23   certification as Exhibit Number 1, if I may.  And here's a

24   copy for you and here's a copy to be stamped.  Make that

25   Exhibit 1, please?

22

1   do not feel comfortable trying to answer questions

2   that you're asking now because you're asking me to

3   speculate and I'm not willing to do that.

4   Q   (By Mr. Wayson)  Were you aware at the time you made

5   this certification that I was referred to your office

6   by an FBI agent?

7   A   You know, I think I've already answered that question

8   as well.  I don't have any independent recollection of

9   the facts and circumstances surrounding your lawsuit

10  or this certification.

11  Q   Okay.

12  MR. WAYSON:  I would like to introduce this

13  memorandum, which is dated December 19th, 2002, and it's to

14  the Chief, National Law Enforcement Office from the State

15  Director.

16  **(Deposition Exhibit Number 2 Marked)**

17  COURT REPORTER:  Exhibit 2 Marked.

18  MS. TUCKER:  Do you have a copy for Counsel?

19  MR. WAYSON:  Yes, I do.

20  MS. TUCKER:  The witness will read the

21  document before he answers any questions.

22  A   Okay.  I've reviewed the document.

23  Q   (By Mr. Wayson)  Does this refresh your memory as to

24  any of the documents as being one of the documents

25  that you reviewed before you made the certification?

1 | the certification.

2 |         MS. TUCKER:  Okay.  The questions that you're

3 | going to ask, anything over and above what you've already

4 | asked and Mr. Burgess has already answered about what he

5 | recalls about the certification.

6 |         MR. WAYSON:  Yes, I have more questions.  I

7 | have more questions as to relevance and which are elements of

8 | this civil case.

9 |         MS. TUCKER:  Okay.  I tell you what, we're

10 | going to excuse Mr. Burgess while you put those questions on

11 | the record, so that you can certify that for the Court and the

12 | Court can determine whether or not they're appropriate

13 | questions for his deposition in this case.  So, unless you

14 | have more questions related to his recollection of this

15 | particular certification, he's already told you he remembers

16 | nothing about it other than what's he's testified here today,

17 | and that he remembers nothing about the background of the

18 | case.  And I'll be happy to stay here with you as long as you

19 | like to certify questions on the record, so that you have that

20 | for your -- a basis for any motion that you want to bring to

21 | the Court, but unless you have anything else.....

22 |         MR. WAYSON:  Well, I object to excusing Mr.

23 | Burgess at this time.

24 |         MS. TUCKER:  I understand that.

25 |         MR. WAYSON:  Okay.

ATTACHMENT #3     P. 4 of 8

```
 1              MS. TUCKER:  Okay.  And you understand my
 2  objection?
 3              MR. WAYSON:  Well, I'm objecting to  your
 4  objection and I'm objecting to you excusing Mr. Burgess from
 5  this deposition.
 6              MS. TUCKER:  Okay.  You're free to go.
 7              MS. TUCKER:  We can stay on the record and Mr.
 8  Wayson can put whatever he wants on the record.
 9              MR. WAYSON:  Thank you, Mr. Burgess.
10  A       Thank you.
11              (Mr. Burgess leaves)
12              MR. WAYSON:  I just want to understand your
13  objection and your excusing of Mr. Burgess.  How do you have
14  the right to excuse Mr. Burgess from this deposition?
15              MS. TUCKER:  Under the 2(e) Regulations, which
16  you didn't comply with, but we allowed the deposition to go
17  forward anyway, you're required to indicate what you want to
18  ask a government witness about, and it has to be related to
19  the civil complaint in this action.  You asked those -- the
20  first two questions you asked related to that and Mr. Burgess
21  has told you everything he recalls about this certification.
22  The questions you're asking him now have to do with complaints
23  you allegedly made to -- or AUSA Rosenbaum of this office, and
24  they have nothing to do with Mr. Burgess' specific   ·
25  certification that Mr. Schneider was acting within the scope
```

15

1    foundation and it calls for speculation.

2    A    Well, I believe that most of the actions that we take

3         here, and that I take here, are important and I take

4         them seriously.

5    Q    (By Mr. Wayson)  Do you think you had a conflict of

6         interest in this case when you filed this

7         certification?

8    A    Not that I'm aware of.

9    Q    You're aware that I filed a complaint, a criminal

10        complaint in this office?

11   A    I -- I'm not aware of that.

12   Q    Are you aware that I filed a complaint with Mr.

13        Rosenbaum alleging criminal activity by Mr. Schneider

14        with the BLM management?

15   A    I think that I might have been made aware of that in

16        that in the subsequent communications I mentioned to

17        you just a few moments ago when I -- I asked why you

18        wanted to take my deposition, and I was talking to

19        another assistant U.S. attorney in the office.  I

20        think there was some mention about Mr. Rosenbaum and a

21        complaint, but I have no independent memory of it

22        other than that communication.

23   Q    So, when you signed this certification, you weren't

24        aware of any complaint against Mr. Schneider?

25   A    Oh, I'm not saying that.  I'm saying I have no memory.

1         I may have been aware of it, but sitting here today I

2         can't remember it.

3  Q     Well, if I had filed a criminal complaint, wouldn't I

4         be a third party?

5              MS. TUCKER:  I will object.  That calls for a

6  legal conclusion.

7              MR. WAYSON:  It certainly does, from the U.S.

8  Attorney, and that's what I'm asking him.

9              MS. TUCKER:  And there's no foundation.

10  A     I'm sorry, can you repeat the question, please?

11  Q     (By Mr. Wayson)  As a victim, I would be a third

12         party, and I'm asking whether or not you would have

13         had a conflict of interest signing a certification

14         such as this if you knew I was a third party in the

15         case?

16  A     You know, I really can't answer that question.  I

17         don't know.  You're asking me to give you an answer in

18         the abstract based on information I don't have, and

19         knowledge I don't have right now.  So, if you have a

20         question about things I know or don't know, I'll be

21         happy to answer that.

22  Q     Okay.  Do you have a responsibility to what's been

23         certified here?

24  A     Yes, I do.

25  Q     And how -- have you met that responsibility?

1 | he doesn't know that sitting here today.

2 | A    I know that the Solicitor's office has -- has specific

3 | authority in specific areas to represent the United

4 | States in federal court.  I know generally, they don't

5 | represent employees of the federal government in

6 | actions like this.  It is generally our office that

7 | does that.  I would have to review those statutes

8 | though to give you a more precise answer because I --

9 | that's all I know sitting here today.

10 | Q    (By Mr. Wayson)  Okay.  And from your knowledge as a

11 | U. S. Attorney, had you chosen to recuse this office,

12 | would there have been some kind of referral to another

13 | attorney to defend, or another agency?  Can you

14 | explain how that would.....

15 | A    Under department policy, as I understand it, I can't

16 | make the decision to recuse the office.  I can -- if

17 | there appears to be a situation in which the office

18 | would have to be recused, we would go back to the

19 | Department of Justice, explain the situation to the

20 | general counsel back there, they would make a decision

21 | as to whether or not the office would be recused and

22 | would work at finding some other representative for

23 | the government, whether it would be another U.S.

24 | Attorney's office or a component office within the

25 | Department of Justice.