Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

RECEIVED

MAY - 8 2006

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, </br></br>    Plaintiff, </br></br> Vs. </br></br> LINDA RUNDELL and the </br> UNITED STATES OF AMERICA </br></br>    Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )   4:06-Cv 1 (JWS) |

**NOTICE OF ABSENCE**

Plaintiff will be in Germany from May 23, 2006, until May 31, 2006, for a Hague

hearing in Gummersbach. A change of date for this hearing to May 24, 2006 has been

petitioned, but the hearing is presently scheduled for May 30, 2006. In conjunction with

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Notice of Absence 05.05.06

1

a possible decision coming from this hearing, Plaintiff may also be in Germany from June 23, 2006, until July 15, 2006. Plaintiff will notify the court when/if the June/July 2006 absence is confirmed.

Dated: May 5, 2006

_____

Mark N. Wayson, pro se

CERTIFICATE OF SERVICE
The undersigned hereby certifies
that on this  5  day of  MAY ,
2006, a copy of the foregoing was
served by mail on: AUSA Linda Rundquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Notice of Absence 05.05.06

2