Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

RECEIVED

MAY - 8 2006

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON, | ) |
| Plaintiff, | ) ) ) |
| Vs. | ) ) ) |
| LINDA RUNDELL and the UNITED STATES OF AMERICA | ) ) ) |
| Defendants. | ) ) |
| | ) 4:06-Cv 1 (JWS) |

**RESPONSE TO MINUTE ORDER FROM CHAMBERS April 27, 2006**

Plaintiff caused to be mailed to the defendant, Linda Rundell, by certified mail and restricted delivery, a copy of the complaint dated Dec. 16, 2005, and filed Dec. 20, 2005 with the Fairbanks trial courts, and a copy of a summons for case number 4FA-05-2701, at 1474 Rodeo Road, Santa Fe, New Mexico 87505.

Wayson v. Rundell, 4:06-cv1-JWS
05-05-06 Response to Order from Chambers

1

Plaintiff received by mail a signed acknowledgement of the restricted delivery stamped Dec. 27, 2005. A copy of this acknowledgment is attached.

Dated: May 5, 2006

_____
Mark N. Wayson, pro se

**CERTIFICATE OF SERVICE** (this document only)
The undersigned hereby certifies
that on this ⟵5⟶ day of ⟵MAY⟶,
2006, a copy of the foregoing was
served by mail on: Asst. U.S. Attorney
Susan Lindquist at:

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06-cv1-JWS
05-05-06 Response to Order from Chambers

2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_CRISTIE_   DEC 2 7 2005 |
| 1. Article Addressed to:<br><br>LINDA RUNDELL<br>1474 Rodeo Road<br>Santa Fe New Mexico<br>87505 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label)   2005 2570 0000 6604 9342 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7005 2570 0000 4044 9342

Sent To: Linda Rundell
Street, Apt. No.; or PO Box No. 1474 Rodeo Road
City, State, ZIP+4 SANTA FE NEW MEXICO 87505

PS Form 3800, June 2002    See Reverse for Instructions

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MARK N. WAYSON
C/O WICKWIRE
2775 Hanson Rd.
Fairbanks Alaska 99709

340  C033