RECEIVED

MAY 1 2 2006

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON,            ) | |
|                Plaintiff,   ) | |
| Vs.                        ) | |
| LINDA RUNDELL and the      ) | |
| UNITED STATES OF AMERICA   ) | |
|                Defendants.  ) | 4:06-Cv 1 (JWS) |

**OPPOSITION TO UNITED STATES ' AND Ms. RUNDELL'S MOTION TO DISMISS THEM AS DEFENDANTS**

Plaintiff opposes the motion of United States counsel to dismiss Ms. Rundell as a defendant. Defendant acknowledges that Plaintiff may proceed against Ms. Rundell in her individual capacity once she has been served properly according to Fed. R. Civ. P.4(e)

Wayson v. Rundell, 4:06-Cv-1- JWS
Opposition to Mot. to dismiss 05.12.06

1

Ms. Rundell has been properly served according to Fed. R. Civ. P. 4(e), thereby removing any objection by the United States to proceed against Ms. Rundell individually.

Plaintiff acknowledges the mistake of failing to notify the court and United States counsel of service until a mailing May 6, 2006, in response to Minute order from Chambers dated April 27, 2006, but sees no harm to the defendant caused by this delay.

Plaintiff's response to this motion, filed Feb. 27, 2006 was not filed until this date because plaintiff was unaware of the motion and did not receive it until May 10, 2006. See my attached affidavit regarding how and when I learned of this motion.

The amended complaint asserts only a Bivens claim, on the essential element of which is the abuse of a governmental power entrusted to Ms. Rundell. However, Plaintiff did not intend to confuse this allegation with an allegation that defendant was acting in her official capacity; Plaintiff has not alleged this.

Dated: May 12, 2006

                                                                            Mark N. Wayson, pro se

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this _12_ day of _MAY_, 2006, a copy of the foregoing was served by mail on:

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

**Wayson v. Rundell, 4:06-Cv-1- JWS**
**Opposition to Mot. to dismiss 05.12.06**

3