Affidavit of Mark N. Wayson          May 12, 2006

I swear that to the best of my knowledge, I did not receive the government's **"UNITED STATES' AND MS. RUNDELL'S MOTION TO DISMISS THEM AS DEFENDANTS"** until May 10, 2006.

AUSA Lindquist indicated therewass a certificate of electronic service upon me, dated February 27, 2006. I have responded to previous electronic service. I carry my laptop computer with me when overseas, and do not go more three days without checking my e-mail. I did not receive any electronic service on my computer of this motion.

Attached to this affidavit are six e-mails, three from AUSA Lindquist, and three from me, detailing the time and manner in which I was made aware of this motion. The e-mails are attached in sequence of the order in which they were sent on May 10, 2006.

_____     5-12-06
Mark N. Wayson              Date

Subscribed and sworn before me on May 12, 2006, in Fairbanks Alaska.

_____
Notary Public

My commission expires 07·21·08 .

Wayson v. Rundell, 4:06-Cv-1-JWS
05-12-06 Affidavit of MNW re: Svc. Of
Mot to dismiss