**Date:** Wed, 10 May 2006 09:34:26 -0800
**From:** "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov>
**Subject:** Wayson case
**To:** markonwayson@yahoo.com

Mr. Wayson. I have been receiving your notices of absences. It is my position that these notices do not excuse you from responding on time to court proceedings. I have a motion to dismiss the claims against the United States pending and your answer is weeks overdue. You have been back from Germany for awhile, yet you have still not opposed the motion. Perhaps it is that you do not intend to oppose it. Should you not oppose, I will move for the entry of an order dismissing the United States and all claims for common law torts by May 15. In addition, you have a court order informing you that service is not complete on one or more parties. You have time to complete that service also before you leave.

Susan Lindquist
Assistant U.S. Attorney
222 W. 7th Ave. # 9, Rm. 253
Anchorage, Ak 99513-7567

Tel Dir (907) 271-3378 (with voice mail)
      (907) 271-4254 (no voice mail)

Fax    (907) 271-2344