**Sent:** Wednesday, May 10, 2006 12:14 PM
**To:** Lindquist, Susan (USAAK)
**Subject:** Re: Wayson case

Dear Ms. Rundell,

My notice of absences are just an attempt to stay in touch as closely as possible.

Regarding the Minute order from judge Sedwick dated April 27, 2006, on May 6, 2006, at approximately 1500 hrs. I mailed from the Palmer Alaska Fedex office, both the court and you my response with copies of proof of service upon Linda Rundell. I presume that is what you are referring to. If you have not received your copy, please let me know. It was in the same envelope as the Notice of Absence.

Regarding your motion to dismiss the U.S., I have gone through all I have, and I cannot find such a motion. I was overseas as noted, and have not yet made it to my mailbox, but my address of record is through Tom Wickwire's office in Fairbanks. I have spoken with him several times since returning from Germany. I had scheduled surgery for 4-19, but had to be hospitalized 4-24 instead for more a more extensive procedure, and haven't been able to drive any distance. Apparently as a result of six ribs broken January 2 of this year, I have developed pneuminia, and am slowed a little by this treatmen as wellt. I am hopeful I will be able to drive to Fairbanks today or tomorrow.

As I informed you, I am not permitted to file electronically. Natalie Day informed me of this. I have no intention of 'playing games' with electronic vrs. mail. Is it possible you filed a motion which I did not receive? I do not object to responding to electronic filings and as the record reflects I have responded in a timely manner to previous electronic filings from the U.S. Attorney's office. Receiving electronic filings is easier for me, particularly when I am overseas.

I do recall your stipulation to dismiss, but still don't understand what you are trying to do. Judge Burgess, made his certification of Linda Rundell, after he was no longer the U.S. Attorney, but had no time to respond when he was the U.S. Attorney to a criminal complaint against Linda Rundell, before he was even nominated to be a judge.

You probably can't de-certify it, but if you want the U.S. out of the case, could you get Judge Burgess to 'de-certify' her conduct as being within the scope of her employment? I have no idea what the law is on this.

This case belongs before a grand jury. Obstruction of Justice by such a senior BLM official is very serious, and were you or some other high ranking federal official victimized by her as I have been, there would have been no hesitation to call one.

The FBI informed me that investigating Robert Schneider was 'too political.' Linda Rundell didn't dream this up by herself. But she won't go down alone if investigated, leaving herself sufficient wiggle room in her deposition to include, if necessary the U.S. Attorney's office as particpating in her Obstruction of Justice.

Including Judge Burgess as a possible witness/suspect/defendant in an Obstruction of Justice puts such a grand jury investigation off the charts politically. He had no juducial background for his appointment, but a very strong political one. I can't imagine any judge remaining on the bench ethically, when it was revealed he had performed the certification as a U.S. Attorney AFTER he was a judge.

Nevertheless, is the U.S. Attorney willing to open a grand jury investigation into the Obstruction of Justice by Linda Rundell.? I am seriously requesting you present this request to the new U.S. Attorney. I could come to Anchorage to meet on this matter tomorrow, rather than driving to Fairbanks, if notified today.

If available, could you send me electronically the motion to dismiss which you refer to? I will be in and out, but can call you if this would facilitate progress.

Mark N. Wayson