Case 4:06-cv-00001-JWS    Document 20-4    Filed 05/12/2006    Page 1 of 1

**Date:** Wed, 10 May 2006 13:16:47 -0700 (PDT)
**From:** "mark wayson" <markonwayson@yahoo.com>
**Subject:** Re: Wayson case
**To:** "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov>

Dear Ms. Lindquist,
I apologize. Some how I addressed my previous e-mail as 'Dear Ms. Rundell.'
Mark Wayson