
**Date:** Wed, 10 May 2006 16:18:49 -0800

**From:** "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov>

**Subject:** RE: FW: Wayson case

**To:** "mark wayson" <markonwayson@yahoo.com>

The U.S. Attorney's Office is not an investigative agency. We refer cases to the FBI. If you tried the FBI and it declined the case, then the case is declined.

---

**From:** mark wayson [mailto:markonwayson@yahoo.com]
**Sent:** Wednesday, May 10, 2006 2:35 PM
**To:** Lindquist, Susan (USAAK)
**Subject:** Re: FW: Wayson case

Dear Ms. Lindquist,

I can see that there is an indication I was served electronically. But today is the first time I have seen this motion I believe. At one point in our conversation, Natalie Day said she was going to contact the U.S. Attorney's office re: the electronic filing. I will respond as quickly as possible to the motion you sent today.

Meaning no disrespect, but you are 'involved' in a criminal matter by conducting a civil defense to a criminal act. Also you are just one of many many U.S. Attorneys, AUSA's and government attorneys from BLM, and the Inspector General's office, involved in this civil defense of a criminal act by Linda Rundell and others so far.

Nevertheless, to whom should I address my request for a grand jury? The FBI refused to investigate because it was too political, and US. Attorney Tim Burgess refused to respond not once but twice to a request for criminal investigation, despite the assurances from AUSA Mark Rosenbaum, speaking for Tim Burgess, that an investigation would take place.

Mark N. Wayson