# YAHOO! MAIL

Print - Close Window

**Date:**   Wed, 10 May 2006 16:18:49 -0800

**From:**   "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov>

**Subject:**   RE: FW: Wayson case

**To:**   "mark wayson" <markonwayson@yahoo.com>

The U.S. Attorney's Office is not an investigative agency. We refer cases to the FBI. If you tried the FBI and it declined the case, then the case is declined.