Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

RECEIVED

JUN 2 1 2006

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| LINDA RUNDELL and the | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendants. | ) |
| | ) 4:06-Cv 1 (JWS) |

**NOTICE OF ABSENCE**

Plaintiff will be in Germany from June 23, until July 15, 2006 to meet access requirements of an international Hague access case. There remains a possibility that Plaintiff's stay in Germany will be shortened by two pending court actions in Germany, and Plaintiff will notify the court should this occur.

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Notice of Absence 06-19-06

1

Plaintiff's Hague case originated in Brazil. Plaintiff will be in Brazil from 8-9-06 until 8-17-06 regarding this Hague case.

Apparently misunderstanding Rule 26, Plaintiff contacted AUSA Lindquist before and after Plaintiff's last trip to Germany to schedule a planning meeting, but Ms. Lindquist has twice advised that she would wait for an order from the court for this meeting.

Plaintiff requests that the court not schedule the meeting during the two time periods noted above.

Dated: June 19 2006

_____
Mark N. Wayson, pro se

CERTIFICATE OF SERVICE
The undersigned hereby certifies
that on this _19_ day of _June_,
2006, a copy of the foregoing was
served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Notice of Absence 06-19-06

2