Exhibits to Ms. Rundell's Motion to Dismiss for Failure to Serve

| | |
|---|---|
| Ex. A | 2002 Letter with Linda Rundell's signature |
| Ex. B | Lovelace Declaration of business office address |
| Ex. C | Headley Declaration C.J. Fimple signed for the restricted delivery mail |
| Ex. D | May 10 email from Lindquist to Wayson about defective service |
| Ex. E | Personal service on <u>Bivens</u> defendant in prior suit |
| Ex. F | Jungwirth Declaration re service and date permission given to represent Ms. Rundell |
| Ex. G | Carroll Declaration re no record of service on Attorney General of the U.S. |

Wayson v. Rundell, et.al.
4:06-cv-00001-JWS