

## United States Department of the Interior



BUREAU OF LAND MANAGEMENT
New Mexico State Office
1474 Rodeo Rd.
P.O. Box 27115
Santa Fe, New Mexico 87502-0115
www.nm.blm.gov

IN REPLY REFER TO:

## DECLARATION

I, <u>Ferne Lovelace</u>, declare under penalty of perjury that the following is true:

1. Block number 1 on the Certified Return Receipt card is addressed to Linda Rundell, 1474 Rodeo Road, Santa Fe, New Mexico 87505. This is the correct street address for the Bureau of Land Management (BLM), New Mexico State Office. Linda Rundell is the State Director for this BLM office.

Date: 6/23/06       *Ferne Lovelace*

Print Name & Title  <u>Ferne Lovelace, Facility Manager</u>

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746

Exhibit B