NEBARK COURIER, INC.
P. O. Box 91776
Albuquerque, NM 87199-1776
Phone: (505) 888-3087
Fax: (505) 858-0694
E-mail: nebark38@comcast.net

## DECLARATION

I, <u>Dolores Headley</u>, declare under penalty of perjury that the following is true:

1. This is to confirm that the signature on the Certified Return Receipt card is indeed that of a NebArk employee. The employee is CJ Fimple, and he signed for the certified letter. If you have any further questions or concerns please contact us.

Date: 6/27/06    [signature]    *Dolores Headley Manager*
             Print Name &Title  <u>Dolores Headley, Manager</u>

[signature: CJ Fimple]
Print Name & Title  <u>CJ Fimple, Driver</u>

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746

Exhibit C