## Lindquist, Susan (USAAK)

| | |
|---|---|
| **From:** | Lindquist, Susan (USAAK) |
| **Sent:** | Wednesday, May 10, 2006 1:52 PM |
| **To:** | Mark Wayson (markonwayson@yahoo.com) |
| **Cc:** | McCulloch, Joy (USAAK) (JMcCulloch@usa.doj.gov) |
| **Subject:** | FW: Wayson case |
| **Attachments:** | Ct copy Mdismiss US and LR.pdf |

---

**From:** Lindquist, Susan (USAAK)
**Sent:** Wednesday, May 10, 2006 12:31 PM
**To:** 'mark wayson'
**Cc:** McCulloch, Joy (USAAK) (JMcCulloch@usa.doj.gov)
**Subject:** RE: Wayson case

Here is the motion to dismiss. Service states that it was done electronically. When you are registered with the court we are allowed to do that. From now on I will serve you by this email and I will mail a copy to Mr. Wickwire. I am cc ing this to my secretary Joy.

I state in that motion where you need to look to determine proper service on an individual defendant. I read your pleading regarding service in December. It is my position that you have not served her. It is not my role to advise you on the law.

I decline your request to say or do anything regarding your request for a grand jury. I am an attorney in the civil division, working a civil case and I do not get involved in criminal matters. I will only address issues in the civil case.

---

**From:** mark wayson [mailto:markonwayson@yahoo.com]

Exhibit D