IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT

Filed In the Trial Courts
STATE OF ALASKA, FOURTH DISTRICT

PLAINTIFF(s): MARK N. WAYSON

OCT 1 5 2003

VS.

Clerk of the Trial Courts
By_____ Deputy

DEFENDANT(s): ROBERT SCHNEIDER

CASE NO. 4FA-03-2319 CI

---

**AFFIDAVIT OF RETURN OF SERVICE**

---

I hereby certify that on October 13, 2003, in Fairbanks, Alaska I received the following document(s):

1. Summons
2. Complaint
3. Jury Demand
4. Case Description

For service on: Robert Schneider

I hereby certify and return that I served the above said document(s) by handing a true and correct copy to: Carolyn Schneider, in person, wife of Robert Schneider at the Bethel Church, at 5.6 Mile Farmers Loop, in Fairbanks, Alaska, on Tuesday, October 14, 2003, at 2:55pm.

Service Fee:     $35.00
Endeavor Fee:    $
Mileage:         $10.00
Extra Mileage:   $
TOTAL:           $45.00

By: _____
Beth A. Nava-Shepard, Alaska Statewide Investigations, License No.: 467577

Subscribed and sworn to before me this October 15, 2003, in Fairbanks, Alaska

By: _____
Notary Public in and for the State of Alaska

Exhibit E