## DECLARATION

I, Gwen Jungwirth, declare under penalty of perjury that the following is true:

1. I am a legal assistant in the civil division of the Office of the United States Attorney.

2. I have reviewed the office file for the case, <u>Wayson v. Rundell</u>. It is customary in our office to write on a complaint how a complaint was served on this office. There is no complaint with that notation in our file. In addition, the office retains the envelope if service is by mail. There is no evidence in the office file that Mr. Wayson ever officially served the United States' Attorney with a copy of the complaint and the summons in this action. There is evidence that the Department of Interior, Office of the Solicitor faxed a copy of the summons and complaint to this office. <u>See</u> attachment, summons with fax number on the top.

3. As this case was officially filed in Alaska state court, I accessed the computer file on the case and did not find any evidence that a summons was issued for the United States' Attorney.

4. I also reviewed the file regarding legal representation for Linda Rundell. The copy of the Department of Justice representation contract in the file shows that she signed her contract for representation on February 16, 2006.


Date: _July 25, 2006_      _Gwen Jungwirth_
                           Gwen Jungwirth
                           Legal Assistant, U.S. Attorney's Office

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746

# IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT FAIRBANKS

MARK N. WAYSON )
                   Plaintiff(s), )
vs. )
LINDA RUNDELL )
                   Defendant(s). )

CASE NO. 4FA-05-2701 CI

**SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT**

To Defendant: LINDA RUNDELL

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at (address): 101 Lacy Street, FAIRBANKS, AK, 99701 within 20 days* after the day you receive this summons.

In addition, a copy of your answer must be sent to:

Plaintiff's attorney or plaintiff (if unrepresented): MARK WAYSON
Address: c/o Wickwire 2775 Hanson Rd., Fairbanks, AK 99709

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form Notice of Change of Address / Telephone Number (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm, to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge Pengilly.

(SEAL)

Date: December 20, 2005

By: _____ Deputy Clerk

* The state or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 (10/05)(st.3)    Civil Rules 4, 5, 12, 42(c), 55
SUMMONS