UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARKANSAS

MARK N. WAYSON,                )
                               )
         Plaintiff,            )  Civil No.
                               )
    v.                         )
                               )
LINDA RUNDELL,                 )  DECLARATION OF MILDRED L. CARROLL
                               )
         Defendant.            )
_____)

I, MILDRED L. CARROLL, state the following:

1. I am employed as a Legal Technician, Case Control Officer, with the Torts Branch, Civil Division, Department of Justice, Washington, D.C. As such, one of my responsibilities is to maintain the case tracking system which includes recordation of the date of service of summonses and complaints upon the Attorney General of the United States.

2. Summonses and complaints in civil actions, served upon the Attorney General of the United States, pursuant to Federal Rule of Civil Procedure 4(i)(1)(B), are received in the mail room of the Department of Justice and forwarded to the Mail Referral Unit where they are logged in, date stamped, and, as a matter of routine, forwarded to the Civil Division for inclusion in the Case Tracking System.

Exhibit G

3. I have caused the appropriate case tracking system within the Civil Division of the Department of Justice to be searched, and I have found that there is no record of the summons and/or complaint in the above entitled action having been served upon the Attorney General of the United States.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of July, 2006.

*[signature: Mildred L. Carroll]*
MILDRED L. CARROLL

Exhibit G