IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON, | ) Case No. 4:06-cv-00001-JWS |
| | ) |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER |
| | ) |
| LINDA RUNDELL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Defendant's Motion to Dismiss for Failure of Service is hereby GRANTED / DENIED.

Date: _____    _____
John W. Sedwick
United States District Court Judge