Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JUL 28 PM 3: 33

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| LINDA RUNDELL | ) |
| | ) |
| | ) |
| Defendant . | ) |
| _____ | ) 4:06-Cv 1 (JWS) |

**OPPOSITION TO MOTION TO DISMISS FOR FAILURE OF SERVICE**

The Plaintiff opposes the motion to dismiss Plaintiff's complaint for failure of service because Linda Rundell has been properly served with the complaint, at the only address available to the Plaintiff. As the government acknowledges, Ms. Rundell was served with the complaint at 1474 Rodeo Road, Santa Fe, New Mexico, by certified mail, restricted delivery, a method of service that is authorized by Ak R Civ.P.

Wayson v. Rundell, 4:06 Cv 1  JWS                                                          1
Opp. To Mot. To dismiss for non-svc 7-28-06

The removal to federal court by **at that time,** Judge Burgess provides not only proof that Ms. Rundell was served the complaint, but makes moot Defendant's arguments or assertions that service on the Defendant was defective. She received it or the U.S. Attorney's office would not have known that there was a case to remove.

Defendant's Exhibit B is a Declaration by Facility Manager Ferne Lovelace that 1474 Rodeo Road, Santa Fe, New Mexico, is the correct street address for the Bureau of Land Management, and Linda Rundell is the State Director for this BLM office.

Restricted delivery is a service provided by the U.S. post office. How to accomplish that is up to the Post Office. The Postal Service Domestic Mail Manual, page 790, (copy attached) describes the exception conditions for "Restricted Delivery" of certified mail.

b. Mail for officials of executive, legislative, and judicial branches of the government of the United States or of the states and possessions and their political subdivisions, or to members of the diplomatic corps, may be delivered to a person authorized by the addressee or by regulations or procedures of the agency or organization to receive the addressee's mail.

Since Ms. Rundell is a government t official of the executive branch, exception 7.4.1 'b' of the U.S. Postal Domestic Mail Manual applies. Clearly, Ms. Rundell received the copy of the complaint in this manner.

Wayson v. Rundell, 4:06 Cv 1  JWS                                                                 2
Opp. To Mot. To dismiss for non-svc 7-28-06

Defendant's exhibit C, declares that Mr. Fimple signed for the mail. There is no indication that he did not properly deliver this complaint to Ms. Rundell, or was/is not part of the accepted BLM procedure of restricted delivery at the BLM offices. Defendant, not the Plaintiff, had the authority to set up this procedure, and did so.

Defendant's argument that Robert Schneider was personally served is irrelevant. That concerns a different case, now closed, where service was never challenged.

The Defendant has shown no possible prejudice to Ms. Rundell by the manner in which service was effected. It is undisputed that she got it when Plaintiff says she got it.

July 28, 2006

_____
Mark N. Wayson, pro se

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28 day of July, 2006, a copy of the foregoing was served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 JWS                                           3
Opp. To Mot. To dismiss for non-svc 7-28-06

### 7.3 Obtaining Service

#### 7.3.1 At Time of Mailing

The mailer may request restricted delivery at the time of mailing by advising the USPS clerk or by marking the mail "Restricted Delivery." A firm mailer must enter the proper fee in the correct column of the firm sheet and place the required endorsement on the mail. If a return receipt is requested, the correct block on Form 3811 must be checked to show that restricted delivery is also required.

#### 7.3.2 After Mailing

The mailer may request restricted delivery after mailing by notifying the mailing post office in writing. The mailer must identify the article, including item number and addressee, and pay the service fee and communication costs required to effect restricted delivery. USPS failure to provide the service because delivery was made before the delivery office received the request is not grounds for a refund of the fee or communication costs.

### 7.4 Delivery

#### 7.4.1 Conditions

Mail marked "Restricted Delivery" is delivered only to the addressee or to the person authorized in writing as the addressee's agent to receive the mail, subject to 508.1.0, *Recipient Options*, and 508.2.0, *Conditions of Delivery*, and these exceptions:

a. Mail for famous personalities and executives of large organizations is normally delivered to an agent authorized to sign for such mail.

b. Mail for officials of executive, legislative, and judicial branches of the government of the United States or of the states and possessions and their political subdivisions, or to members of the diplomatic corps, may be delivered to a person authorized by the addressee or by regulations or procedures of the agency or organization to receive the addressee's mail.

c. Mail for the commander, staff sections, or other officials of military organizations by name and title, is delivered to the unit mail clerk, mail orderly, postal clerk, assistant postal clerk, or postal finance clerk, when such individuals are designated on DD (Department of Defense) Form 285 to receipt for all mail addressed to the units for which they are designated. If the person accepting mail is designated on DD Form 285 to receipt for ordinary mail only, then restricted delivery mail addressed to the commander, or other official by name and title, is delivered to the mail clerk only if the addressee authorizes under 7.4.3.

d. Mail for an inmate of a city, state, or federal penal institution, in cases where a personal signature cannot be obtained, is delivered to the warden or designee.

e. Mail for minors or persons under guardianship may be delivered to their parents or guardians.

#### 7.4.2 Identification

The USPS may require proof of identification from the addressee (or agent).