DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON,<br><br>　　　　Plaintiff,<br>　v.<br><br>LINDA RUNDELL and UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No.  4:06-cv-1-JWS<br><br>**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR FAILURE OF SERVICE** |

　　　The Defendants, the United States and Ms. Rundell in her official capacity, files their Reply to Plaintiff's Opposition to Motion to Dismiss for Failure of Service.

　　　Mr. Wayson fails to appreciate the difference between a person sued as an individual in her "individual capacity" and a federal employee being sued as an

official of a federal agency in her "official capacity." Mr. Wayson served Ms. Rundell as an official, but not as an individual. Thereafter he stated that he only wanted to pursue <u>Bivens</u> claims against Ms. Rundell. <u>Bivens</u> claims are only brought against a person as an individual. Service is different.

Mr. Wayson points to an exception for restricted delivery. However, it does not apply in this situation. It would certainly apply if Ms. Rundell were sued in her "official capacity."

Every defendant has the right to insist on proper service. It is immaterial that Ms. Rundell is aware of the lawsuit.

Mr. Wayson argues that it is immaterial that Mr. Schneider was served properly in the former suit Mr. Wayson brought against another BLM employee in his individual capacity. It is only material to show that Mr. Wayson, a pro se plaintiff, is not totally unaware of the requirements of service. He argues that service was not challenged in the other suit and he is correct. There was no challenge because personal service on an individual was correctly done.

Mr. Wayson presented no evidence that he even attempted to serve the United States or Attorney General Alberto Gonzales.

The United States asks this court to dismiss the case for failure to serve the defendant properly.

Respectfully submitted this 7th day of August, 2006.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Susan J. Lindquist
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3378
>Fax: (907) 271-2344
>E-mail: susan.lindquist@usdoj.gov
>AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2006,
a copy of the foregoing Defendants' Reply to
Plaintiff's Opposition to Motion to Dismiss
for Failure of Service was served on:

Mark N. Wayson
c/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709

by regular U. S. mail.

s/ Susan J. Lindquist