Motion to Dismiss 12(b)6 EXHIBIT LIST

A.    September 19, 2002 Memorandum from Rundell to National Law
      Enforcement

B.    April 5, 2002 letter Wayson to Earl Devaney, the Inspector General Dept. of
      the Interior

C.    Wayson I complaint

D.    Court Order on Motion to Reconsider

E.    Memorandum closing investigation

F.    Director's job description