IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

MARK N. WAYSON, )
        Plaintiff, )
         )
vs. )
         )
ROBERT SCHNEIDER, )
        Defendant. )
         )

FILED in the Trial Courts
State of Alaska, Fourth District
OCT 0 2003
By_____ Deputy

Case No. 4FA-03-2314 Civil

## COMPLAINT

### Count I - Civil Rights Violations

1. Plaintiff, Mark Wayson, is the owner of two state mining claims located at 99 Mile Steese Highway, in the Fourth Judicial District and was, at all times relevant, a resident of the Fourth Judicial District, Alaska.

2. Defendant, Robert Schneider, using power and authority given to him as a Bureau of Land Management, (hereinafter "BLM"), employee, stated to various State of Alaska, Department of Natural Resources employees, on or about October 12, 2001, that he considered Plaintiff to be a potentially serious threat to all BLM employees.

3. There was no factual basis for this statement.

4. Plaintiff, Mark N. Wayson, did not learn of this statement by Defendant, Schneider, until December, 2001.

5. Defendant, Schneider, made these statements for the purpose of compromising and damaging Plaintiff's reputation and credibility with others, including State of Alaska

THOMAS R. WICKWIRE
LAWYER
2775 HANSON ROAD, SUITE 1
FAIRBANKS, ALASKA 99709
(907)474-0068
FAX (907)474-0069

Wayson v. Schneider
Complaint
Page 1 of 3

Exhibit C

officials in retaliation for Plaintiff's exercise of Free Speech rights under the First Amendment, U.S. Constitution, specifically, Plaintiff had reported that BLM had built an illegal dam on Birch Creek, just below his claims, knowing it would divert the stream into old sediments, and Plaintiff objected strongly in 1996 to BLM regulations, contending they were unconstitutional.

6. As a result of Defendant's statements, Plaintiff has been warned by various people, including State mining claim regulators, that he should not go to his mining claims because BLM officials will have armed agents there to meet him, possibly to provoke Plaintiff into doing something reckless or illegal.

7. As a result of these warnings, Plaintiff has lost the use and value of his property and has had his Free Speech rights infringed.

8. Defendant committed the acts alleged above by use of government power entrusted to him.

9. Defendant committed the acts under color of law or authority.

10. At the time Defendant committed these acts, it was clearly established in law that there could be no good faith belief that these acts were legal.

11. These actions were the legal cause of damage to Plaintiff.

THOMAS R. WICKWIRE
LAWYER
2775 HANSON ROAD, SUITE 1
FAIRBANKS, ALASKA 99709
(907)474-0068
FAX (907)474-0069

<u>Wayson v. Schneider</u>
Complaint
Page 2 of 3

Exhibit C

### Count II - Defamation

12. Plaintiff realleges paragraphs 1 through 12 contained herein.

13. The above acts constitute defamation of Plaintiff by Defendant.

14. Plaintiff has been damaged as a legal cause of Defendant's acts.

WHEREFORE, Plaintiff requests judgment for general damages, special damages in lost use and value of his property and costs spent trying to correct, refute or diffuse the damage caused by others' believing Defendant's statements. Plaintiff requests punitive damages for defamation and for Defendant's intentional and reckless acts in violating Plaintiff's fundamental Constitutional rights, and costs, interest and attorney fees allowed by law.

Dated: 10 October 03

_Thomas R. Wickwire_
Thomas R. Wickwire
Attorney for Mark Wayson
ABA #7111049

THOMAS R. WICKWIRE
LAWYER
2775 HANSON ROAD, SUITE 1
FAIRBANKS, ALASKA 99709
(907) 474-0068
FAX (907) 474-0069

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

MARK N. WAYSON, )
)
        Plaintiff, )
)
vs. )
)
ROBERT SCHNEIDER, )
)
        Defendant. )
)

Case No. 4FA-03-2319 Civil

**JURY DEMAND**

A jury trial of all issues so triable is hereby demanded by the undersigned.

Dated: 10 October 03

                              Thomas R. Wickwire
                              Attorney for Mark Wayson
                              ABA #7111049

*FILED in the Trial Courts, State of Alaska, Fourth District, OCT 10 2003, by Deputy*

THOMAS R. WICKWIRE
LAWYER
2775 HANSON ROAD, SUITE 1
FAIRBANKS, ALASKA 99709
(907) 474-0068
FAX (907) 474-0069

Exhibit C