Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com



FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 OCT -6 PM 3: 28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| LINDA RUNDELL and the | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendants. | ) |
| | ) 4:06-Cv 1 (JWS) |

**AFFIDAVIT OF SERVICE**

October 6, 2006 Affidavit of Mark N. Wayson

I swear that on September 26, 2006, I sent by certified mail, a copy of the Rundell complaint, the amended complaint, and the summons to her, to the U.S. Attorney civil process clerk in Anchorage Alaska, and to the

Wayson v. Rundell, 4:06 Cv 1 JWS
10-06-06 Affidavit of Service

1

Attorney General (Attn: civil process clerk), and until this date have received confirmation by the post office only of delivery to the U.S. Attorney in Anchorage, but not from the Attorney General's office in Washington D.C. Made a part of this affidavit by attachment are copies of the certified mail receipts, and a copy of the e-mail sent to AUSA Lindquist, notifying her of my response to the order. I acted as expeditiously as possible to comply as soon as I became aware of the order. The attached e-mail to Ms. Lindquist chronicles my notification in Germany of the Court's order, and my response to it.

_____
Mark N. Wayson                October 6, 2006


Subscribed and sworn before me on October 6, 2006.


_____
Thomas R. Wickwire            Notary Public
                              IN and for Alaska

My commission expires: 4-18-2010.

Wayson v. Rundell, 4:06 Cv 1 JWS
10-06-06 Affidavit of Service

*[signature]*
Mark N. Wayson, pro se

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on this _6_ day of _Oct_, 2006, a copy of the foregoing was served by mail on AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

*[signature]*
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 JWS
10-06-06 Affidavit of Service

3



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Postage $ $1.11
Certified Fee $2.40
Return Receipt Fee (Endorsement Required) $1.85
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $ $5.36

Sent To: U.S. Attorney - Civil Process Clerk
Street, Apt No.; or PO Box No. 222 West 7th Ave. #9 Rm 253
City, State, ZIP+4 Anchorage Alaska 99513-7567

PS Form 3800, June 2002    See Reverse for Instructions

7003 1010 0003 0124 8958

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Postage $ $1.11
Certified Fee $2.40
Return Receipt Fee (Endorsement Required) $1.85
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $ $5.36

Sent To: U.S. Attorney General
Street, Apt No.; or PO Box No. 950 Pennsylvania Ave. N.W.
City, State, ZIP+4 Washington, D.C. 20530-0001

PS Form 3800, June 2002    See Reverse for Instructions

7003 1010 0003 0124 8947

---

```
==================================
       COLLEGE BRANCH
     FAIRBANKS, Alaska
         997093552
  0203150708-0095
09/26/2006 (800)275-8777 10:25:15 AM
----------------------------------
======= Sales Receipt =======
Product   Sale Unit      Final
Description Qty Price    Price
----------------------------------
WASHINGTON DC                $1.11
 20530-0001
First-Class
 3.70 oz.
Return Rcpt (Green           $1.85
 Card)
Certified                    $2.40
Label #:
 70031010000301248941
                          ========
Issue PVI:                   $5.36

ANCHORAGE AK                 $1.11
 99513-7567
First-Class
 3.70 oz.
Return Rcpt (Green           $1.85
 Card)
Certified                    $2.40
Label #:
 70031010000301248958
                          ========
Issue PVI:                   $5.36
                          ========
Total:                      $10.72

Paid by:
Cash                        $20.00
Change Due:                 -$9.28

Bill#:1000500076228
Clerk:04

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.
          Customer Copy
```

# YAHOO! MAIL

Print - Close Window

**Date:** Tue, 26 Sep 2006 15:27:06 -0800
**From:** "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov>
**Subject:** RE: service : Wayson v. Rundell
**To:** "mark wayson" <markonwayson@yahoo.com>

Thank you.

---

**From:** mark wayson [mailto:markonwayson@yahoo.com]
**Sent:** Tuesday, September 26, 2006 3:25 PM
**To:** Lindquist, Susan (USAAK)
**Subject:** service : Wayson v. Rundell

Dear Ms. Lindquist,

9-19-06 I was notified of Judge Sedwick's 9-15-06 order re: service of the U.S. Attorney.
9-22-06 I returned to Alaska from Germany.
9-25-06 I picked up the order.
9-26-06, today, I sent a copy of the complaint and summons to both the U.S. Attorney in Anchorage, and the U.S. Attorney General in Washington D.C., by certified mail.

I will file notice of service with the court as soon as the certified notices are returned to me.

Mark N. Wayson


Sincerely, Mark N. Wayson

Please visit: www.rosanajoysugwayson.org

---

How low will we go? Check out Yahoo! Messenger's low PC-to-Phone call rates.