

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 OCT -6 PM 3: 28

Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, | ) |
| Plaintiff, | ) ) ) |
| Vs. | ) ) |
| LINDA RUNDELL and the UNITED STATES OF AMERICA | ) ) ) |
| Defendants. | ) ) |
| | ) 4:06-Cv 1 (JWS) |

### NOTICE OF SERVICE

Pursuant to the Court's order (Document 29) Plaintiff sent by certified mail, a copy of the summons and the complaint, and amended complaint to the U.S. Attorney in Anchorage, and the Attorney General in Washington D.C. To date the Plaintiff has received only confirmation of delivery from the U.S. Attorney in Anchorage,

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Notice of Service 10-06-06

1

Plaintiff files an affidavit of service with this notice to the court, and a copy of the e-mail notification to Ms. Lindquist, made on the day of certified mailing.

Dated: October 6, 2006

_____
Mark N. Wayson, pro se

CERTIFICATE OF SERVICE
The undersigned hereby certifies
that on this _6_ day of _OCT_,
2006, a copy of the foregoing was
served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Notice of Service 10-06-06

2