Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 OCT 11 PM 3: 36

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| LINDA RUNDELL and the | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendants. | ) |
| | ) 4:06-Cv 1 (JWS) |

**AMENDED NOTICE OF SERVICE**

As an amendment to the Notice of Service filed 10-06-06, Plaintiff informs the court that on 10-10-06, Plaintiff received the post office confirmation of proof of service upon the Attorney General for the United States. Copy of the confirmation is attached.

Dated:   October 11, 2006

_____
Mark N. Wayson, pro se

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Amended Notice of Service 10-11-06

1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this _11_ day of _Oct_, 2006, a copy of the foregoing was served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Amended Notice of Service 10-11-06

2