| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>OCT 04 2006 |
| 1. Article Addressed to:<br><br>U.S. ATTORNEY GENERAL<br>Dept. of Justice<br>950 Pennsylvania Ave. N.W.<br>Washington D.C.<br>20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7003 1010 0003 0124 8941 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540