Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com



RECEIVED
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| LINDA RUNDELL and the ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendants. ) | |
| _____ ) | 4:06-Cv 1 (JWS) |

**AMENDED SCHEDULING AND PLANNING CONFERENCE REPORT**

1.   In accordance with Fed. R. Civ. P. 26 (f), a meeting by telephone was begun January

17, 2007, between Plaintiff and AUSA Susan Lindquist for the Defendant.


2.   Following this initial telephone conference, the Defendant e-mailed the Plaintiff a

copy of the report for addition and correction, and Plaintiff responded by e-mail.


Wayson v. Rundell, 4:06 Cv 1 JWS
Amended Sched. & Plan report
1-23-07

3. Before the Defendant was aware of Defendant's Discovery objections, and without any communication, the Defendant submitted the **SCHEDULING AND PLANNING CONFERENCE REPORT** to the court fo,r "The Parties" but did not include all of the input by the Plaintiff, a party, regarding both settlement and scheduling matters.

4. Plaintiff submits this **AMENDED SCHEDULING AND PLANNING CONFERENCE REPORT** which includes the Plaintiff's input and a copy of the e-mail communication to Ms. Lindquist, attempting to continue the conference in order to resolve scheduling and planning issues between the parties.

Dated: January 23, 2007

_____
Mark N. Wayson, pro se

CERTIFICATE OF SERVICE
The undersigned hereby certifies
that on this 23 day of JAN ,
2007 a copy of the foregoing was
delivered to the
Office of the U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 JWS
Amended Sched. & Plan report
1-23-07

2