Mark N. Wayson  
C/o Wickwire  
2775 Hanson Rd.  
Fairbanks Alaska 99709

January 18, 2007

Dear Ms. Lindquist,

I tried to correct/add what I wanted on the form which you sent. But the form, both in its pasted and attached display is rather jumbled, and will only take limited input. Therefore I will send this letter to accompany what you send in and send your form and my letter to the court assuming there are not more changes you wish to make.

3. **Contested Issues of Fact and Law.**

d. is not an issue which I raised as noted in the report, and is not a 'constitutional issue' I intend to explore.

4. **Discovery Plan**

A. 1. "Mr. Eddy" should be, 'BLM ranger Ed Lee.'
   "Ms. Stewart" should be, 'then Chief BLM Law Enforcement Officer for Alaska, Pamela Stewart.'

In the Discovery Plan I would include;

All notes, documents, reports, and evidence, electronic and written involved in the investigation conducted by Linda Rundell, and a list of all witnesses and officials who she interviewed, which led to Rundell's finding that I had committed a crime against Carol Hammond.

All notes, documents, reports and evidence, electronic and written involved in the BLM enforcement investigation conducted allegedly at Ms. Rundell's request into my complaint against Robert Schneider, and notes, and documents involved in the assignment of the investigation to Linda Rundell.

Discovery of the revised procedures put in place to increase the flow and exchange of police information between federal and law enforcement agencies after the changes in law and procedures which resulted following the 9-11 attacks.

1

Discovery of the procedure followed by the U.S. Attorney to facilitate by Judge Burgess, both the removal into federal court of the state case against Linda Rundell, and the certification that Linda Rundell was acting within the scope of her employment when she recorded in the official record that I had committed a crime against Carol Hammond.

Discovery of the procedures followed by BLM to transfer federal lands into state ownership and control under ANILCA, and what procedures are followed when the lands to be transferred to the state of Alaska by BLM are to be transferred under what is referred to as 'priority conveyance.'

6. **Other Provisions**

B.  Alternative Dispute Resolution

   X Plaintiff will file a request for resolution
       not later than March 1, 2007.

The U.S. Attorney has stated during the meeting that neither she nor Ms. Rundell will consider settlement of any kind, and I understood her to say that neither she nor Ms. Rundell would attend any settlement conference. Plaintiff's relief in a Bivens case is limited virtually only to a cash relief, but cash will obviously do little to deter Ms. Rundell if the government not only provides defense, but pays the judgment against her. A Bivens case will only serve as a deterrent to official misconduct if the offending defendant is held responsible for the judgment.
A cash award will not remove Rundell's 'conviction' of the Plaintiff which is now part of the permanent record, nor the effects of that conviction upon both the Plaintiff and his family.
The Plaintiff has attempted several times to communicate with the U.S. attorney's office regarding a resolution but the U.S. Attorney will not respond.
The false statement of AUSA Daniel R. Cooper that the Plaintiff would not entertain settlement in the Schneider case which involved some of the same issues, is simply not true.
Plaintiff is interested in pursuing settlement through mediation, by a judge or other experienced person. It is Plaintiff's understanding that the Defendant has no similar interest.

2

Government has refused the Plaintiff's request for consideration of his travel schedule required for repeated appearances in German courts, and response to German court orders, sometimes on relatively short notice. The possibility of required appearance in Brazilian court involving the same international case still exists, but most litigation is now in Germany. Plaintiff anticipates some travel in April for this case. Plaintiff requests the court to require Defendant not to file motions or schedule other matters requiring a response or attendance by Plaintiff at times when he must travel to Germany. Plaintiff will provide Defendant with as much notice as possible in all cases when Plaintiff must travel to Germany or Brazil, and anticipates such notice never being less than ten days. Trips are only made to meet legal requirements and are kept as short as possible.

Mark N. Wayson

**From:** mark wayson [mailto:markonwayson@yahoo.com]
**Sent:** Wednesday, January 17, 2007 7:15 PM
**To:** Lindquist, Susan (USAAK)
**Subject:** Re: Please respond regarding draft I sent

Ms. Lindquist,
The draft you sent did arrive. I will go over it and return it with changes as soon as possible.
Mark Wayson

"Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov> wrote:

Case 4:06-cv-00001-JWS   Document 41-2   Filed 01/23/2007   Page 4 of 12

**YAHOO! MAIL**                                         Print - Close Window

**Subject:** RE: Please respond regarding draft I sent
**Date:** Thu, 18 Jan 2007 08:46:21 -0900
**From:** "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov>
**To:** "mark wayson" <markonwayson@yahoo.com>

It is due today

Yahoo! Mail - markonwayson@yahoo.com                                      Page 1 of 2

   **MAIL**                                          Print - Close Window

| | |
|---|---|
| **Date:** | Fri, 19 Jan 2007 01:56:52 -0800 (PST) |
| **From:** | "mark wayson" <markonwayson@yahoo.com> |
| **Subject:** | RE: Please respond regarding draft I sent |
| **To:** | "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov> |

Dear Ms. Lindquist,

I was unaware of a 'due date.' Are you sure? I understood this process was to give the judge a clear a picture as possible as to where we are on this case, and there is still some time to submit the report.
The attached is my corrections/additions to the Scheduling and Planning Conference report form which you sent.

Mark Wayson



Print - Close Window

| | |
|---|---|
| **Subject:** | RE: Please respond regarding draft I sent |
| **Date:** | Fri, 19 Jan 2007 09:58:04 -0900 |
| **From:** | "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov> |
| **To:** | "mark wayson" <markonwayson@yahoo.com> |
| **CC:** | Lrundell@nm.blm.gov |

Please read the ORDER at Docket 39. We were ordered to meet and then within 7 days file a report. There is a due date.

I made the appropriate changes and filed our report. Mari Johnson in Fairbanks will send you a hard copy. I am attaching it here as it was filed in court.

Three of the items you asked for for discovery have no relationship to this case and I will not provide you information..

#1
Discovery of the revised procedures put in place to increase the flow and exchange of police information between federal and law enforcement agencies after the changes in law and procedures which resulted following the 9-11 attacks.

9-11 and Ms. Rundell's memorandum have no relationship. There is no issue that information did or didn't flow between the IG, who asked for a report per your request, adn Ms. Rundell, who provided it. I will not produce any information on this topic.


#2
Discovery of the procedure followed by the U.S. Attorney to facilitate by Judge Burgess, both the removal into federal court of the state case against Linda Rundell, and the certification that Linda Rundell was acting within the scope of her employment when she recorded in the official record that I had committed a crime against Carol Hammond.


Ms. Rundell is the only defendant. You told the court you only wanted a Bivens claim. Therefore, what Tim Burgess did or did not do to scope Ms. Rundell is not at issue because there are no common law torts at issue in your case. I will not provide that information. I will also not answer your removal questions as that is a question of law. If you objected to the removal, by law, you had to object which you did not do.

#3.
Discovery of the procedures followed by BLM to transfer federal lands into state ownership and control under ANILCA, and what procedures are followed when the lands to be transferred to the state of Alaska by BLM are to be transferred under what is referred to as 'priority conveyance.'

This is not at issue in this case. The only issue is the memorandum, which had nothing to do with the ANILCA or the transfer of land. I will not provide any information on this topic.


**From:** mark wayson [mailto:markonwayson@yahoo.com]
**Sent:** Friday, January 19, 2007 12:57 AM
**To:** Lindquist, Susan (USAAK)
**Subject:** RE: Please respond regarding draft I sent

# YAHOO! MAIL

Print - Close Window

**Date:** Sat, 20 Jan 2007 17:46:17 -0800 (PST)
**From:** "mark wayson" <markonwayson@yahoo.com>
**Subject:** Scheduling and Conference Planning Report
**To:** Susan.Lindquist@usdoj.gov

Dear Ms. Lindquist,

I apparently misunderstood the intent of this planning conference. I thought it was intended to work out some of these issues before going to court.
Why did you send in the report for "...the Parties..." to the court and not include what I sent to you?

I have not yet received Order 38 which you refer to. I am not served electronically and am prohibited from accessing the docket record except at the clerk's office. It was not in the regular mail as of today. I would appreciate it if you could send me an electronic copy of the order until I can obtain one.

The motherboard on my laptop failed late Thursday. A replacement was not available locally and one has been ordered which will arrive next week. I had my case records removed from the computer hard drive on a rush job yesterday for the interim. Tomorrow I will travel and pick up a stored laptop, located about 100 miles from Anchorage, and will be up by Monday.

Tuesday, January 23, 2007, I can be at your office by 1000 hrs., to 'continue' this Scheduling and Conference Planning meeting in person. By telephone was not adequate apparently. Please let me know if that time is convenient. I can be available until 1400 hrs. that day.

If not possible to meet, I will have to file an amended Scheduling and Conference Planning Report since this will be the last day of the seven day period you referred to, and because you did not include all that I had sent you for the report.

Mark N. Wayson


Sincerely, Mark N. Wayson

Please visit: www.rosanajoysugwayson.org

---

Everyone is raving about the all-new Yahoo! Mail beta.



Print - Close Window

| | |
|---|---|
| **Subject:** | RE: Scheduling and Conference Planning Report |
| **Date:** | Mon, 22 Jan 2007 08:47:15 -0900 |
| **From:** | "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov> |
| **To:** | "mark wayson" <markonwayson@yahoo.com> |

please call me and I will explain. I would call you but I don't have a number. Your production request is not something that should go into a sched & planning order. Here is the Court order at Docket 38. I thought you had received it as you knew we needed to meet. Sorry it was docket 39.

**From:** mark wayson [mailto:markonwayson@yahoo.com]
**Sent:** Monday, January 22, 2007 2:48 PM
**To:** Lindquist, Susan (USAAK)
**Subject:** Re:Schduling and Planning report

Dear Ms. Lindquist,

I did not have that order. (#39), or #38 for that matter. Thank you for sending it. I get my mail as you know through Mr. Wickwire's office. He was there during this time, but I will have to notify the court that I did not have it. I had 'waited' to try to arrange this meeting because I thought you had indicated Dec. 8, 2006, that you were going to re-file your motion as a motion for summary judgment, which could delay the need the the conference until the motion was answered and ruled upon.

Tomorrow I will have to come to court to file an amended report. Very relevant to scheduling and planning is my overseas commitment. I will drop your copy off at your office.

I will have to approach the clerk's office to determine if the service can be organized a little better, if I can do so within the permitted parameters of communication. Previous orders from the court have come to Mr. Wickwire's office with no difficulty.

I'm not available by phone right now. I will be able to check my e-mail before I travel tomorrow if you have a time you want to meet with me between 1000 hrs and 1400 hrs.

Mark N. Wayson


Sincerely, Mark N. Wayson

Please visit: www.rosanajoysugwayson.org

---

It's here! Your new message!
Get new email alerts with the free Yahoo! Toolbar.


http://us.f569.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=6894_11418342_6560...   1/23/2007

                                      Print - Close Window

| | |
|---|---|
| **Subject:** | RE: Schduling and Planning report |
| **Date:** | Mon, 22 Jan 2007 15:36:35 -0900 |
| **From:** | "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov> |
| **To:** | "mark wayson" <markonwayson@yahoo.com> |

You can drop by the office if you'd like. Best if it is before you file anything. The report is supposed to be joint. I put your stuff in the report which I filed. The report does not ask for what documents a party want or not want or for a party's calendar. If any amended report is filed it should be JOINT - so Please call me- as I said before I would call you but you don't seem to have a working telephone #. Please provide one and I will put it on my dime. The report only establishes deadlines and gives an idea of the scope of the issues. It is not meant to be an all inclusive discovery program.

I have acknowledged your oversees commitments. If you continue to give notice when you are actually out of the country that notice will be honored. Notice many months in advance will only be forgotten. There is no rush - this is an old case. The plan does not ask for anyone's calendar and putting it in the report is not useful. Just file your notices as the court would never make a decision when you are gone or require you to do something if you gave advance notice of your absence.

I will file my motion. I don't have time now.



Print - Close Window

| | |
|---|---|
| **Date:** | Tue, 23 Jan 2007 12:46:58 -0800 (PST) |
| **From:** | "mark wayson" <markonwayson@yahoo.com> |
| **Subject:** | Planning and scheduling report |
| **To:** | susan.lindquist@usdoj.gov |

Dear Ms Lindquist,

I came to Anchorage to 'continue' the planning and scheduling meeting. I don't need to just 'drop by.' I really am very busy also. Please let me know if you can or will schedule a conference.

I am interested in this meeting and am interested in discussing any settlement plan. It would be helpful to have someone from your office who can participate from a criminal perspective.

I reviewed what you submitted in the Planning and Scheduling report. It does not have everything which I submitted. Therefore I will file an amended report and leave a copy at your office today.

Mark Wayson


Sincerely, Mark N. Wayson

Please visit: www.rosanajoysugwayson.org

---

Get your own web address.
Have a HUGE year through Yahoo! Small Business.