Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

**RECEIVED**

FEB 2 1 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| MARK N, WAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| LINDA RUNDELL and the | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | 4:06-Cv 1 (JWS) |

**NOTICE OF ABSENCE**

Plaintiff will be in Germany from April 4, 2007, until April 17, 2007, in connection

with an international Hague Treaty access application.

Dated: February 21, 2007

_____
Mark N. Wayson, pro se

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies
that on this 2/ day of Feb 2007,
 a copy of the foregoing was
served by mail on: AUSA Linda Rundquist
Office of U.S. Attorney
222 W. 7ᵗʰ Ave., #9, Rm. 253
Anchorage, Alaska 99513

Mark N. Wayson_____

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Notice of Absence 02-21-07