Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

RECEIVED APR 27 2007 CLERK, U.S. DISTRICT COURT FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, | ) |
| Plaintiff, | ) ) ) |
| Vs. | ) ) |
| LINDA RUNDELL and the UNITED STATES OF AMERICA | ) ) ) ) |
| Defendants. | ) ) |
| | ) 4:06-Cv 1 (JWS) |

## MOTION TO COMPEL DICOVERY

. Plaintiff requests under Civil Rule 37 (a), a court order compelling the Defendant to produce the materials requested by the Plaintiff in the attached Requests for Production, one through four.

. The information which the Plaintiff requests that the court order the Defendant to produce is relevant to the disclosure and establishment of damages to the Plaintiff and his family, is relevant in establishing the Obstruction of Justice by the Defendant which,

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Motion to compel discovery 4-27-07

1

was the framework for the civil rights violations against the Plaintiff, and the discovery sought could prove critical to halt the cumulative effects of these violations of the Plaintiff's civil rights, which have had as a direct consequence, a discernibly increased destructive effect upon basic rights of the Plaintiff's minor child, Rosana Joy Sug Wayson, who herself is illegally separated from the Plaintiff in Germany, in violation of the Hague Treaty dealing with the rights of a child to have access to her family, and nationalities.

Discovery of the material requested is available to the Defendant as a State Director for the BLM, and could lead to the settlement of the case filed by the Plaintiff.

Dated: April 27, 2007

_____
Mark N. Wayson, pro se

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27 day of April, 2007, a copy of the foregoing was served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Motion to compel discovery 4-27-07

2