Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

RECEIVED
APR 27 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| LINDA RUNDELL and the ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendants. ) | |
| ) | 4:06-Cv 1 (JWS) |

**AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL DISCOVERY**

I, Mark N. Wayson state as follows:

1.  I am involved in ongoing litigation in Germany, Brazil, and the United States to include this case, in order to restore the legal access to my daughter which we are both entitled to by law and international treaties, and to restore other basic rights which have been stripped from my child since her abduction to Germany December 17, 1997.

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Affidavit for Mot. To compel 4-27-07

1

2.  Since the Defendant made the finding on September 19, 2002, that I had forcibly committed a crime against a federal employee in 2001, I have detected a sharp reduction in my progress in Germany to restore my daughter's rights, and I believe, based upon the timing of legal actions by German courts and authorities, following Ms. Rundell's finding which itself flows in part from other previous BLM false accusations against me, that the reduction of my legal progress in Germany is caused all or in part by the dissemination of Ms. Rundell's finding by BLM, and/or other federal agencies and authorities with access to the information in her September 19, 2002 document.

3.  In discovery in the now dismissed <u>Wayson v. Schneider</u> case, I received a copy of a handwritten note from the U.S. Attorney's office from an "Ed Lee" (BLM Ranger Eddie Lee) to "Bob" (Robert Schneider) indicating that a note from "Carol H" (Carol Hammond) had been removed by Ranger Lee from correspondence which he was sending to Robert Schneider, because he did not want it available to Robert Schneider's (civil) counsel.
(Attachment 9, The 10-? -03 Ed Lee to Bob note)

4.  On 9-15-04, and on 9-21-04, AUSA Daniel Cooper acknowledged that he would obtain and provide the Plaintiff with the note referred to, which Ranger Lee had removed from what he was forwarding to Robert Schneider, but AUSA Cooper never did so.

5.  On some unknown date following 9-21-04, AUSA Daniel Cooper revealed the

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Affidavit for Mot. To compel 4-27-07

existence of two "letters" by Chief BLM Law Enforcement Agent in Alaska, Pamela Stewart, dealing with the investigation of Robert Schneider, and said he would provide these to the Plaintiff, but he never did.

6. During discovery in the <u>Wayson v. Schneider</u> case, AUSA Daniel Cooper provided hundreds of pages of discovery which were not related to, or only very marginally related to the case, but continued a pattern of promising and then successfully stalling production of documents requested in discovery, until the dismissal of the <u>Wayson v. Schneider</u> case, including, but not limited to the Pamela Stewart 'letters,' and the note which was concealed or destroyed by Ranger Lee, and these documents are among documents which could reveal damages relevant in this case, <u>Wayson v. Rundell.</u>

7. Upon AUSA Susan Lindquist refusal to provide virtually all of the documents which I have requested in my Production Requests, I have nevertheless attempted to resolve her refusals without involving the court, including contacting U.S. Attorney Nelson Cohen, since his appointment as the U.S. Attorney in Anchorage's came after Ms. Lindquist began work on her case, and there is a record of e-mails and letters from 3-29 to 4-27 chronicling my efforts to obtain the documents without involving the court. (Attachment 10,  A series of e-mails & letters between Wayson, AUSA Lindquist and U.S. Attorney Cohen beginning 3-29-07 until 4-27-07.)

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Affidavit for Mot. To compel 4-27-07

3

Dated: 4-27-07

_____
Mark N. Wayson

Subscribed and sworn before me, a notary in the State of Alaska.

_____
Thomas R. Wickwire

My commission expires: 4-18-10

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this 27 day of April, 2007, a copy of the foregoing was served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Affidavit for Mot. To compel 4-27-07

4