NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON, | ) Case No.  4:06-cv-1-JWS |
| | ) |
| Plaintiff, | ) **RUNDELL'S RESPONSE TO** |
| v. | ) **WAYSON'S FIRST REQUEST** |
| | ) **FOR PRODUCTION** |
| LINDA RUNDELL | ) |
| | ) |
| Defendant. | ) |

Defendant responds to Plaintiff's First Request for Production as follows:

**REQUEST FOR PRODUCTION NO. 1:**  Defendant's complete job

description of the position she held at the time she conducted the inquiry or

investigation which led to the conclusion that Plaintiff had committed the crime.

Exhibit C
Page 1 of 4

**RESPONSE:**  Ms. Rundell was Associate State Director but signed the

Memorandum as the Acting State Director.  Produced two job descriptions:

Bates:  1-07 Assistant Director

Bates:  08-14 Director

Objection to form of request as it assumes facts not in evidence:

_____

/s Susan Lindquist


**REQUEST FOR PRODUCTION NO.2:**  Any documents from her

superiors which purport to add other duties to her job description prior to her

finding of September 19, 2002.

   **RESPONSE:**  Ms. Rundell does not possess documents responsive to this

request.


**REQUEST FOR PRODUCTION NO.3:**  List of all persons, and all

documents and notes from those persons, who supplied her information which she

relied on in reaching her conclusion that Plaintiff committed a crime against a

BLM employee.

Wayson v. Rundell, et.al.
4:06-cv-1-JWS                        -2-

Exhibit C
Page 2 of 4

**RESPONSE:**  Ms. Rundell does not possess documents responsive to this request.

Objection to form of request as it assumes facts not in evidence:

_____

/s Susan Lindquist


**REQUEST FOR PRODUCTION NO.4:**  Copy of any and all written Bureau of Land Management procedures which Linda Rundell followed which led to her finding that the Plaintiff had committed a crime.

**RESPONSE:**  Ms. Rundell does not possess any copy of the procedures, if they existed from 2002.

Objection to form of request as it assumes facts not in evidence:

_____

/s Susan Lindquist

Wayson v. Rundell, et.al.
4:06-cv-1-JWS                          -3-

Exhibit C
Page 3 of 4

Respectfully submitted March 26, 2007,

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2007,
a copy of the foregoing **United States Response
to Wayson's 1st Request for Production**
was served by email in pdf form on:

Mark N. Wayson
c/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709

Hard copy to follow by U. S. mail.

s/ Susan J. Lindquist

Wayson v. Rundell, et.al.
4:06-cv-1-JWS                     -4-

Exhibit C
Page 4 of 4