NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON, | ) Case No.  4:06-cv-1-JWS |
| | ) |
| Plaintiff, | ) **RUNDELL'S RESPONSE TO** |
| v. | ) **WAYSON'S 2nd REQUEST FOR** |
| | ) **PRODUCTION** |
| LINDA RUNDELL | ) |
| | ) |
| Defendant. | ) |

Defendant responds to Plaintiff's Second Request for Production as follows:

**REQUEST FOR PRODUCTION NO. 1:**  All reports, notes, e-mails, and

documents which formed the basis of Judge/U.S. Attorney Timothy Burgess'

Certification that Linda Rundell was acting within the scope of her employment

when she committed the acts for which the Plaintiff is suing.

**RESPONSE:**  Ms. Rundell does not possess this information.  Moreover,

there are no federal torts at issue in this case and the United States is not a

Defendant.

Objection: Irrelevant & assumes a fact that is not in evidence:

_____

/s Susan Lindquist


**REQUEST FOR PRODUCTION NO.2:**  All e-mails, notes of telephone

conversations, letters, memos, or other communications, direct or indirect in

nature between Linda Rundell and convicted lobbyist, Jack Abramoff, between

December 1, 1999, up to the date of Abramoff's conviction.

**RESPONSE:** None.

Objection: Irrelevant: _____

/s Susan Lindquist

**REQUEST FOR PRODUCTION NO.3:**  All e-mails, notes of telephone

conversations direct or indirect in nature between Judge/U.S. Attorney Timothy

Burgess, and convicted lobbyist, Jack Abramoff, between October 2001, up to the

date of Abramoff's conviction.

**RESPONSE:**  Ms. Rundell does not possess this information.  Moreover,

Wayson v. Rundell, et.al.
4:06-cv-1-JWS                    -2-

there are no federal torts at issue in this case and the United States is not a

Defendant.

Objection: Irrelevant: _____

/s Susan Lindquist

    Respectfully submitted March 26, 2007,

                              NELSON P. COHEN
                              United States Attorney

                              s/ Susan J. Lindquist_____
                              222 West 7th Ave., #9, Rm. 253
                              Anchorage, AK 99513-7567
                              Phone: (907) 271-3378
                              Fax: (907) 271-2344
                              E-mail: susan.lindquist@usdoj.gov
                              AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2007,
a copy of the foregoing **United States Response
to Wayson's 2nd Request for Production**
was served by email in pdf form on:

Mark N. Wayson
c/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709

Hard copy to follow by U. S. mail.

s/ Susan J. Lindquist_____

Wayson v. Rundell, et.al.
4:06-cv-1-JWS                    -3-