NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON, | ) Case No.  4:06-cv-1-JWS |
| | ) |
| Plaintiff, | ) **RENDELL'S RESPONSE TO** |
| v. | ) **WAYSON'S 3rd REQUEST FOR** |
| | ) **PRODUCTION** |
| LINDA RUNDELL | ) |
| | ) |
| Defendant. | ) |

Defendant responds to Plaintiff's 3rd Request for Production as follows:

**REQUEST FOR PRODUCTION NO. 1:**  The written statement of

findings from Ms. Rundell's immediate supervisor, or whoever was designated by

the head of BLM to prepare the statement, whether Ms. Rundell was acting within

the scope of her employment when she made the finding September 19, 2002, that

the Plaintiff had forcibly committed a crime against Carol Hammond, and the

supervisor, and the supervisor or designee's recommendation for or against

providing representation, and the appropriate documentation for this statement and

recommendation.

**RESPONSE:** Ms. Rundell does not possess this information.

Objection: Irrelevant & assumes a fact that is not in evidence:

_____

/s Susan Lindquist


**REQUEST FOR PRODUCTION NO.2:** A copy of all e-mails, notes,

reports documents, communications and other records, by the U.S. Attorney, or

members of his staff, which supports the certification by Judge Timothy Burgess,

that Linda Rundell was acting within the scope of her employment at the time of

the allegations in the Plaintiff's complaint.

**RESPONSE:** Ms. Rundell does not possess this information.  Moreover,

there are no federal torts at issue in this case and the United States is not a

Defendant.

Objection Irrelevant: _____

/s Susan Lindquist


Wayson v. Rundell, et.al.
4:06-cv-1-JWS                     -2-

**REQUEST FOR PRODUCTION NO.3:**  A copy of the U.S. Attorney's

policy which is followed by the U.S. Attorney when certifying that a federal

employee is acting within the scope of her employment.

**RESPONSE:**  Ms. Rundell does not possess this information.  Moreover,

there are no federal torts at issue in this case and the United States is not a

Defendant.

Objection Irrelevant: _____

/s Susan Lindquist


**REQUEST FOR PRODUCTION NO.4:**  A copy of any policy by the

Attorney General of the United States authorizing the transfer to a federal judge,

of the authority of the U.S. Attorney to certify that any act committed by a federal

employee was within the scope of her employment.

**RESPONSE:**  Ms. Rundell does not possess this information.  Moreover,

there are no federal torts at issue in this case and the United States is not a

Defendant.

Objection Irrelevant: _____

/s Susan Lindquist

**REQUEST FOR PRODUCTION NO. 5:** A copy of the revised

procedures put into place to increase, enhance, and facilitate the flow and exchange of law enforcement related information between federal and local law enforcement agencies.

**RESPONSE:**  As to 2002, Ms. Rundell knows of none and does not possess this information.

Objection Irrelevant: _____

/s Susan Lindquist

**REQUEST FOR PRODUCTION NO. 6:**  A copy of the BLM policy or procedure requiring that BLM re-assert federal control over mining claims which originally remained federal claims at the request of the miner  on lands turned over to the state of Alaska under ANILCA,  but which were subsequently abandoned by the miner, or lost to him for his failure to follow BLM administrative requirements, and the BLM policy for responding to requests for the expedited conveyance of mining claims to the State of Alaska .

**RESPONSE:**  There is no issue in this case about a mining claim.  Ms. Rundell does not possess any document responsive to this request.

Objection Irrelevant: _____

/s Susan Lindquist

Wayson v. Rundell, et.al.
4:06-cv-1-JWS                              -4-

**REQUEST FOR PRODUCTION NO. 7:** The BLM policy for what action BLM employees are directed to take when confronted with two operators on a mining claim who both assert ownership or control of the same mining claim.

**RESPONSE:** Ms. Rundell does not believe that such a policy exists and she does not possess documents which respond to this request. Mining laws are available at http://www.access.gpo.gov/nara/cfr/waisidx_06/43cfr3800_06.html

Objection Irrelevant: _____

/s Susan Lindquist

**REQUEST FOR PRODUCTION NO. 8:** A complete un-redacted copy of the information requested by the Plaintiff under FOIA from the Department of the Interior, and subsequently denied by the refusal to respond to an appeal received 6/3/04 by the FOIA Appeals Officer, Department of the Interior, and assigned the number, 2004-179.

**RESPONSE:** Ms. Rundell does not possess documents responsive to this request.

Objection Irrelevant: _____

/s Susan Lindquist

**REQUEST FOR PRODUCTION NO. 9:**  Copy of all notes, e-mails, reports, documents, and other communications and records, which Pamela Stewart, Senior Agent in Charge, reviewed or produced herself, in her investigation of the Plaintiff's complaint, and in drafting the 9-19-02 memorandum for Ms. Rundell.

**RESPONSE:**  Ms. Rundell dos not have any documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 10:**  Copy of all notes, e-mails, documents, reports, and other communications and records, produced by Walter Johnson, and BLM personnel at all levels, including personnel assigned to the Inspector general's office, relating to the assignment of Plaintiff's complaint against Robert Schneider, to Linda Rundell.

**RESPONSE:**  Ms. Rundell does not have any documents which respond to this request.

**REQUEST FOR PRODUCTION NO. 11:**  Copy of all notes, e-mails, documents, reports, and other communications and records produced by Walter Johnson, Greg Assmus, Ranger Lee, other law enforcement personnel, Evie

Punches, and any other BLM communication specialists, or BLM personnel, and by private citizens, in connection with the assignment and/or investigation of the complaint against Robert Schneider, filed by the Plaintiff.

**RESPONSE:**  .  Ms. Rundell does not have any documents which respond to this request.

Respectfully submitted this March 26, 2007

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2007,
a copy of the foregoing **United States Response
to Wayson's 3rd Request for Production**
was served by email in pdf form on:

Mark N. Wayson
c/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709

Hard copy to follow by U. S. mail.

s/ Susan J. Lindquist

Wayson v. Rundell, et.al.
4:06-cv-1-JWS                    -7-