NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON, | ) Case No.  4:06-cv-1-JWS |
| | ) |
| Plaintiff, | ) **RUNDELL'S RESPONSE TO** |
| v. | ) **WAYSON'S 4th REQUEST FOR** |
| | ) **PRODUCTION** |
| LINDA RUNDELL | ) |
| | ) |
| Defendant. | ) |

Defendant responds to Plaintiff's 4th Request for Production as follows:

**REQUEST FOR PRODUCTION NO. 1:**  The letter of resignation as U.S. Attorney submitted by Timothy Burgess, prior to, upon, or after his confirmation as a federal judge 12.21.05.

**RESPONSE:**  Ms. Rundell does not have this document.

**OBJECTION:**  Irrelevant          /s Susan J Lindquist

**REQUEST FOR PRODUCTION NO. 2:** A copy of the public notice which was written, signed, circulated, or displayed by or for Linda Rundell, New Mexico State Director of the Bureau of Land Management, and dated on or about May 19, 2004, limiting the public's right to comment, except through the submission of written comments that are delivered only by U.S. Mail, on the Supplement to Proposed Resource Management Plan for Federal Fluid Minerals Leasing and Development in Sierra and Otero Counties, New Mexico, and opening of a 30-day public comment period (69 Federal Register 30718 (May28, 2004)).

**RESPONSE:** Produced. See Bates #19-27.

**OBJECTION:** Irrelevant.     /s Susan J Lindquist

**REQUEST FOR PRODUCTION NO. 3:** Copies of all communications, and/or notes or reports of communications, from former Deputy Interior Secretary J. Steven Griles to Linda Rundell, whether direct or through other parties, which were part of, or were related in any way to Linda Rundell's investigation of the Plaintiff's complaint of criminal activity by regional director Robert Schneider, or to her finding September 19, 2002, that the Plaintiff had committed a crime against Carol Hammond.

**RESPONSE:** There are no documents.

**OBJECTION:** Irrelevant and Plaintiff misstates facts as to a "finding" made regarding Plaintiff's activity.  /s Susan J Lindquist.

**REQUEST FOR PRODUCTION NO. 4:** Copies of all communications, and/or notes or reports of communications, from Sue Ellen Wooldridge, former deputy chief of Staff to Secretary of the Interior Gale Norton, to Linda Rundell, whether direct or through other parties, which were part of, or related in any way to Linda Rundell's investigation of the Plaintiff's complaint of criminal activity by regional director Robert Schneider, or to her finding September 19, 2002, that the Plaintiff had committed a crime against Carol Hammond.

**RESPONSE:** There are no documents.

**OBJECTION:** Irrelevant and Plaintiff misstates facts as to a "finding" made regarding Plaintiff's activity.  /s Susan J Lindquist.

**REQUEST FOR PRODUCTION NO. 5:** Copies of all communications, and/or notes or reports of communications, from Fran (Frances) Cherry, former Alaska State Director for the Bureau of Land Management, to Linda Rundell, whether direct or through other parties, which were part of, or related in any way to Linda Rundell's investigation of the Plaintiff's complaint of criminal activity by

BLM regional director Robert Schneider, or to her finding September 19, 2002, that the Plaintiff had committed a crime against Carol Hammond.

**RESPONSE:** There are no documents.

**OBJECTION:** Irrelevant and Plaintiff misstates facts as to a "finding" made regarding Plaintiff's activity.  /s Susan J Lindquist.

Respectfully submitted this April 30, 2007

    NELSON P. COHEN
    United States Attorney

    s/ Susan J. Lindquist
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-3378
    Fax: (907) 271-2344
    E-mail: susan.lindquist@usdoj.gov
    AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2007,
a copy of the foregoing **United States Response
to Wayson's 4th Request for Production**
was served by email in pdf form on:

Mark N. Wayson
c/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709

Hard copy to follow by U. S. mail.

s/ Susan J. Lindquist

Wayson v. Rundell, et.al.
4:06-cv-1-JWS            -4-

Wayson v. Rundell, et.al.
4:06-cv-1-JWS                                  -5-