RECEIVED
MAY 21 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>LINDA RUNDELL and the )<br>UNITED STATES OF AMERICA )<br>)<br>Defendants. )<br>_____ ) | 4:06-Cv 1 (JWS) |

**MOTION TO REMAND THE CASE TO STATE COURT**

Plaintiff moves to remand this case to state court.

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Motion to remand 5-18-07

1

Plaintiff seeks appropriate costs from the Defendant for this action.


Dated: May 18, 2007

*[signature]*

Mark N. Wayson, pro se


CERTIFICATE OF SERVICE
The undersigned hereby certifies that on this 21 day of MAY, 2007, a copy of the foregoing was served by mail on: AUSA Linda Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

*[signature]*
Mark N. Wayson


Wayson v. Rundell, 4:06 Cv 1 (JWS)
Motion to remand 5-18-07

2