RECEIVED MAY 21 2007 CLERK, U.S. DISTRICT COURT FAIRBANKS, ALASKA

Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| LINDA RUNDELL and the ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendants. ) | |
| _____ ) | 4:06-Cv 1 (JWS) |

## ORDER TO REMAND

Based upon Plaintiff's order to remand this case to state court, and review of the supporting and opposing memorandum, and the pleadings and papers on file herein, the motion to remand is granted.

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Order to remand

1

This case is remanded to state court forthwith.

Dated:

_____

Judge John Sedwick

CERTIFICATE OF SERVICE
The undersigned hereby certifies
that on this 21 day of MAY,
2007, a copy of the foregoing was
served by mail on: AUSA Linda Lindquist
Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Order to remand

2