Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

RECEIVED MAY 21 2007 CLERK, U.S. DISTRICT COURT FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| LINDA RUNDELL and the ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendants. ) | |
| ) | 4:06-Cv 1 (JWS) |

**MEMORANDUM IN SUPPORT OF MOTION TO REMAND**

Plaintiff motion to remand this case to state court is based upon the ruling by this court that actions of Linda Rundell, a federal employee, cannot be certified as being within the scope of her employment since those actions are construed to be violations of the Plaintiff's constitutional rights, and that this is a Bivens action.

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Memo support Mot. To remand 5-18-07

1

The removal of this case to the federal court was triggered by the certification by Judge Timothy Burgess that Linda Rendell's actions were within the scope of her employment as a federal employee.

Therefore, since there is no exclusive federal jurisdiction precedent requiring this case to remain in federal court, the case should be remanded back to the Alaska district court which is a proper forum for this Bivens case. .

Dated: May 18 2007

_____
Mark N. Wayson, pro se

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on this 21 day of MAY, 2007, a copy of the foregoing was served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Memo support Mot. To remand 5-18-07

2