NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON, | ) Case No.  4:06-cv-1-JWS |
| Plaintiff, | ) |
| v. | ) |
| LINDA RUNDELL | ) **RUNDELL'S RESPONSE IN OPPOSITION TO THE MOTION TO REMAND** |
| Defendant. | ) |

The Defendant, Linda Rundell, in her personal capacity, through counsel, responds in opposition to Mary Wayson's ("Wayson's") motion to remand this case to state court at Dockets 51 & 52.

The case was originally removed pursuant to 28 U.S.C. §§ 1442(a)(1), 1446 and 28 U.S.C. § 2679(d)(2).  Title 28 U.S.C. § 1442(a)(1) provides that a case commenced in state court against a federal official sued in her "official or

individual capacity for any act under color of such office" may be removed to the United States District Court. Wayson clearly stated to the court that "the amended complaint asserts only a Bivens claim . . . ." Dkt. 19. "It is clear that district courts do have jurisdiction over *Bivens* actions. Those actions are brought against employees of the federal government in their individual capacities and are brought to redress violations of citizens' constitutional rights. *See Bivens,* 403 U.S. at 395-96, 91 S.Ct. at 2004-05. They are firmly within the subject matter jurisdiction of the district courts." Janicki Logging Co. v. Mateer, 42 F.2d 561, 563 (9th Cir. 1994).

As the District Court has subject matter jurisdiction, Ms. Rundell requests that this court retain jurisdiction of this case and deny Wayson's motion to remand.

Respectfully submitted this 6th day of June, 2007.

                      NELSON P. COHEN
                      United States Attorney

                      s/ Susan J. Lindquist
                      222 West 7th Ave., #9, Rm. 253
                      Anchorage, AK 99513-7567
                      Phone: (907) 271-3378
                      Fax: (907) 271-2344
                      E-mail: susan.lindquist@usdoj.gov
                      AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2007, a copy of the foregoing **RUNDELL'S RESPONSE IN OPPOSITION TO THE MOTION TO REMAND** was served on:

Mark N. Wayson
c/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709

by regular U. S. mail.

s/ Susan J. Lindquist