Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com



JUL 2 5 2007

**CLERK, U.S. DISTRICT COURT FAIRBANKS, AK**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>LINDA RUNDELL and the )<br>UNITED STATES OF AMERICA )<br>)<br>Defendants. )<br>_____ ) | 4:06-Cv 1 (JWS) |

## MOTION TO EXTEND FINAL WITNESS LIST DEADLINE

Plaintiff moves to extend the final witness list deadline to twenty days after the

Defendant has provide discovery, after the Motion to Compel discovery is granted,

because the defendant has provided virtually none of the requested discovery, and

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Motion to Extend Wit. List Deadline 07-24-07

1

indications of some witnesses by the Defendant possessing specific information differ from those who were to have provided the same information in the <u>Wayson v. Schneider</u> case.

Plaintiff has made all reasonable effort to obtain the information, but until the Order to Compel the Defendant to provide Discovery is issued, Plaintiff cannot anticipate who will be needed as a witness at time of trial.

Dated: July 24, 2007

_____
Mark N. Wayson, pro se

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies
that on this 25 day of July,
2007, a copy of the foregoing was
served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Motion to Extend Wit. List Deadline  07-24-07
2