Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com



JUL 2 5 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>LINDA RUNDELL and the )<br>UNITED STATES OF AMERICA )<br>)<br>Defendants. )<br>_____ ) | 4:06-Cv 1 (JWS) |

**ORDER TO EXTEND FINAL WITNESS LIST DEADLINE**

It is hereby ordered that the deadline for filing the final witness list shall be _____ days after the Plaintiff receives the documents which he has requested under Discovery and which this court has ordered the Defendant to provide to the Plaintiff.

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Proposed Order to extend wit. List deadline 07-24-07

1

Dated: _____


_____

JUDGE JOHN W. SEDWICK


**CERTIFICATE OF SERVICE**
The undersigned hereby certifies
that on this 25 day of July,
2007, a copy of the foregoing was
served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson


Wayson v. Rundell, 4:06 Cv 1 (JWS)
Proposed Order to extend wit. List deadline 07-24-07

2