Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com



AUG 1 2007

**CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| LINDA RUNDELL and the ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendants. ) | |
| ) | 4:06-Cv 1 (JWS) |

## NOTICE OF NON-OPPOSITION

AUSA Susan Lindquist contacted Plaintiff by E-mail 7-31-07 approximately 1645 hrs.

to advise that she has no opposition to extending the Final Witness Deadline to 15 days

**Wayson v. Rundell, 4:06 Cv 1 (JWS)
Notice of Non-Opposition 7-31-07**

1

after the Plaintiff receives Production, once the court has ruled on the Plaintiff's Motion to Compel Discovery. Plaintiff agrees that 15 days after receiving Production should be adequate to prepare this Final Witness List for the Court.

Dated: July 31, 2007

_____
Mark N. Wayson, pro se

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this 31 day of July, 2007, a copy of the foregoing was served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

**Wayson v. Rundell, 4:06 Cv 1 (JWS)**
**Notice of Non-Opposition 7-31-07**

2