# POSITION DESCRIPTION (Please Read Instructions on the Back)

| | | | | | |
|---|---|---|---|---|---|
| 2. Reason for Submission<br>☐ Redescription ☐ New ☒ Hdqtrs. ☐ Field<br>☐ Reestablishment ☒ Other<br>Explanation (Show any position replaced)<br>RECERTIFICATION | 3. Service | 4. Employing Office Location<br>WASHINGTON, DC | 5. Duty Station<br>ANCHORAGE, AK | | 1. Agency Position No.<br>6. OPM Certification No. |
| | 7. Fair Labor Standards Act<br>☒ Exempt ☐ Nonexempt | 8. Financial Statements Required<br>☒ Executive Personnel Financial Disclosure ☐ Employment and Financial Interests | | 9. Subject to IA Action<br>☐ Yes ☐ No | |
| | 10. Position Status<br>☐ Competitive<br>☐ Excepted (Specify in Remarks)<br>☒ SES (Gen.) ☐ SES (CR) | 11. Position is:<br>☐ Supervisory<br>☒ Managerial<br>☐ Neither | 12. Sensitivity<br>☐ 1-Non Sensitive ☒ 3-Critical Sensitive<br>☐ 2-Noncritical Sensitive ☐ 4-Special Sensitive | 13. Competitive Level Code<br>14. Agency Use | |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | State Director | ES | 0340 | 00 | | |
| c. Second Level Review | State Director | ES | 0340 | 00 | ebs | 5-6-02 |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

16. Organizational Title of Position (If different from official title)

17. Name of Employee (If vacant, specify)

18. Department, Agency, or Establishment
Department of the Interior

a. First Subdivision
Bureau of Land Management

b. Second Subdivision
Office of the State Director, AK

c. Third Subdivision
Office of the Director

d. Fourth Subdivision

e. Fifth Subdivision

19. Employee Review—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

20. Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor
Kathleen B. Clarke
Director, Bureau of Land Management
Signature / Date 5/6/02

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)
Signature / Date

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

Typed Name and Title of Official Taking Action
Carolyn Cohen
Director, Office of Personnel Policy
Signature / Date MAY 23 2002

22. Position Classification Standards Used in Classifying/Grading Position

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

25. Description of Major Duties and Responsibilities (See Attached)

BLM000008

Attachment #2

## STATE DIRECTOR

### I. INTRODUCTION

The Bureau of Land Management is charged with the responsibility of managing the nations' public lands (approximately 270 million acres) and subterranean resources in a manner which will bring the fullest and most effective utilization of these vast natural resources in a manner which will bring the fullest and most effective utilization of these vast natural resources for the population of today, as well as the generations of tomorrow. Management decisions are of a particularly sensitive and impact-making nature. The task of balancing essential contemporary development and enhancement of the natural requirements of the future, is one of extreme complexity.

The State Director administers a broad and complex program of balanced land protection, utilization and development, both surface and subsurface. In addition, (s) he has the mineral leasing responsibility for those lands where the surface is managed by other Federal agencies, and the responsibility for all cadastral survey work in the state(s) administered. The variety and abundance of minerals and recreational opportunities has attracted the outdoor recreation seeker and the industrial developer in rapidly increasing numbers, creating new and conflicting demands on the natural areas and the people who manage them. The assessment of environmental impacts on these many major proposals is a responsibility of the State Director. As a result, the State Director must play a major and vital role in total land use planning within the state(s).

### II. DUTIES AND RESPONSIBILITIES

The State Director serves as the direct, on-site extension of the Director, Bureau of Land Management, in the accomplishment of his/her broad management responsibilities:

- Establishes statewide program goals and priorities designed to meet the economic and social demands placed on the natural resources consistent with prudent conservation and protection concerns. Recommends new efforts or changes in national policy and programs to the Director.

- Provides executive leadership and direction for all Bureau actions within the state(s) compatible with the Bureau, Departmental and Administration objectives and policy. Major characteristics of such objectives are: multiple use of resources; appropriate balance between resource protection and development; effective dealing with economic and other interest organizations and groups including mining and livestock associations, environmental and conservation groups, major oil and utility companies, and effectively working with state, county and local officials and other Federal agencies.

BLM000010

### III. SUPERVISION AND GUIDANCE RECEIVED:

Performs under the broad policy and program direction of the Director, Bureau of Land Management. As State Director, incumbent is accorded both the privilege and obligation of functioning with full latitude and independence of action. (S)he is held singularly responsible for the development, implementation and execution of programs designed to effectively meet the goals and challenges of the Bureau and Department and for coordinating programs with local, state and other Federal agencies. Guidelines consist of a multitude of complex laws, rules, and regulations, court decisions and executive policy decisions that relate to the public land and its resources.

BLM000014