NELSON P. COHEN
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON, | ) Case No. 4:06-cv-1-JWS |
| Plaintiff, | ) RUNDELL'S RULE 26 WITNESS |
| v. | ) LIST |
| LINDA RUNDELL and UNITED STATES OF AMERICA, | ) |
| Defendants. | ) |

The Defendant, Linda Rundell, in her personal capacity, through counsel, presents its Rule 26 witness list that it does not file in court.

1.   Mark Wayson
     Plaintiff, pro se
     c/o Thomas R. Wickwire
     Law Offices of Thomas R. Wickwire

*Attachment #3*

      2775 Hanson Road, Suite 1
      Fairbanks, AK 99709
      (907) 474-0068

2.    Linda Rundell
      1474 Rodeo Rd.
      Santa Fe, New Mexico 87505
      (505) 438-7501

She was the acting state director. She signed the memorandum drafted by Ms. Stewart.

3.    Pam Stewart- retired
      Senior Agent-in-Charge
      P.O Box 6271
      Phoenix, Az 65005
      (602) 391-8616

She worked for Ms. Rundell and was assigned the task of investigating Mr. Wayson's complaint. She drafted the memorandum for Ms. Rundell. She knows she spoke with Mr. Schneider and Ranger Ed Lee.

4.    Walter Johnson
      Chief Law Enforcement Officer
      Retired - formerly in
      BLM Headquarters
      Washington D.C.

The memorandum was addressed to him. The government is still seeking his current contact information.

5.    Greg Assmus
      Chief of Internal Affairs
      BLM National
      3833 S. Development Ave.
      Boise, ID 83075
      (208) 387-5129