AFFIDAVIT OF MARK N. WAYSON 07-24-07

I, Mark N. Wayson, state that,

1. On or about 02.04.05, I prepared what is designated as attachment 7, 'Chronology of Discovery Attempts' in the preceding Memorandum in Support of the Motion to Extend Final witness List Deadline, based upon notes and records which I had at the time.

2. The chronology represents continuing efforts I have made to learn the identity of government and other witnesses who conducted or were any part of an investigation into a complaint I filed with the Dept. of the Interior Inspector General, April 2, 2002.

3. It is my belief that these witnesses are critical to establish at trial that Linda Rundell violated my constitutional rights, and/or to identify those who acted with her or under her direction, to violate my constitutional rights.

4. Through my Extensive Discovery efforts in this case, and FOIA efforts before and after <u>Wayson v. Schneider</u> was filed, and Discovery requests in the <u>Wayson v. Schneider</u> case, I have never located a single document which reflects that either a criminal or administrative investigation took place prior to the finding by Linda Rundell in her 09-

1

*Attachment #4*

19-02 memorandum, and specifically there was not a single indication of an 'investigation' by SAIC Pamela Stuart, beyond those outlined in the preceding Memorandum.

*[signature]*
Mark N. Wayson                July 25, 2007

Sworn before me this 25th day of July, 2007.

*[signature]*

Thomas R. Wickwire, notary for and in the State of Alaska

Commission exp. 4-18-'10.

2