04-16-03  Mailed my FOIA request to FOIA Act Coordinator SANDRA EVANS.

05-08-03  SANDRA EVANS acknowledged receipt of FOIA request. She cited "complexities"

4

*Attachment # 7*

involved in processing, but promised I would be kept 'updated.' (No updates followed)

04-12-04  TIA BARNER, FOIA specialist, e-mailed me. She asked if I am still interested in the information, (a few days short of a year after my request). She also mentioned a 'note in the file' re: forwarding my request to BLM

04-12-04  I e-mailed TIA BARNER, requesting information again, and a copy of the 'note' which she referred to. (No answer)

04-30-04  I e-mailed TIA BARNER, repeating request. (No answer)

05-09-04  I again e-mailed TIA BARNER, repeating request, and confirmation of my response. (No answer)

Sometime between 05-14-04 & 05-16-04 Attorney Wickwire contacted TIA BARNER, and threatened legal action if information was not sent.

05-18-04  ELIZABETH M. KELLY, Associate General Counsel for DOI, sent 30 heavily redacted pages, some of which are only partial copies.

06-02-04  Pursuant to Ms. KELLY's 5-18-04 instructions, I mailed BLM FOIA officer AMY GBENOU requests for BLM records under BLM case numbers.

06-02-04  Pursuant to procedures outlined by Assoc General Counsel ELIZABETH M KELLY, I FAX'ed and mailed "FOIA APPEALS OFFICER" timely appeal of information denied me.

06-03-04  Post Card is mailed from the DOI, MS-5312-MIB, acknowledging receipt of my appeal, (2004-179) 06-02-04. Card states law requires that a "final determination" on any appeal "shall" be made within 20 working days of receipt of appeal.
(Attachment 5)

06-03-04  MARIAN LAM, FOIA appeals officer, called Attorney Wickwire's secretary to report my appeal package was not complete.

06-04-04  MARIAN LAM was mailed and Faxed the materials she requested 06-03-04.

06-22-04  Letter mailed to AMY GBENOU, BLM FOIA officer, 06-02-04, was returned to Fairbanks unopened. Postal code, and GBENOU's address has been "redacted" in heavy black ink. (Post office states someone in Washington crossed out address and code and dropped the letter into mailbox, causing it to be returned to Fairbanks.)

07-09-04  I called SANDRA EVANS IN Washington D.C. She confirmed that MARIAN LAM is the correct FOIA appeals officer. Ms. EVANS also confirms that AMY GBENOU is the BLM FOIA officer.

07-09-04  I called MARIAN LAM, and left call-back message.

07-10-04  I called MARIAN LAM and left contact request, leaving phone and FAX numbers.

07-13-04  I called AMY GBENOU. She advised she is a DOI Appeals officer, and not authorized to process FOIA appeals. She referred me to FOIA information officer, VINCE CHAPMAN

07-13-04  I called VINCE CHAPMAN and left contact request, leaving phone and FAX numbers.

07-14-04  JOHN LIVORNESE called attorney Tom Wickwire. Left call-back number.

07-14-04  I called JOHN LIVORNESE. He advised me to FAX him, #(1) Original 2003 FOIA request. #(2) 05-18-04 ELIZABETH M.KELLY letter. #(3) Handwritten FOIA request for BLM records which he would forward to FOIA coordinator in Idaho, DENNIS WATKINS. I did this that same day.

07-15-04  ALEX MALLUS of the FOIA Appeals Office called. She reported that GINNY MORGAN is now 'acting' FOIA Appeals officer because MARIAN LAM is vacationing. She also states there are "...eleven or twelve..." FOIA offices in the Dept of the Interior, but is not sure exactly how many, or what coordination there is between them. ALEX MALLUS does confirm that my complete 06-04-04 packet, sent to MARIAN LAM, is on the desk. ALEX MALLUS promises to "follow-up" on my FOIA appeal, and to coordinate with JOHN LIVORNESE 07-19-04 regarding the BLM FOIA request he had promised to send to Idaho. ALEX MALLUS promised an update FAX on 07-19-04

07-16-04  JOHN LIVORNESE sent a letter confirming he had forwarded my 07-14-04 BLM FOIA request to Idaho. He refers me to AMY GBENOU or VINCE CHAPMAN if I have questions.

07-19-04  Promised update FAX from ALEX MALLUS doesn't comes.

07-20-04  ALEX MALLUS called Attorney Wickwire to say she is still trying to get the information discussed with me 07-15-04, but the 'people with the information' are on vacation until "Monday." (07-26-04)  ALEX MALLUS promised to call 07-26-04 with update.

07-21-04  GINNY MORGAN called Attorney Wickwire to report that AMY GBENOU had received my request. (Apparently the request from 06-02-04)

07-22-04  I called AMY GBENOU and left call-back message. (No response)

07-22-04  I called VINCE CHAPMAN and left call-back request to confirm that the BLM Fire Center, also handles FOIA law enforcement matters. (No response)

07-26-04  No promised call from ALEX MALLUS.

07-27-04  AMY GBENOU faxed me a copy of JOHN LIVORNESE's 07-16-04 letter.

08-17-04  Since I was leaving the USA ( re:German litigation) with still no response from the Idaho BLM enforcement center, I Faxed BLM FOIA coordinator DENNIS WATKINS, inquiring whether the FOIA request forwarded by JOHN LIVORNESE had been received.

08-17-04  I copied JOHN LIVORNESE with the same FAX sent to DENNIS WATKINS, adding that some other contact than AMY GBENOU was needed, since she had said she does not handle BLM FOIA requests.

08-18-04  A letter from LARRY HAMILTON, Director, Office of Fire and Aviation, arrived at Attorney Wickwire's office.  Fire Director HAMILTON reported that FOIA coordinator DENNIS WATKINS had a conversation with TIA BARNER 08-10-04.

08-24-04  JOHN LIVORNESE wrote that as I was previously informed, 'the Washington Office does not maintain records' I seek.  JOHN LIVORNESE also said to contact VINCE CHAPMAN or JOHN LIVORNESE if I had additional questions.

09-15-04  Asst. U.S. Attorney, DAN COOPER instructed me during a deposition that I must direct all future contacts with BLM officials through him.

09-15-04  Upon questioning defendant SCHNEIDER about a note from BLM enforcement ranger, EDDIE LEE, about a "note" which Ranger Lee's note he had removed in order to provide a copy which Ddefendant Schneider could provide 'counsel' AUSA COOPER immediately interrupted, stating he did not know about the missing 'note' and that he would make immediate efforts to seek and provide it to me.

09-17-04  AUSA DAN COOPER was e-mailed a request to obtain the information requested through FOIA, since his instruction 9-15-04 essentially made all BLM employees a 'party' in this case, requiring me to go through their counsel.

9-20-04  In a discussion before I was deposed I repeated my request for the FOIA information to AUSA DAN COOPER.  COOPER said he would not do it. He said I would have to file a separate lawsuit to obtain the information I had requested from BLM through FOIA. Further he said that he himself could not get the information which he requested from agencies. He also indicated he was presently involved in defending a suit filed by a citizen against a federal agency (possibly the Air national Guard) and that any agency sued for FOIA violations would in fact be defended by the U.S. Attorney.

9-21-04    Near the close of a deposition of federal employee BEN KENNEDY, I requested copies of documents which he had brought to the deposition. At that point AUSA COOPER produced a packet of documents to me, which had been faxed to him by BEN KENNEDY on 4-

27-04. COOPER advised that the 'documents' had mistakenly been placed in a "correspondence" rather than a "discovery" file. He also said that he had two paralegals assigned to help him, and he believed there may have been a communication breakdown because of illnesses by one or both. COOPER had communicated with Mr. KENNEDY both by e-mail and phone.

9-21-04  AUSA COOPER went off the record, and chronicled documents which BEN KENNEDY had brought to the deposition, but failed to send 4-27-04. (It is unknown but possible that these documents revealed 9-21-04 are related to information requested in my FOIA requests. Copies are not yet available for inspection.)  Mr. COOPER promised that copies with BAIT numbers would be 'waiting for me when I got back.' (They weren't.)

9-22-04  A Request for Production for the 'information' in the 07-14-04 BLM FOIA request was mailed to AUSA COOPER.

9-27-04  I requested to see the original copies of the 'Carol Hammond' notes sent 8-3-04, following my 5-24-04 request. Paralegal Nan Farrell wrote that the originals did not copy well, and invited inquiries about them be made to either she or Dan Cooper, at my convenience. After the Linda Rundell deposition, Mr. Cooper advised that the originals could not be found. He promised to locate them, and I advised him I would return to his office 10-13-04 to review the originals.

10-13-04 I returned to Anchorage from Germany and called Mr. Cooper twice, but he was not available either time. I called Ms. Farrell and was told she was 'out for the day'.

10-14-04 I got an e-mail from Mr. Cooper, stating simply that the originals of the notes I sought, were on his desk.

10-15-04  I reviewed the deposition of Ben Kennedy. A 9-24-04 document from Carol Hammond to Ben Kennedy was among the exhibits turned over to Daniel Cooper. Carol Hammond refers to 'as-built' diagrams to be sent for the un-permitted project.

10-21-04  Daniel Cooper referred to a conversation he had with former chief law enforcement officer in Alaska, Pamela Stuart. He said she had mentioned two 'letters' she had written. He suggested I would want to depose her.

10-21-04 Dan Cooper gave me copies of Carol Hammond's field notes which he had indicated were available in a 10-13-04 e-mail. He gave me his file.

10-21-04 Daniel Cooper produced 291 pages of discovery documents which he said he had located in Anchorage.

10-21-04 Daniel cooper mentioned that he intended to produce the materials which he had unsuccessfully attempted to not produce with his motion for a protective order.

8

10-21-04  There was a discussion about an e-mail exchange regarding discovery. I mentioned specifically that I still had not received, for example, the 'note' which an Ed Lee handwritten note referred to, as one he had removed in order to provide Robert Schneider with a copy of a Carol Hammond e-mail, appropriate for Schneider to give to counsel. I reminded Daniel Cooper that he had promised 9-15-04 to find the note and get me a copy.

10-21-04 Dan Cooper suggested I had misunderstood his instructions regarding BLM FOIA information. He said it was my responsibility to file a separate lawsuit if I could not obtain the information under FOIA. He said such a suit would be defended by the U.S. attorney. He said he was currently engaged in defending such a suit for the United States Air Force.

10-22-04 Daniel Cooper produced three files, the numbers for which he read into the record of the Nicolle Jacobson deposition. Mr. Cooper promised to produce copies of these files as soon as possible.

10-22-04 Daniel Cooper produced two typewritten pages of notes. Nicolle Jacobsen testified that she had made notes on her laptop computer 'shortly', or a 'few days after' the incident at 98 mile Steese. She said she had dropped her laptop on the floor of her truck, and the notes had disappeared. She said that on 10-21-04, she had figured out another way to locate the notes and had done so on 10-21-04. She then 'typed' up a synopsis of her notes.

10-22-04 I returned to Dan Cooper the Carol Hammond field notes which he had given me 10-21-04. I advised him the copies were the same quality as I had. I advised him there was one entry I would like to see in the original form. He suggested an 'interrogatory.'

10-24-04  I mailed an appeal of my unanswered appeal to JULIA LAWS, and SANDRA EVANS. No response as of 2-4-05.

10-24-04  I included within the appeal of the appeal, the information that the alleged conversation between TIA BARNER and me, which DENNIS WATKINS alleged in his 8-13-04 letter is false. I requested that JULIA LAWS and/or SANDRA EVANS determine if such a BARNER-WATKINS conversation took place. No response as of 2-4-05.

10-24-04  I filed another FOIA with BLM. and appealed the 8-13-04 response from LARRY HAMILTON, through John Livornese.

10-24-04  Mr. Cooper was copied with all, including a letter expressing my confusion as to which BLM employees were/are off limits to me. Mr. COOPER had originally declared 'all' BLM employees would have to be contacted through him. He later modified this somewhat to suggest that only the ones in Alaska were on this list. (No clarification was ever received.)

10-25-04 I received an e-mail from John Livornese. He said my FOIA request had been sent to Dennis WATKINS. My appeal of my unanswered appeal had been forwarded to the appeal officers, and he advised that, "...unfortunately, I am not aware of any legal entity which acts on behalf of citizens denied information requested under the FOIA.