

Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

SEP 2 6 2007

**CLERK, U.S. DISTRICT COURT**
**FAIRBANKS, AK**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| LINDA RUNDELL and the | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendants. | ) |
| _____ | )   4:06-Cv 1 (JWS) |

**MOTION TO AMEND WITNESS LIST**

Plaintiff moves to amend final witness list after the July 2, 2007 deadline, in order to designate Ms. Jutta Froehlich Tumbrink as an expert witness. Plaintiff makes this motion because Plaintiff only recently learned that the opinions already expressed by the witness in deposition in the **WAYSON v. Schneider** case, probably would not be

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Motion to Amend Wit. List Deadline 9-26-07

1

allowed at trial by the court unless Ms. Jutta Froehlich-Tumbrink is first established as an expert witness.

Ms. Froehlich-Tumbrink is qualified as an expert witness, and the Plaintiff needs her testimony primarily to establish damages which resulted from Ms. Rundell's memorandum of September 19, 2002, and to testify about German court procedures.

Plaintiff learned through questioning while being deposed 9-20-07, that the defendant intends to question Plaintiff on German family court procedures which the Plaintiff needs clarified clearly at trial, but which Plaintiff is not qualified as an expert to testify to, both because of language limitations and lack of experience beyond that of a plaintiff in the German system.

Dated: September 26, 2007

_____
Mark N. Wayson, pro se

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on this 26 day of Sept., 2007, a copy of the foregoing was served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Motion to Amend Wit. List Deadline 9-26-07