Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| LINDA RUNDELL and the | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendants. | ) |
| | ) 4:06-Cv 1 (JWS) |

**ORDER TO AMEND PLAINTIFF WITNESS LIST**

It is hereby ordered that the Plaintiff's witness list is amended to qualify Jutta Froehlich-Tumbrink as an expert witness in this case, regarding German Family court procedures, and as a Guardian ad Litem in German Family courts.

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Order to Amend wit. List  09-26-07

1

Dated: _____

_____
JUDGE JOHN W. SEDWICK

CERTIFICATE OF SERVICE
The undersigned hereby certifies
that on this 26 day of Sept ,
2007, a copy of the foregoing was
served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Order to Amend wit. List  09-26-07

2