```
 1              IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF ALASKA
 3
    MARK N. WAYSON,                    )
 4                                     )
                                       )
 5              Plaintiff,             )
                                       )
 6   vs.                               )
                                       )
 7   ROBERT SCHNEIDER and the          )
     UNITED STATES OF AMERICA,         )
 8                                     )
                Defendants.            )
 9   _____)
     Case No. F03-0035 CV (JWS)
10
         TELEPHONIC DEPOSITION OF JUTTA FROEHLICH-TUMBRINK
11                       October 22, 2004

12   APPEARANCES:

13       FOR THE PLAINTIFF:     MR. MARK N. WAYSON
                                In Propria Persona
14                              2775 Hanson Road
                                  Suite 1
15                              Fairbanks, Alaska 99709
                                (907) 474-0068
16
         FOR THE DEFENDANT:     MR. DANIEL R. COOPER, JR.
17                              Assistant U. S. Attorney
                                U. S. Department of Justice
18                              U. S. Attorney's Office
                                222 West Seventh Avenue, #9
19                                Room 253
                                Anchorage, Alaska  99513
20                              (907)  271-5071

21                          * * * *

22

23

24                                              ORIGINAL
25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

*Attachment #1*

| | | |
|---|---|---|
| 1 | | it is -- from which agency it was initiated, but at |
| 2 | | least the behavior of your Consulate in Dusseldorf I |
| 3 | | found a little, well, strange. It was last January, |
| 4 | | this year, this year, when you had -- there was the -- |
| 5 | | the decision had been issued by the Appeals Court of |
| 6 | | Cologne, and there was a difficulty that you were |
| 7 | | supposed to drop off your passport, which was |
| 8 | | unfeasible, because it was Christmas time, and so the |
| 9 | | Consulate was not open, and back and forth. And I had |
| 10 | | learned from the Appeals Court that Ms. Ram -- Rem or |
| 11 | | Ram, that she had talked to -- to the judges of the |
| 12 | | Appeals Court. And that she had -- that she couldn't |
| 13 | | really help to resolve the problem. At that time, and |
| 14 | | in my recollection, but I'm not quite sure about that, |
| 15 | | you were not here in Germany at that time. And so I |
| 16 | | called Ms. Ram and asked her what the problem was. And |
| 17 | | she said that she didn't want you to come to the |
| 18 | | Consulate. And I said, well, but why? Well, he's -- |
| 19 | | he's supposed to, or he should have the opportunity, or |
| 20 | | whatever. And then she said, well, I don't want him |
| 21 | | to -- to be here, because everybody here feels |
| 22 | | threatened. |
| 23 | Q | Feels threatened by whom? |
| 24 | A | By you, by Mr. Wayson. And since I didn't know -- I |
| 25 | | wasn't familiar with the name Ram, because all the |

| | | |
|---|---|---|
| 1 | | communication which I knew was with Mr. Flora before, |
| 2 | | and so I instantly asked her whether she knew |
| 3 | | Mr. Wayson or not.  And she said no, I don't know him. |
| 4 | | But everybody here is scared, and everybody else |
| 5 | | does -- does feel threatened.  And that's why she |
| 6 | | didn't want him here.  And I thought this was very |
| 7 | | strange behavior for a U.S. Consulate towards a U.S. |
| 8 | | citizen.  So in my understanding it was all -- I always |
| 9 | | admired the American citizens for having such a good |
| 10 | | protection from their Consulates when being abroad.  So |
| 11 | | this was very confusing to me, and it really -- well, |
| 12 | | made me somewhat suspicious, along with all the other |
| 13 | | problems which had occurred over the years, where we |
| 14 | | always thought somebody must really do something, |
| 15 | | which -- which doesn't become obvious.  So it was |
| 16 | | like -- like somebody working a little bit secretly. |
| 17 | Q | You mentioned that you had learned the Consulate, the |
| 18 | | U.S. Consulate from Dusseldorf, Ms. Ram, had called the |
| 19 | | Appeals Court judges.  Do you know specifically which |
| 20 | | judge she called? |
| 21 | A | Ms. Goehler-Schlicht, the head of the Appeals Court of |
| 22 | | the 21st Senate. |
| 23 | Q | Can you tell me how you learned this? |
| 24 | A | Well, I had several phone calls with |
| 25 | | Ms. Goehler-Schlicht, because we had discussed how to |