1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT AT ALASKA
 3
    MARK N. WAYSON,                 )
 4                                  )
                    Plaintiff,      )
 5                                  )
           vs.                      )
 6                                  )
    LINDA RUNDELL and the           )
 7   UNITED STATES OF AMERICA,      )
                                    )
 8                  Defendants.     )   Case No. 4:06-Cv 1 (JWS)
    _____)
 9
                    DEPOSITION OF MARK N. WAYSON
10                     September 20, 2007
11   APPEARANCES:
12          FOR THE DEFENDANT
            LINDA RUNDELL:          MS. SUSAN J. LINDQUIST
13                                  Assistant U.S. Attorney
                                    Office of U.S. Attorney,
14                                  Civil Division
                                    Federal Building
15                                  222 West 7th Avenue, #9
                                    Room 253
16                                  Anchorage, Alaska 99513
                                    (907) 271-3378
17
18                        * * * *
19
20
21
22                                     Exhibit  A
23                                    pages as marked
24
25
26
```

```
 1    A    I actually started litigation -- formal litigation in
 2         Germany in October of 1998.
 3    Q    What happened between October of 1998 and September of
 4         2001 in the litigation in Germany?
 5    A    The -- I had a decision from a family court in Brazil
 6         where my daughter was abducted from, and we litigated
 7         to have that decision implemented under German law.
 8    Q    When did the decision from Brazil come out?
 9    A    March of '98.
10    Q    Between -- when did you file your litigation in
11         Germany?
12    A    I think the formal court filing was -- the first formal
13         court filing was in October or maybe November of 1998.
14    Q    And between November of 1998 and September of 2002.
15         Okay.
16    A    Yes.  I'm sorry, between.....
17    Q    Okay, about three years.  That's about three years.
18    A    Right.
19    Q    What happened in the litigation in Germany?
20    A    Well Brazil became a signatory to the Hague Treaty, and
21         therefore it had enabled me to -- well it certainly
22         helped to file for access under that international
23         treaty.
24    Q    And we established that you filed in November of 1998.
25    A    No, no, that was not for the Hague.  No, I'm sorry,
26
```

Exhibit $\underline{A}$

```
 1    A      I didn't get a hearing on that until -- I believe the
 2           first hearing was October of 2001 and -- with the same
 3           judge who had indicated in August that she was going to
 4           grant it, and I got no access.  There was another
 5           hearing following that in December of 2001 -- late
 6           November, early December, and I got -- I think I got
 7           four or five hours contact with my daughter, which was
 8           the first contact for three and a half years about, and
 9           then she issued a decision in July of 2002 in which she
10           said that I could not have any -- I could not even
11           apply for access to my daughter for four more years.
12    Q      Who -- what's -- who is she?
13    A      Excuse me.  Judge Niepmann, N-i-e-p-m-a-n-n.
14    Q      Is she the judge on the case now?
15    A      No.  She's the -- she was the Hague judge at the time.
16           I believe there are 60 Hague judges in Germany and
17           she's one of those.
18    Q      Does the Hague still have your case?
19    A      I don't know.  The -- it's -- that's a point -- it's
20           talking a legal point over there that has been in some
21           dispute.  There is a Hague case, I mean, that was --
22           each time there's an action they open a new case, so --
23           but the same case has been continuous, and that would
24           be the one in the Supreme Court right now in -- Supreme
25           Court in Germany, although, as I mentioned at the
26
```

Exhibit A

1   A   Yeah, that's right.

2   Q   .....'til September of 2002 when Ms. Rundell wrote her

3       memo.  What occurred during that period with your

4       litigation in Germany?

5   A   It just -- it was in Judge Niepmann's court.  I had no

6       contact.  Her decision was -- I think I said that -- I

7       think it was in July of 2002.  We may have gotten it

8       later, but nothing happened so to speak, no.

9   Q   Okay.  And between July of 2002 and 2004, let's say

10      January, anything happen?

11  A   Yes.

12  Q   What happened?

13  A   I appealed a decision by Judge Niepmann in fall,

14      sometime in the fall of 2002, and had a hearing in the

15      appeals court in March of 2003, and was granted contact

16      with my daughter.  I think I got -- I had about six or

17      seven contacts with her in 2003, and then the judge in

18      charge of the Senate, Judge Goehler-Schlicht, G-o-e-h-

19      l-e-r dash S-c-h-l-i-c-h-t, Schlicht, indicated that I

20      would be doing overnights with her, and she wrote this

21      in one of her responses, and this was to begin in 2004,

22      because I had a hearing in December of 2003 and -- but

23      it never occurred.

24  Q   And after that ruling what happened?

25  A   Okay.  Then in 200- -- hmmm, 2004 -- they had ordered a

26

Exhibit  A

```
 1            number of contacts through 2004 in their decision which
 2            came out December of 2003, and so I made all of those
 3            contacts, with the exception of one when the mother
 4            refused to produce her in August of 2004, and then in
 5            2005 I was directed to file a new Hague petition.
 6    Q       By who?
 7    A       That court, the 21st Appeals Court in Cologne, and we
 8            did that, and then the contacts with my daughter became
 9            less and less.  Starting in 2004 really they became
10            less and less.  I had less in 2004 then I had in 2003.
11    Q       All right.  Then what happened?
12    A       Well it's difficult to respond to that quickly, because
13            there were a number of actions by the other party which
14            required going back and forth between the appeals court
15            and the lower court in Gummersbach, Germany, and she --
16            the mother was resisting all contact, and I don't know
17            if you're asking me about this event that took place
18            from the -- with the Consulate.
19    Q       I'm asking you about legal actions that.....
20    A       Okay, fine.  That's fine.  Sure.  Okay.
21    Q       Did another positive or negative order issue about
22            contact?
23    A       The -- I'm trying to think of the most -- the Supreme
24            Court of Germany issued an order in February of 2007,
25            this year, following a petition that I had -- in
26
```

Exhibit *A*

```
1              response to a petition that I had filed, and they sent
2              a very positive order.  This was quoted and followed up
3              by the District Court in Gummersbach, Germany, and I
4              went to Gummersbach, Germany, and I didn't have any
5              contact, and so the -- we had to appeal that situation
6              to the appellate court.  By this time we'd been moved
7              to the 26th Senate of the Appellate Court.  Actually we
8              moved -- we got moved to them in September of 200- --
9              was that '05 -- '05 or '06.  Let's see, when did they
10             take over?  Yeah, they took over in September of 2006.
11             Some of these actions were going back and forth.
12        Q    During this entire time you've been in litigation, the
13             mother of the child has opposed any contacts with your
14             child.
15        A    Yes, virtually.  Virtually, yeah.
16        Q    And is it fair to say that the mother has aggressively
17             resisted all your legal attempts to get contact with
18             your child?
19        A    That's fair to say, yes.
20        Q    In correspondence and in discussions, you've informed
21             me that you believe that information about you was
22             transmitted from someone to Germany.
23        A    Yes.
24        Q    When did this occur, this transmission?
25        A    This first occurred -- well the one I'm most sure of is
26
```

Exhibit ___A___

1           the -- is in I believe it was January of 2004.

2   Q     Was this before or after you filed your case against

3           Robert Schneider?

4   A     This was after I filed against Robert Schneider, yes.

5   Q     When did you file against Robert Schneider?

6   A     I believe October of 2003.

7   Q     Who received the transmission of information about you

8           in Germany?

9   A     I was informed that Judge Goehler-Schlicht had been

10          contacted by Marion Ram of the -- who was a Deputy

11          Consulate in the U.S. Consulate in Dusseldorf, Germany.

12   Q    So to clarify, the recipient of the transmission, the

13         first recipient, was Mary Ann at the Consulate,

14         according to your information?

15   A    According to my information, she is the one that

16         contacted the judge, if that's what you mean.

17   Q    Who contacted her?

18   A    This I don't know.

19   Q    What documents did they send her?

20   A    They contacted her by telephone is what I was told.

21   Q    Were any documents given to Mary Ann at the Consulate?

22   A    There could have been.  I don't know.  The Consulate

23         does not respond.  I certainly have tried to find out.

24   Q    And the information the Consulate received was what?

25   A    The information that the Consulate transmitted

26

Exhibit A

```
 1              reportedly that I was dangerous, I was a threat and

 2              enough of a threat that I was not wanted at the United

 3              States Consulate in Dusseldorf.  I was not -- requested

 4              I not come there.

 5    Q         Did the information include who thought you were a

 6              threat?

 7    A         Well certainly it included that Ms. Marion Ram thought

 8              I was a threat, because she was the one reporting it,

 9              and she was the one saying not to come to the Consulate

10              where she was the Deputy Consulate.

11    Q         Now you were not privy -- you were not privy to the

12              telephone conversation between Mary Ann and the judge.

13              Is that correct?

14    A         That's correct.

15    Q         And no one you know was privy to the telephone

16              conversation between Mary Ann and the judge?

17    A         Well as far as taking part.....

18    Q         That initial conversation, that's correct.

19    A         Well I understand it was just a call between the two of

20              them, and I understand also that she -- she actually

21              transmitted this twice, because she called once and

22              talked to the secretary and relayed this to the

23              secretary of the appeals court, and then the second

24              call she actually made contact with Judge Goehler-

25              Schlicht.

26
```

Exhibit A

```
 1   A   What I just said.  She said that Marion -- that --
 2       excuse me, she said that Marion Ram, R-a-m, didn't want
 3       me to come to the Consulate and said that I was a
 4       dangerous person, and she said she wanted to talk to
 5       the judge about this.
 6   Q   And did you ever talk to the judge about this?
 7   A   No.
 8   Q   (Pause)  Okay.  And just to confirm, you have no idea
 9       how Mary Ann received this information or any
10       information -- that Mary Ann at the Consulate received
11       any information that led her to conclude that you were
12       dangerous.
13   A   Let me just correct you.  If I said wrong, I shouldn't
14       have.  It's Marion Ram.  It's M-a-r-i-o-n.  Just to --
15       it's a woman, but that's the way the name is spelled,
16       and her last name is Ram, R-a-m.  But if I may have
17       said Mary Ann, excuse me.  But I -- no, she did- -- I
18       do not know specifically how she got that information,
19       from whom.
20   Q   Any other information that you received from any source
21       about the conversation between -- the information that
22       Ms. Ram received?
23   A   Yes.
24   Q   Tell me about that.
25   A   I was -- well I contacted Froehlich Geuler- -- excuse
26
```

Exhibit *A*

1           me, Froe- -- Froehlich-Tombrink -- it's F-r-o-e-h-1-i-

2           c-h dash T-o-m-b-r-i-n-k -- and she herself contacted

3           the judge and Marion Ram by telephone and confirmed to

4           me that this information had been transmitted from

5           Marion Ram to the court.

6      Q    Does she know the original source of the information

7           that you were.....

8      A    No.

9      Q    .....a dangerous person?

10     A    Not that I know of, no.  No.

11     Q    So at this point.....

12     A    She would have told me.

13     Q    .....the only -- it's fair to say the only person that

14          we know who knows the source of the information is

15          Marion Ram?

16     A    Right.  And I tried to obtain it through her supervisor

17          multiple times, but they don't answer American

18          citizens, so --

19     Q    I want to talk about your property north of Fairbanks

20          before September of 2001.  Okay.  How did you use your

21          property in the two years prior to September of 2001?

22     A    I did my assessment work mainly in the form of doing

23          some exploration in some areas of bedrock that had been

24          exposed.  It was a matter of a few days each year

25          perhaps.  That's -- and I was trying to hold those

26

Exhibit *A*

3                has -- is shared between many, many agencies, whereas

4                before it was not.

5    Q      And do you have any evidence -- do you have any

6                evidence about who accessed this information?

7    A      No, other than -- other than it was -- Marion Ram is in

8                the chain or at the end of the chain, that I know, and

9                I suspect -- well Linda Rundell's at the start of the

10               chain.  So I don't know all the links in the chain, no.

11   Q      The information about -- the information you received

12               of conversations or through your.....

13   A      Ms.....

14   Q      .....your friend Ms.....

15   A      Yeah, Ms. Froehlich-Tombrink?

16   Q      Correct.

17   A      Yeah.

18   Q      Did any of that refer to Linda Rundell?

19   A      No.  No.

20   Q      And did any of that refer to Tom Allen?

21   A      No.

22   Q      It was just -- is it fair to say it was just a

23               conclusion that you were dangerous?

24   A      The information was.....

25   Q      That Ms. Marion Ram conveyed?

26

Exhibit  A

1         it's separate from the Schneider case, but it was an

2         element in the Schneider case.  I've been involved in

3         that for nearly four years.  So it certainly has come

4         up with -- and I've spoken to various attorneys about

5         it.

6   Q     Did you give the memorandum to Froehlich-Tombrink?

7   A     I don't think so.  I don't think I ever have.

8   Q     Did you give the memorandum to your attorney on the

9         case in Germany?

10  A     You know, I'd have to check with them.  Both of them,

11        actually.  It's possible.  There's been a tremendous

12        amount of paperwork going back and forth, because I've

13        got the cases in Brazil also and cases in Germany and

14        this.....

15  Q     Did you give the memorandum to anyone in Brazil?

16  A     No, I don't believe so.  I don't -- most of the

17        litigation had moved out of there by that time.  The

18        important part.  There's only one case let there now.

19  Q     So at the end of the day, is it fair to say that your

20        only memory is giving Tom Wickwire a copy?

21  A     Tom Wickwire a copy, and I could have -- I could have

22        informed -- shown my attorney the copy in -- my

23        attorney in Germany and Ms. Froehlich-Tombrink, it's

24        possible.  I've certainly discussed it with them.

25  Q     Was the memorandum ever filed in any litigation in

26

Exhibit 1

3    Q        Was any BLM correspondence of any type ever filed in

4             the litigation in Germany?

5    A        No.  No.

6                      MS. LINDQUIST:  No questions.

7             (Off record)

8                      *  *  *   END OF PROCEEDINGS   *  *  *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26