Motion for Summary Judgment EXHIBIT LIST

A. September 19, 2002 Memorandum from Rundell to National Law Enforcement

B. April 5, 2002 letter Wayson to Earl Devaney, the Inspector General Dept. of the Interior

C. Wayson I complaint

D. Court Order on Motion to Reconsider

E. Memorandum closing investigation

F. Director's job description

G. Pamela Stuart's Declaration

H. Carol Hammond's contract diary notes

I. Carol Hammond deposition testimony

J. Linda Rundell's deposition September 27, 2004 - excerpts

K. Aasmus Declaration

L. Evans Declaration

M. Wayson's deposition 2007

N. Rundell's Declaration

O. Evalyn Garis deposition testimony

P. August 5, 2002 Memorandum to the State Director in Alaska from Johnson, requesting an administrative review to be provided to the National Law Enforcement Office