# United States Department of the Interior

*BLM Nat'l enforcement closure*



BUREAU OF LAND MANAGEMENT
National Law Enforcement Office
3833 S. Development Ave.
Boise, Idaho 83705-5354

⑦

In Reply Refer To:
9260 (WO-370)

October 2, 2002

**For Official Use Only**

Memorandum

To:      Special Agent-in-Charge, Western Division
           Office of Inspector General

From:    Chief, National Law Enforcement Office

Subject:  Investigative Referral: DOI-OIG No.2002-I-R-612-WCA; Schneider, Robert

Attached is a copy of the memo from Linda Rundell, Acting State Director for Alaska. The administrative inquiry revealed that there is no evidence to support the allegations of any wrongdoing on the part of Robert Schneider.

Predicated on the enclosed memo, we have closed this case. If you have any questions regarding this matter, please contact SA Greg Assmus at 208-387-5129.

/for/ Walter I. Johnson

Attachment:
As Stated



RECEIVED
OCT 11 2002

Exhibit E