**POSITION DESCRIPTION** *(Please Read Instructions on the Back)*

| | |
|---|---|
| 1. Agency Position No. | |

**2. Reason for Submission**
☐ Redescription  ☐ New  ☒ Hdqtrs.  ☐ Field
☐ Reestablishment  ☒ Other
Explanation *(Show any position replaced)*
RECERTIFICATION

**3. Service:** ☒ Hdqtrs. ☐ Field
**4. Employing Office Location:** WASHINGTON, DC
**5. Duty Station:** ANCHORAGE, AK
**6. OPM Certification No.**

**7. Fair Labor Standards Act:** ☒ Exempt ☐ Nonexempt
**8. Financial Statements Required:** ☒ Executive Personnel Financial Disclosure ☐ Employment and Financial Interests
**9. Subject to IA Action:** ☐ Yes ☐ No

**10. Position Status:** ☐ Competitive ☐ Excepted *(Specify in Remarks)* ☒ SES (Gen.) ☐ SES (CR)
**11. Position is:** ☐ Supervisory ☒ Managerial ☐ Neither
**12. Sensitivity:** ☐ 1-Non Sensitive ☐ 2-Noncritical Sensitive ☒ 3-Critical Sensitive ☐ 4-Special Sensitive
**13. Competitive Level Code**
**14. Agency Use**

**15. Classified/Graded by**

| | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | State Director | ES | 0340 | 00 | | |
| c. Second Level Review | State Director | ES | 0340 | 00 | ebs | 5-6-02 |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

**16. Organizational Title of Position** *(If different from official title)*

**17. Name of Employee** *(If vacant, specify)*
B[illegible]

**18. Department, Agency, or Establishment**
Department of the Interior
**a. First Subdivision:** Bureau of Land Management
**b. Second Subdivision:** Office of the State Director, AK
**c. Third Subdivision:** Office of the Director
**d. Fourth Subdivision:**
**e. Fifth Subdivision:**

**19. Employee Review** — This is an accurate description of the major duties and responsibilities of my position.
Signature of Employee *(optional)*

**20. Supervisory Certification.** I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

**a. Typed Name and Title of Immediate Supervisor**
Kathleen B. Clarke
Director, Bureau of Land Management
Signature: [signed]  Date: 5/6/02

**b. Typed Name and Title of Higher-Level Supervisor or Manager** *(optional)*
Signature:  Date:

**21. Classification/Job Grading Certification.** I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

**Typed Name and Title of Official Taking Action**
Carolyn Cohen
Director, Office of Personnel Policy
Signature: [signed] Shirley Schell   Date: MAY 23 2002

**22. Position Classification Standards Used in Classifying/Grading Position**

**Information for Employees.** The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

**23. Position Review**

| | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

**24. Remarks**

**25. Description of Major Duties and Responsibilities** *(See Attached)*

BLM000008

Exhibit F

# POSITION DESCRIPTION (Please Read Instructions on the Back)

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. OPM Certification No |
|---|---|---|---|---|
| ☐ Redescription ☐ New ☐ Reestablishment ☒ Other  Explanation (Show any positions replaced) | ☐ Hdqtrs ☒ Field | | Anchorage, AK | 1. Agency Position No |

| 7. Fair Labor Standards Act | 8. Financial Statements Required | 9. Subject to IA Action |
|---|---|---|
| ☒ Exempt ☐ Nonexempt | ☒ Executive Personnel Financial Disclosure ☐ Employment and Financial Interests | ☐ Yes ☐ No |

| 10. Position Status | 11. Position is: | 12. Sensitivity | 13. Competitive Level C |
|---|---|---|---|
| ☐ Competitive ☐ Excepted (Specify in Remarks) ☒ SES (Gen.) ☐ SES (CR) | ☐ Supervisory ☒ Managerial ☐ Neither | ☐ 1—Non-Sensitive ☐ 2—Noncritical Sensitive ☒ 3—Critical Sensitive ☐ 4—Special Sensitive | 14. Agency Use |

| 15. Classified/Graded by | | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | | |
| b. Department, Agency or Establishment | | STATE DIRECTOR | ES | 340 | 00 | RL | 6/6/97 |
| c. Second Level Review | | | | | | | |
| d. First Level Review | | State Director | ES | 0340 | 00 | cbs | 5/13/97 |
| e. Recommended by Supervisor or Initiating Office | | | | | | | |

16. Organizational Title of Position (If different from official title)

17. Name of Employee (If vacant, specify)

18. Department, Agency, or Establishment
Department of the Interior

a. First Subdivision
Bureau of Land Management

b. Second Subdivision
Office of the State Director

c. Third Subdivision

d. Fourth Subdivision

e. Fifth Subdivision

19. Employee Review—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

20. Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor

Acting Director, Bureau of Land Management

Signature _____ Date 5/16/97

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)

Signature _____ Date

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

Typed Name and Title of Official Taking Action

Dolores L. Chacon
Acting Director of Personnel

Signature _____ Date 6/6/97

22. Position Classification Standards Used in Classifying/Grading Position

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

**STATE DIRECTOR**

I. **INTRODUCTION**

The Bureau of Land Management is charged with the responsibility of managing the nations' public lands (approximately 270 million acres) and subterranean resources in a manner which will bring the fullest and most effective utilization of these vast natural resources in a manner which will bring the fullest and most effective utilization of these vast natural resources for the population of today, as well as the generations of tomorrow. Management decisions are of a particularly sensitive and impact-making nature. The task of balancing essential contemporary development and enhancement of the natural requirements of the future, is one of extreme complexity.

The State Director administers a broad and complex program of balanced land protection, utilization and development, both surface and subsurface. In addition, (s)he has the mineral leasing responsibility for those lands where the surface is managed by other Federal agencies, and the responsibility for all cadastral survey work in the state(s) administered. The variety and abundance of minerals and recreational opportunities has attracted the outdoor recreation seeker and the industrial developer in rapidly increasing numbers, creating new and conflicting demands on the natural areas and the people who manage them. The assessment of environmental impacts on these many major proposals is a responsibility of the State Director. As a result, the State Director must play a major and vital role in total land use planning within the state(s).

II. **DUTIES AND RESPONSIBILITIES**

The State Director serves as the direct, on-site extension of the Director, Bureau of Land Management, in the accomplishment of his/her broad management responsibilities:

- Establishes statewide program goals and priorities designed to meet the economic and social demands placed on the natural resources consistent with prudent conservation and protection concerns. Recommends new efforts or changes in national policy and programs to the Director.

- Provides executive leadership and direction for all Bureau actions within the state(s) compatible with the Bureau, Departmental and Administration objectives and policy. Major characteristics of such objectives are: multiple use of resources; appropriate balance between resource protection and development; effective dealing with economic and other interest organizations and groups including mining and livestock associations, environmental and conservation groups, major oil and utility companies, and effectively working with state, county and local officials and other Federal agencies.

- Serves as the focal point and principal spokesman for the Bureau at the State Office level. Assures a public awareness of Bureau programs and coordinates them with key officials in affected Federal agencies, state, county and local governments, private landowners, corporations, special interest groups and involved individuals.

- Advocates and leads the BLM State Program commitment to automation by supporting and implementing the Bureau's Automation/Modernization/IRM initiatives. Develops long range objectives and establishes guidance and direction to ensure the use of automation in mission accomplishment. Utilizes automated equipment (hardware and software), data and systems to perform managerial tasks relating to accomplishment of BLM State program functions.

- Coordinates, correlates and reconciles the various functional programs for the public lands under his/her jurisdiction with state, local and private industry resource management interests to achieve an optimum balance between resource capacity and economic and social demands for services and resources, both locally and as they impact nationally.

- Administers the Bureau's resource management and technical programs in the area with concern for associated economic, social and environmental values and the various conflicting demands. Problems are particularly demanding and complex because of intensive and often conflicting state, local and national interests in land and resource use decisions. Maintains a constant awareness of the scrutiny to which the Bureau's activities are subjected by the public, industry, Congress, state and local governments and the myriad special interest groups. An exceptional sense of conceptuality, creativity, initiative and a cooperative attitude are required to administer the varied and complex programs encountered.

- Resolves exceptionally difficult or sensitive managerial and/or operational problems on a continuing basis, consulting with the Director and his/her staff on problem of Bureauwide policy or matters of long range planning. Develop, viable solutions to problem situations, keeping the public interest paramount.

- The State Director develops, correlates and executes resource management, technical support and administrative management programs within the State Office jurisdiction consistent with the parameters of broad national policies and delegations of authority from the Bureau Director. Representative of the types of programs which fall within the technical and managerial direction of the State Director are:

- Minerals: The management of saleable minerals, locatable minerals and leasable solid and fluid minerals in compliance with established laws, rules, regulations in order to meet local, state and national needs.

BLM000011

Exhibit F

- <u>Lands</u>: Land use planning and land classification in accordance with multiple-use concepts, adjudication of lands cases and withdrawal or restoration applications, exchanges with state and local governments, the Forest Service and private parties and indemnity state selections.

- <u>Range</u>: The development, conservation and management of range resources through range management, including the implementation of grazing systems, grazing administration, range improvement, pest, insect and weed control and grazing trespass.

- <u>Watershed</u>: The management of the condition, trend and potential of watersheds and their conservation, development and rehabilitation including erosion control.

- <u>Recreation</u>: Development of recreational resources to meet current and projected demands for recreation facilities, consistent with the conservation and utilization of other resources.

- <u>Law Enforcement</u>: Providing law enforcement services for the protection of users of public lands in cooperation with other Federal, state and local authorities and providing resources for the detection of illegal activities on the public lands, including the growing of illegal drugs.

- <u>Cultural Resources</u>: The identification, analysis and preservation of historical, cultural and archeological values.

- <u>Wildlife</u>: The protection and enhancement of fish and wildlife resources, including threatened and endangered species through a combination of cooperative relations with wildlife management agencies and through the protection and development of wildlife habitat.

- <u>Forestry</u>: The inventory and management of forest woodland resources, including the production of woodland resource consistent with multiple-use principles and environmentally and economically sound practices.

- <u>Fire Management</u>: Providing fire suppression resources and management policies to control wildfires. Planning and implementing range and forest improvement projects utilizing controlled fire.

- <u>Adjudication</u>: Evaluating all applications for such surface uses and disposals as sales, exchanges, leases, permits, rights-of-way, withdrawals and revocations and such subsurface uses and disposals as mineral patents and mineral leases and granting or rejecting the claim.

BLM000012

Exhibit F

- **Engineering**: Developing standards and procedures for the design, construction and maintenance programs for roads, buildings, recreation complexes and for water development, control and related structures.

- **Cadastral Survey**: A field survey program for original surveys, dependent resurveys and other special surveys. As the only authorized land surveyor for all Federally owned and administered lands, provides field surveys for other Federal agencies as needed.

- **Communications**: Providing communication systems, including design, installation and maintenance of radio systems and other communication systems.

- **Management and Supervision**: Program direction to promote teamwork, creativity, innovation, and closer ties to customers and creative approaches to problem resolution. Consists of the various management functions essential to the effective support of the Bureau's primary mission. These include the preparation and management of the operating budget, personnel management and equal employment opportunity in the fullest context for the effective utilization of human resources, management analysis to improve operating practices and procedures, safety, employee development, accounting and financial operations, procurement and contracting of supplies, services and construction; management of personal and real property, preparation and utilization of the official public land records and other miscellaneous support functions.

II.    **DIRECTION GIVEN TO OTHERS**:

Supervises directly or indirectly, through subordinate District, Field and Area Managers a large workforce of full time permanent employee and a fluctuating workforce of seasonal and temporary employees in the accomplishment of the program. Plans work to be accomplished, sets priorities, determines schedules and assigns work. Evaluates the performance of employees, including key supervisors and managers. Supports the Bureau's Equal Employment Opportunity (EEO) by positive example and appropriate action. Makes fair and unprejudiced selections, promotions, awards and training decisions as well as other related decisions. Ensures the design of vacancies and training opportunities provide opportunities for all employees to advance their careers.

Management direction is carried out through periodic staff conferences, program planning groups, work accomplishment conferences, policy decisions rendered and individual discussions on unusually complex or sensitive issues. Management policies are formulated and implemented through progressive management initiatives. Technical direction is maintained through establishment and promulgation of policies, programs, standards and technology.

### III.    SUPERVISION AND GUIDANCE RECEIVED:

Performs under the broad policy and program direction of the Director, Bureau of Land Management. As State Director, incumbent is accorded both the privilege and obligation of functioning with full latitude and independence of action. (S)he is held singularly responsible for the development, implementation and execution of programs designed to effectively meet the goals and challenges of the Bureau and Department and for coordinating programs with local, state and other Federal agencies. Guidelines consist of a multitude of complex laws, rules, and regulations, court decisions and executive policy decisions that relate to the public land and its resources.

BLM000014

Exhibit F