# U.S. DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
## CONTRACT DIARY

| 1. Page | 1a of | |
|---|---|---|
| 2. Contract No. | | |
| 3. Report No. | 1 | |
| 4. Contract Name | 98 MILE STEESE | |

| 5. Contractor | 6. Contractor Representative on Site |
|---|---|
| Paul & Company | ~~CJH COR~~ PAUL |

| 7. Government Officials on Site | 8. Government provided services adequate and timely? |
|---|---|
| CAROL HAMMOND COR | ☒ Yes  ☐ No—Explain in narrative |

| 9. Date | 10. Day of Week | 11. Time Arrived | 12. Time Departed | 13. Weather |
|---|---|---|---|---|
| 9-15-01 | SAT | 11:00A | 7:30P | PARTLY CLOUDY to Sunny |

| 14. Temperature °F | 15. Ground Condition/Ref. Location | 16. Contract Time | 17. Days Used | 18. Completion Da |
|---|---|---|---|---|
| Min. 55 Max. 60 | | | | |

| 19. Time Used (%) | 20. Work Completed (%) | 21. Work on Schedule | 22. Contractor's Work (X appropriate box) |
|---|---|---|---|
| | | ☒ Yes ☐ No | ☒ Acceptable ☐ Unacceptable—Explain in narrative |

### 23. Work Force and Equipment (*: G-Govt; C-Cont; S-Subcont)

| WORKER & CLASSIFICATION | * | EQUIPMENT TYPE | * | HRS. | WORK LOCATION |
|---|---|---|---|---|---|
| John Brown Operator | | Ferguson 50T Rubber Tire Comp. pulled by D9 | | | |
| Paul Manuel Owner/Operator | | Scraper | | | |
| | | | | | LOADS starting @ 12 pm |
| Fuel, tool trucks onsite Backhoe | | | | | IIII I |
| | | | | | ending @ 1:30 when Mark arrived |
| Paul said scrapper hold 21 yds, 25 heaped. He uses 20 cy/load | | | | | |
| John & Paul quit work @ 2:30, stayed on site to 4:30 working on | | | | | |

### 24. Estimate of Pay Work Accomplished (*: G-Govt; C-Cont; S-Subcont)

| PAY ITEM | * | (check if materials (only) delivered) DESCRIPTION | QUANTITY | WORK LOCATION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5. Narrative Report** I set offset hubs at STA 1+00 & 2+00 in flood plain area. John compacting when arrived. Paul dumped 1 load - lift 1"± John & Paul switched eq. Gave Paul INST No 2 + copy of No. 1 Paul & I spray painted toe of 2:1 slope AND 3:1 CATCH POINT. I told Paul willows transported LOOKED OK I told Paul the plan calls for 2 feet FILL AT STA 0+05 AND he needs to remove more organics/soil/ I look at willow transplant Area. About 8 clumps + 4" tree spree transplant. Looks I took 5 photo panorama from South end looking N-NW I took 4 photo panorama from STA 0+00 looking D/ STATION

| Signature | 27. Title | 28. Office |
|---|---|---|
| Carol Hammond | COR | Date: 9/21/04  Exhibit: 1 |
| | | Witness: Hammond |
| | | Elaine Martsolf, Court Reporter |
| | | Liz D'Amour & Associates, Inc |
| | | (907) 452-3678 |

| U.S. DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT CONTRACT DIARY CONTINUATION SHEET | 1. Page 1b of _ |
|---|---|
| | 2. Contract No. |
| | 3. Report No. |
| | 4. Contract Name |

**25. Narrative Report (continued)**

Paul had cleared brush only to Sta 4+27, not allowing for D/S tie in. We discussed needs to key riprap in 10 ft from top of bank at D/S end 4+27 starts bend. He said he will remove willows in way.

When I arrived on site at +8 11pm Paul said the person that holds the claims NE south + east wanted to talk to me but suggested I not go to his cabin.

About 1:30 pm
MARK WASSON — I ask him to leave the job sight site several times. He claims we are on his active state mining claim and that we are trespassing. I said I wanted him to leave the job site because I was concerned for his safety with the scraper. He asked that I stopped the contractor. I said I wasn't going to do that, I told him I couldn't check land status until Monday. MARK SAID its retaliation retaliation against him. [MARK talked to Shelly said he just got State Claim approved went through.] MARK video taped me explain the project. I told MARK I found his behavior & tone of voice threatening. I called Ed Lee at 2pm — he said he would head out from Fairbanks, be here at 4pm.
I called Shelly ➝
Shelly talked to Mark and then told me she would go to office to get info and come out with GPS to check claim corners. Would check with state on Monday. It's possible he could have staked over BLM land.
I told MARK Shelly was coming out. Paul said he would make it easy on us and quit for the day. He quit work at 2:30 pm. MARK said to come better to his place to get him when Shelly arrived. (Shelly's the only one that can come).

Margin note (left side): I told Mark I had called Ed Lee too. He made a comment that I was just like someone else, (protect, fight for women to have a say in something.) And left.

**5. Date** 9-15-01

**26. Signature** Carol Hammond  **27. Title** COR  **28. Office**

| U.S. DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT CONTRACT DIARY | 1. Page 29 of   |||
|---|---|---|---|
| | 2. Contract No. | 3. Report No. ||
| | 4. Contract Name |||
| 5. Contractor | 6. Contractor Representative on Site |||
| 7. Government Officials on Site | 8. Government provided services adequate and timely? ☐ Yes ☐ No—Explain in narrative |||
| 9. Date 9/15/01 | 10. Day of Week SAT | 11. Time Arrived | 12. Time Departed | 13. Weather |
| 14. Temperature °F. Min. Max. | 15. Ground Condition/Ref. Location | 16. Contract Time | 17. Days Used | 18. Completion Date |
| 19. Time Used (%) | 20. Work Completed (%) | 21. Work on Schedule ☐ Yes ☐ No | 22. Contractor's Work (X appropriate box) ☐ Acceptable ☐ Unacceptable—Explain in narrative ||

23. Work Force and Equipment (*: G-Govt; C-Cont; S-Subcont.)

| WORKER & CLASSIFICATION | * | EQUIPMENT TYPE | * | HRS. | WORK LOCATION |
|---|---|---|---|---|---|
| | | | | | |

24. Estimate of Pay Work Accomplished (*: G-Govt; C-Cont; S-Subcont.)

| PAY ITEM | * | ✓ (check if materials (only) delivered) DESCRIPTION | QUANTITY | WORK LOCATION |
|---|---|---|---|---|
| | | | | |

Narrative Report

3:45 I decide to drive to Steese Hwy to make sure Ed Lee found us. Ed there as I pulled up to Steese. We drove down to Birch Creek to talk. Paul left job site about 4:45. We discussed calling him Sunday to tell him whether or not he should work. If it takes a few days to resolve this, he suggested he could start Riprap and I agreed that made sense.

Ed asked me to write narrative about my meeting with Marie Wasson. I started one on previous page and have added details on reverse. The conversation may not be in actual chronological order, but are the statements I can remember.

| Signature | 27. Title | 28. Office |
|---|---|---|

**U.S. DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**CONTRACT DIARY CONTINUATION SHEET**

1. Page 2b of _
2. Contract No.
3. Report No.
4. Contract Name
5. Date

25. Narrative Report (continued)

Mark arrived in camoflauge painted truck between 1:30 AND 2 pm. Was in my truck filling out contract diary, going paperwork. He drove up in a hurry & stopped quickly & got out. He asked who I was. I said Carol Hammond, the COR on this job. He asked why I had not come up to his cabin. I'm not sure what I said, but I was thinking that I didn't have any reason to AND DIDN'T feel comfortable going to the cabin of that I knew of. He said we were tresspassing on his claim. I said it was my understanding that we were not on his claim. He was aggitated and made me nervous. I asked him to leave the job site. He said we were on active state mining claims and tresspassing.(*)(see P.B(A)) He asked more than once for me to stop the contractor. I said I was not going to do that. I asked him again to leave the job site because I was concerned about safety with the scraper running back and forth. At some point I noticed he was videotaping me. (*B) I said I could not call anyone at the state, check on the validity of his claims until Monday. He pointed to the corners, one clearly freshly painted just behind us. He said they were his old federal claims that had been denied him, and he had just gotten his receipt from the State. He said it had taken a while because State claims run North-South and these don't so he had to get an exemption. He said the Feds were out to get the little miner. He asked why Lester had been informed about this project and he wasn't, since it was on his land,(*C) or claim.

At some point he asked who I was, or I said I DIDN'T have authority to stop the contractor, only the CO could, but I was here to administer the contract. Mark told me about some past history the events. He sounded irrational. Something about bumper stickers, complaints against someone in the State office (of BLM), who violate some statute. But because he was Federal he was transferred rather than (I don't know what word, but he suggested reprimanded). He said he had some kind of a incident with Ed Lee involving a third person. He said he (Mark) was the guy with the bumper stickers. He said he made a formal complaint about some grass seeding project, he went all the way to Seattle, but it was some EPA project and again the Fed. Government was never wrong. He said something about his daughter being kidnapped. He was rambling and I did not understand

Signature: Carol J Hammond
27. Title
28. Office

| U.S. DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT CONTRACT DIARY | 2. Contract No. | 3. Report No. | 1. Page 3a of __ |
|---|---|---|---|
| | 4. Contract Name | | |

| 5. Contractor | 6. Contractor Representative on Site |
|---|---|
| 7. Government Officials on Site | 8. Government provided services adequate and timely? ☐ Yes  ☐ No—Explain in narrative |

| 9. Date 9/15/01 | 10. Day of Week SAT | 11. Time Arrived | 12. Time Departed | 13. Weather |
|---|---|---|---|---|
| 14. Temperature °F  Min.  Max. | 15. Ground Condition/ Ref. Location | | 16. Contract Time | 17. Days Used | 18. Completion Date |
| 19. Time Used (%) | 20. Work Completed (%) | 21. Work on Schedule ☐ Yes  ☐ No | 22. Contractor's Work (X appropriate box) ☐ Acceptable  ☐ Unacceptable—Explain in narrative |

23. Work Force and Equipment (*: G-Govt; C-Cont; S-Subcont)

| WORKER & CLASSIFICATION | * | EQUIPMENT TYPE | * | HRS. | WORK LOCATION |
|---|---|---|---|---|---|
| | | | | | |

24. Estimate of Pay Work Accomplished (*: G-Govt; C-Cont; S-Subcont)

| PAY ITEM | * | ✓ (check if materials (only) delivered) DESCRIPTION | QUANTITY | WORK LOCATION |
|---|---|---|---|---|
| | | | | |

25. Narrative Report

what he was talking about. He seemed irrational to me and angry and vindictive with a hatred towards the Federal Government and that scared me. He wouldn't leave, so I just stopped talking to him. I didn't know what else to say and I was scared. When he didn't get any more responce out of me, he made some comment about the Fed. Governma (I can't remember) and he "wished they had", or "they should have" hit other targets. There was no doubt in my mind he meant the attacks on Tuesday should have hit Federal Buildings. He threw up his hands, turned and walked away to talk to Paul. As he walked away, I got out to get the satallite phone, I called

| 26. Signature | 27. Title | 28. Office |
|---|---|---|
| | | out of the back of the truck. |

| | | |
|---|---|---|
| U.S. DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT CONTRACT DIARY CONTINUATION SHEET | 2. Contract No. | 3. Report No. |
| | 4. Contract Name | |

1. Page 3b of ___

25. Narrative Report (continued)                                    5. Date

Ed Lee first. Mark came back and saw me on the phone and said "I thought she said she wouldn't call anyone." After talking to Ed, I called Shelly. Mark wanted to talk to Shelly. After a minute Shelly asked to speak to Mark and he repeated many of the things he said to me. Shelly told Mark she would come out to GPS his claim corners. That seemed to calm him down some. [to know Shelly was coming out to deal with it today]. I got out of the truck and walked with Mark to talk to Paul. Mark still wanted Paul to stop working. I said I did not want Paul to stop work. Paul said he would make it easy on me and quit for the day. I told Mark that I had also called Ed Lee and he was also on his way out. As we were walking back to our vehicles he made a comment about "that was just like a woman" to have someone else in [protect, or fight for, or do her business or something]. He got in his truck and started to leave, then got back out and made some comment about Ed [I can't remember], and said to have Shelly come to his cabin to get him, but only Shelly was welcome. Paul said after Mark left that he was concerned about equipment. When Shelly arrived at about 5pm she said she felt OK going to his cabin, but was worried he would want to talk a long time. Ed suggested she tell Mark that we were waiting for her. We agreed that after 1 hr, we'd come up for her. After about 30 min. Shelly returned with Mark. Shelly told Ed that Mark did not want him to go with us. Shelly asked Mark if he minded if I came and he said no. When we got to the project site and got out, Mark showed us the NW corner of his claim. His demeanor was much calmer and he seemed "normal". He was pointed to the SW corner of his claim up on the hillside. It was hard to see. Shelly was looking for it and Mark put his hand on her shoulder to move her to a spot where she could see. Then stood closely behind her with his arms on either side of her head, pointing to the corner so she could see where he was pointing. It was probably innocent on his part, but touching her seemed inappropriate to me and made me feel uncomfortable. We drove to the south side of the valley with Mark in his truck, since Shelly's did not have enough clearance. Mark climbed up the hill to GPS the SW and SE corners to save Shelly from the hike. We then drove to near the NE corner, waded Birch Creek and GPS'ed the corner. Shelly told Mark that if it turned out the claimed # had not been TA'ed to the state, we would continue with our project. If the claims had been TA'ed, we would stop working and do whatever we had to to pay off the contractor.

26. Signature: Carol J Hammond    27. Title    28. Office

| 1. Page 4a of _ | | |
|---|---|---|
| **U.S. DEPARTMENT OF THE INTERIOR** <br> **BUREAU OF LAND MANAGEMENT** <br> **CONTRACT DIARY** | 2. Contract No. | 3. Report No. |
| | 4. Contract Name | |

| 5. Contractor | 6. Contractor Representative on Site |
|---|---|
| 7. Government Officials on Site | 8. Government provided services adequate and timely? ☐ Yes ☐ No—Explain in narrative |

| 9. Date <br> 9/15/01 | 10. Day of Week <br> SAT | 11. Time Arrived | 12. Time Departed | 13. Weather |
|---|---|---|---|---|
| 14. Temperature °F <br> Min. ___ Max. ___ | 15. Ground Condition/Ref. Location | | 16. Contract Time | 17. Days Used | 18. Completion Date |
| 19. Time Used (%) | 20. Work Completed (%) | 21. Work on Schedule ☐ Yes ☐ No | 22. Contractor's Work (X appropriate box) ☐ Acceptable ☐ Unacceptable—Explain in narrative |

23. Work Force and Equipment (*: G-Govt; C-Cont; S-Subcont)

| WORKER & CLASSIFICATION | * | EQUIPMENT TYPE | * | HRS. | WORK LOCATION |
|---|---|---|---|---|---|
| | | | | | |

24. Estimate of Pay Work Accomplished (*: G-Govt; C-Cont; S-Subcont)

| PAY ITEM | * | ✓ (check if materials (only) delivered) DESCRIPTION | QUANTITY | WORK LOCATION |
|---|---|---|---|---|
| | | | | |

25. Narrative Report

He seemed satisfied with this, nodded, but DIDNT say anything. Shelly told him she would come talk to him Monday, probably about 1 pm. [She had also said to Fees That we would continue if not TA'd or not continue if TA'd while on southside after she Mark GPS'd the south corners. Same nonverbal response from Mark.] Shelly & I walked back to her vehicle, Mark waded back to his. Shelly and I GPS'd the 4 of the new berm, and drove home. Ed had waited for us, and left with us, about 730 pm.

| Signature <br> Carol Hammond | 27. Title <br> COR | 28. Office |
|---|---|---|

CLM0000000058

Exhibit H <br> Page 7 of 9

| U.S. DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT CONTRACT DIARY CONTINUATION SHEET | 1. Page 4b of  |
|---|---|
| | 2. Contract No. |
| | 3. Report No. |
| | 4. Contract Name |

25. Narrative Report (continued)    5. Date

**(*A)** I tried to put him off by asking him to contact Martha Woodworth at the BLM office on Monday A.M. He asked "Martha?", he didn't recognize her name.

**(*B)** He repeated it was a state claim and we were trespassing. I finally understood he had filed a State claim, but I was confused because I understood this was all BLM-Federal Land.

**(*C)** He said that the project was "retaliation against Mark Wasson" that this project would interfer with his future mining activities. He said he wouldn't mine the area, but he might put equipment there. He expressed concern that BLM would make him go to unusual measures to reclaim the area. He was stomping around and pointing his finger at the ground. I tried to explain the project to him. That we were rebuilding a berm that was supposed to direct the creek into the meander. That ADF. had design the channel with a particular meander bend spacing. He said the project was rediculous and everyone knew it. Even Paul [the contractor] admitted he didn't know why were doing it. He said this is a young valley that meanders all over and has change course many times and it was a waste of tax payers money [to do the project]. He asked how much we were paying Paul. I was not sure I should say, so I hesitated. He asked why I wouldn't tell him, and answered his own question, "angrily" "why, because it's non of my business?" It may have been at this point I told him I felt he was threatening me. He asked if he had said anything threatening? I said No, his behavior and tone of voice was threatening. He then backed up from about 3 to 4 feet from the truck to 6 or 8 feet and asked if that was better. I looked at his waste line and in the back window of the truck at the gun rack for a weapon, but did not see one.

26. Signature: Carol J Hammond    27. Title: COR    28. Office:

CLM0000000059

why don't we talk to him.

what about the environmental viola-tion?

why wouldn't we investigate DOI employee wrongdoing? WT leart w/ EPA CID

Did BLM make a mistake - Even BLM admits to that?

Date: 7/21/04  Exhibit: 2
Witness: Hammond

Elaine Martsolf, Court Reporter
Liz D'Amour & Associates, Inc
(907) 452-3678

**36**