I, Greg Assmus, declare under penalty of perjury that the following is true:

1.  I am the Chief of Internal Affairs for the Bureau of Land Management (BLM) and my office is located in Boise, Idaho.

2.  My office is the custodian of Internal Affairs investigative files coded (9260-WO-370)or(9260-WO-120).  All files coded 9260 are law enforcement files.  About four years ago our office designation was changed from 370 to 120.

3.  Law enforcement files are accessible only by law enforcement employees.  All parties outside of the government must make a FOIA request to access the files.  Privacy Act information is redacted before production.  Any person requesting the file would have to be specific about what was requested by providing information such as the name of the complainant and/or the name of the subject of the investigation.  If anyone, other than the people discussed in the documents in the case file, receives documents from the file, the identifying information, such as names, would be redacted according to the Privacy Act.

4.  I currently have the file named "2002-I-R-612-WCA-Robert Schneider."  The Office of Inspector General ("OIG") named this file according to its own system of record keeping. Because the complaint was initiated through the OIG and was against Schneider, the file is maintained according to his name

5.  The file also contains a list of people who request the file.  My file does not have a FOIA request in it.  The only request in the file is one made by Susan Lindquist on February 9, 2007.

6.  I also maintain a computerized spread sheet with identifying information of files, such as what or who was investigated. I am the only BLM employee who has access to the spread sheet.

7.  After five years, the file is sent to the BLM archive located in Denver, CO.  After fifteen years in Archive, the file is destroyed.

May 9, 07                    Greg. A. Assmus
_____          _____
Date                         Chief, Internal Affairs            Exhibit  K
                                                                Page 1 of 1

Declarations have the same legal force as affidavits.  28 U.S.C. § 1746