## DECLARATION OF SANDRA EVANS

I, Sandra Evans, hereby declare under penalty of perjury that the following is true:

(1) I currently hold the position of Freedom of Information Act ("FOIA") Officer for the Office of Inspector General (OIG), Department of the Interior. I have been in this position for approximately four years. I am primarily responsible for processing Freedom of Information Act (FOIA) and Privacy Act of 1974 requests.

(2) My official duties include the review of audit and investigation reports for public disclosure under the purview of the FOIA or Privacy Act; preparing responses to the requester and ensuring that each response is accurate and complete; and coordinating with other bureaus and offices within the Department that could have information responsive to the request.

(3) I am familiar with the procedures followed in responding to requests made pursuant to 5 U.S.C. § 552, commonly known as FOIA. I know the procedures OIG follows when responding to FOIA requests for information. The statements contained in this declaration are based upon my personal knowledge or upon information provided to me in my official capacity.

Exhibit L
Page 1 of 4

Department of the Interior, investigative reports are to be retained for twenty years.

(5) When OIG receives a FOIA request, it is immediately logged into our system and assigned a FOIA case number. Once the request has been assigned a number, we send an acknowledgment letter to the requester citing the OIG FOIA case number.

(6) Mark Wayson filed a FOIA request with the OIG by a letter dated April 16, 2003, which was received by the OIG on April 28, 2003. He asked for a copy of the investigative file regarding Robert Schneider, Director, Bureau of Land Management (BLM) in Fairbanks, Alaska and a copy of the correspondence file mentioned in the March 26, 2003, letter to Mr. Wayson from Mary Kendall Adler, Deputy Inspector General.

(7) To date, we have received no other requests for the investigative file regarding Robert Schneider and we have not released documents to other people or entities.

(8) On May 8, 2003, I sent Mr. Wayson a letter acknowledging receipt of Mr. Wayson's FOIA request and the request was assigned FOIA case file number 03-0055.

(9) On May 3, 2004, the OIG investigative case file regarding Robert Schneider was provided to Mr. Wayson during discovery in the matter of

Exhibit L
Page 2 of 4

      the Chief, National Law Enforcement Office regarding the OIG investigation on Robert Schneider.

(10)    On May 9, 2004, Mr. Wayson sent an e-mail message to Tia Barner, Information Disclosure Specialist in OIG. Mr. Wayson stated that he was still interested in receiving the documents he requested in his request dated April 16, 2003.

(11)    On May 18, 2004, Elizabeth M. Kelly, Associate General Counsel, OIG responded to Mr. Wayson's FOIA request letter dated April 16, 2003. Ms. Kelly stated that in Mr. Wayson's May 9, 2004, e-mail to Ms. Barner, Mr. Wayson mentioned that he already reviewed the documents produced by the U.S. Attorney during discovery in the matter of <u>Wayson v. Schneider</u>. Mr. Wayson requested the OIG investigative report regarding Robert Schneider. Since Mr. Wayson was already provided a copy of the investigative file, Mr. Kelly stated that "the OIG will not provide [Mr. Wayson] with a duplicate copy in response to [his] FOIA request. Mr. Wayson provided with a copy of the correspondence file referred to in Mary Kendall Adler's, Deputy Inspector General, letter which contained thirty pages of documents culled from the OIG general correspondence file. Nineteen of the thirty pages were duplicates of documents from the OIG investigative case file which was provided during discovery.

Exhibit L
Page 3 of 4

case number to see if there are any records stored there. Ms. Kelly explained that "file number to which [he] refer[s] is part of an old indexing system which is no longer used by the OIG" and the documents have been merged into the investigative file that Mr. Wayson received during discovery.

(13) Lastly, Mr. Wayson's May 9, 2004, e-mail message suggested that records might be filed under another number based on correspondence authored by the BLM. Ms. Kelly explained that the file number that Mr. Wayson cited is not part of the "OIG's record keeping system" and that he should direct his inquiries to the BLM.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Execute on this <u>16th</u> day of May, 2007.

*[signature: Sandra Evans]*

Sandra Evans
Information Disclosure Specialist

Exhibit L
Page 4 of 4