```
 1                IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT AT ALASKA
 3
     MARK N. WAYSON,                  )
 4                                    )
                     Plaintiff,       )
 5                                    )
           vs.                        )
 6                                    )
     LINDA RUNDELL and the            )
 7   UNITED STATES OF AMERICA,        )
                                      )
 8                   Defendants.      )  Case No. 4:06-Cv 1 (JWS)
                                      )
 9   _____)

10                 DEPOSITION OF MARK N. WAYSON
                        September 20, 2007

11   APPEARANCES:

12        FOR THE DEFENDANT
          LINDA RUNDELL:           MS. SUSAN J. LINDQUIST
13                                 Assistant U.S. Attorney
                                   Office of U.S. Attorney,
14                                 Civil Division
                                   Federal Building
15                                 222 West 7th Avenue, #9
                                   Room 253
16                                 Anchorage, Alaska 99513
                                   (907) 271-3378
17

18                            * * * *
```

Exhibit M
Pages as marked

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



```
 1              mining claims.  I mean, I did enough work to hold those
 2              mining claims.
 3    Q         When would you do this assessment work?
 4    A         Oh, in the summer.  Yeah.
 5    Q         And the sum amount of time that you spent on the
 6              property then was a couple of days?
 7    A         Oh, I would say it probably was a little more than
 8              that, but oh, yeah, sure, a little more than that each
 9              year, because it's something that interests me, but it
10              was not -- I would get down there as often as I could,
11              but because I was running back and forth overseas so
12              much, I made 85 trips on this case with my daughter and
13              -- overseas trips, and so I really couldn't get an
14              operation going by that reason alone.  I had to go back
15              and forth for hearings and for whatever limited
16              visitation that I had.  So it was more time than that,
17              but it wasn't a great deal of time, no.  And I'm sure I
18              listed it in the assessment forms that I filled out,
19              but I probably spent more than that down there, but it
20              was --
21    Q         So is it fair to say in 2000 you spent approximately
22              less than a week on the property?
23    A         Oh, in 2000, probably a week is fair.  It's probably a
24              week, yeah.
25    Q         Same in 1999?
```

| | | |
|---|---|---|
| 1 | A | Yeah, I would say that's about right.  Yes. |
| 2 | Q | Going back in time, when was the last time that you |
| 3 | | spent more than a week on the property? |
| 4 | A | (Pause)  I had a handshake partner for awhile, and I |
| 5 | | think the last time was maybe '88 that we really -- you |
| 6 | | know, were doing some kind of an operation. |
| 7 | Q | In 2001, how much time did you spend on the property? |
| 8 | A | Oh, I would say -- I would say probably less than a |
| 9 | | week. |
| 10 | Q | 2002? |
| 11 | A | I did -- I didn't file the assessment work, but then |
| 12 | | BLM was saying that I couldn't.  BLM was basically |
| 13 | | saying no, you can't. |
| 14 | Q | I just want to know how much time you were on the |
| 15 | | property. |
| 16 | A | I'm telling you there -- yeah, well just a minimum for |
| 17 | | assessment work in 2001, 2002, 2003. |
| 18 | Q | And that minimum is less than a week? |
| 19 | A | Oh, yes.  Yes. |
| 20 | Q | And 2004? |
| 21 | A | 2004 I began trying to get my permits, and I did -- the |
| 22 | | only I did was the basic assessment work and '04 and |
| 23 | | '05 the same, and I finally got my permit September |
| 24 | | 19th of 2006. |
| 25 | Q | When you got your permit, did that affect the amount of |

|   |   |   |
|---|---|---|
| 1 |   | time you spent on your property? |
| 2 | A | Well the season was pretty well over, and so I did go |
| 3 |   | down and start a cut and -- but then the weather set |
| 4 |   | in, so it was a couple of days down there with the |
| 5 |   | tractor.  I bought the tractor in 2004. |
| 6 | Q | 2007?  How much time did you spend on your property? |
| 7 | A | This year?  I probably -- probably closer to 10 days, |
| 8 |   | yeah.  I put a dam in, and I just did a little more |
| 9 |   | work. |
| 10 | Q | Okay.  After the confrontation with Carol Hammond on |
| 11 |   | September 15th, 2001, can you tell me every instance |
| 12 |   | when someone prevented you from going to your property? |
| 13 | A | There was -- I don't know of any instance when someone |
| 14 |   | prevented me from going to my property, no.  I couldn't |
| 15 |   | work the property, but I could go there, I suppose, |
| 16 |   | like any other citizen.  It's public land. |
| 17 | Q | And why couldn't you work the property? |
| 18 | A | Because the BLM said it hadn't been conveyed.  The |
| 19 |   | record showed otherwise. |
| 20 | Q | Post 2001, you had state mining claims. |
| 21 | A | Prior to 2001 I had correctly recorded state mining |
| 22 |   | claims that reflected I was on land that has been |
| 23 |   | approved to the state. |
| 24 | Q | Post September of 2001, did anyone prevent you from |
| 25 |   | working your state mining claims? |

**METRO COURT REPORTING**
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*

Exhibit ___M___

```
 1  A      BLM claimed they weren't state mining claims.
 2  Q      Regardless of the allegations, did anyone stop you from
 3         working on your mining claims?
 4  A      Yes, because when they said they weren't state mining
 5         claims, it's rather pointless to put an operation in if
 6         you're not going to be able to do something with it, so
 7         -- and the state was not taking a position on it, so --
 8  Q      Who was the person who stopped you from using your
 9         state mining claims?
10  A      I'd say the Bureau of Land Management.  It was made
11         very clear.....
12  Q      I need a person who you were dealing with.
13  A      Well I had a meeting in -- on September 17th of 2001,
14         and I believe it was -- Woody was there, Gary
15         Woodworth.  Is that right?  Is that his name?  Gary --
16         is his name Gary?  No, it's Keith.  Keith Woodworth was
17         there, Shelly Jacobson was there, Carol Hammond was
18         there, and they insisted that this was -- that this was
19         a -- these were not -- this was land that had not been
20         conveyed to the state.  So I had no valid state claims,
21         so in that sense, I was prevented from using my mining
22         claims.  Yeah.
23  Q      No one physically blocked you from your property?
24  A      No one physically blocked me.  They did take out the
25         access road that I had.  I was blocked that way, yes.
```

*METRO COURT REPORTING*

745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



Exhibit M

```
 1              They took that out and -- beginning September 18th of
 2              2001.
 3     Q        Is there an access now?
 4     A        The access now is through the creek.
 5     Q        Could you get to your property in 2001 through the
 6              creek?
 7     A        I couldn't get -- I couldn't get a vehicle in there for
 8              awhile, because they changed the stream.  I was -- and
 9              I'd been over there prior to the -- to them doing their
10              project, and I think I had enough time in then to
11              handle (ph) my assessment of work.  So 2002, I did go
12              in there.  Yes, I did go in there.  It was -- but the
13              access road was gone.  So, you know, I had to make my
14              own way in, and that changing thing with the stream,
15              you know, you never know where it's going to be.
16     Q        The road that existed before that got taken out, who
17              built it?
18     A        Oh, miners built it.
19     Q        Did you build it?
20     A        I improved it a little bit from time to time.  I'd been
21              using it since the 70's, off and on.  It's on most BLM
22              maps.  Shelly Jacobson is -- in her report she refers
23              to it.  It's a four wheel drive access road that the
24              miners had.
25     Q        And how did the road get taken out?
```

*METRO COURT REPORTING*

*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*



Exhibit M

```
 1  A      BLM moved the stream, so they wiped it out.
 2  Q      Did the stream wipe out the road?
 3  A      Yeah, well they diverted the stream.  So they diverted
 4         the stream and it took out the access.
 5  Q      Was this all before 2002?
 6  A      Yes.
 7  Q      Since the beginning of 2002, has any action been taken
 8         to prevent you from reaching your property?
 9  A      The access road has never been restored, and so it's
10         been a catch as catch can access from the lower end,
11         and there was a previous access from up above, but that
12         had been gone since about 1999 or so, and that's still
13         not really available.
14  Q      Between 2000 and 2004 you never used your BLM property
15         that -- I mean, not BLM property, excuse me, your state
16         mining claims as a residence?
17  A      No.
18  Q      And other than the confrontation on September 15, 2001,
19         which you had with Ms. Hammond, have you had any other
20         confrontation with anyone on your property since then?
21  A      (Pause)  I had no confrontations with anyone on the
22         property, no.
23  Q      Since Septem- -- before September of 2001, have you
24         trav- -- had you travelled to Germany?
25  A      Oh, yes.
```

**METRO COURT REPORTING**

745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



Exhibit  M

| | | |
|---|---|---|
| 1 | Q | Approximately how many times? |
| 2 | A | Well I'd been there in the past anyway, but on this -- |
| 3 | | from my daughter's case, I assume you're referring to? |
| 4 | | I probably between March -- I found her in March of |
| 5 | | 1998, didn't know where she was, and it's probably been |
| 6 | | March of 1998 -- I'm sorry, what was the other date you |
| 7 | | gave me? |
| 8 | Q | September of 2001, the Carol Hammond incident. |
| 9 | A | Okay.  Let's see.  Probably -- maybe as many as 30 |
| 10 | | times.  I would -- well let's make it between 25 and |
| 11 | | 30.  Yeah. |
| 12 | Q | And after 2001, did anything..... |
| 13 | A | 25 is more accurate, now that I think about it. |
| 14 | Q | After September of 2001, did anything change about your |
| 15 | | ability to travel to Germany? |
| 16 | A | (Pause)  No. |
| 17 | Q | Were you ever denied entrance into Germany? |
| 18 | A | I was never denied entrance, no. |
| 19 | Q | Since September of 2001, have you applied for any |
| 20 | | employment? |
| 21 | A | No. |
| 22 | Q | Now I want to ask you a few questions about your |
| 23 | | freedom of speech.  After September of 2001 and the |
| 24 | | confrontation with Ms. Hammond, can you tell me those |
| 25 | | instances where you believe your ability to speak was |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876


Exhibit M

| | | |
|---|---|---|
| 1 | | infringed?  Just list them. |
| 2 | A | Well I think that it's difficult to list them per se. |
| 3 | | I think it's fair to say that your ability to speak |
| 4 | | effectively is infringed if the response is one that |
| 5 | | doesn't -- is unanticipated or is less than you would |
| 6 | | anticipate for speaking.  In other words, when you're |
| 7 | | filing a complaint, if you've been maligned as a -- |
| 8 | | some kind of a criminal, then it's a good chance that |
| 9 | | you're not going to get a very good response from |
| 10 | | whichever agency it is you're petitioning. |
| 11 | Q | So do we agree that your freedom of speech hasn't been |
| 12 | | infringed?  You've been able to speak? |
| 13 | A | No, I don't think we agree.  I have been -- I have not |
| 14 | | been able to effectively speak, because the actions of |
| 15 | | the Bureau of Land Management has prejudiced those to |
| 16 | | whom I am speaking.  So -- and it's prejudiced what I |
| 17 | | -- my message. |
| 18 | Q | Let's go back to the question.  I'm not talking about |
| 19 | | effective speech, I'm talking about speech.  So list |
| 20 | | the instances where someone prevented you from |
| 21 | | speaking. |
| 22 | A | Well I don't agree with your definition, so I guess |
| 23 | | we're..... |
| 24 | Q | I'll ask the question in a different way.  Right now |
| 25 | | we're talking about, you know, any instance where |


Exhibit M

| | | |
|---|---|---|
| 1 | | anyone prevented you from speaking since September of |
| 2 | | 2001? |
| 3 | A | I have been warned at least once not to speak, yes. |
| 4 | Q | Who warned you? |
| 5 | A | Ms. Froehlich-Tombrink. She said you better be quiet, |
| 6 | | because the United States -- you better not say |
| 7 | | anything against the United States government. |
| 8 | Q | Okay. Did Linda Rundell ever do anything to stop your |
| 9 | | speech, take an active role in stopping your speech? |
| 10 | A | Yes. |
| 11 | Q | When did she do that? |
| 12 | A | When she produced that memorandum. |
| 13 | Q | Okay. And who did she prevent your speaking with? |
| 14 | A | Well she -- she basically prevented me from continuing |
| 15 | | with the complaint against Robert Schneider, her |
| 16 | | subordinate. She did very effectively. |
| 17 | Q | How so? |
| 18 | A | Well she closed out the investigation she was assigned |
| 19 | | to do based up a complaint I'd filed by making a |
| 20 | | finding that I had committed a crime against Carol |
| 21 | | Hammond. |
| 22 | Q | In the Robert Schneider litigation, did Linda pre- -- |
| 23 | | did you have access to the court for permission to do |
| 24 | | your own investigation? |
| 25 | A | I don't understand. |

**METRO COURT REPORTING**
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



Exhibit M

| | | |
|---|---|---|
| 1 | Q | In other words, if you wanted to ask someone about |
| 2 | | Robert Schneider, were you prevented from doing that? |
| 3 | A | No. I wasn't prevented from asking someone about |
| 4 | | Robert Schneider, no. |
| 5 | Q | Have you ever seen Linda Rundell? |
| 6 | A | Not to my knowledge. I know what she looks like, but I |
| 7 | | -- personally I've never seen her. |
| 8 | Q | How do you know what she looks like? |
| 9 | A | She had a -- what is it, a video -- did a video |
| 10 | | deposition for her last time. September, actually, of |
| 11 | | 2004. |
| 12 | Q | Now you believe you've been denied your freedom to |
| 13 | | effectively speak. Okay. Can you list the people that |
| 14 | | you've been denied your freedom to effectively speak? |
| 15 | A | I would say to the Inspector General of the Office of |
| 16 | | the Interior which -- who was -- with whom I filed the |
| 17 | | complaint on Mr. Schneider. I wrote to Drue Pearce, I |
| 18 | | wrote to the Congressional Delegation, I wrote to the |
| 19 | | U.S. Attorney -- no, I think that was prior to that. |
| 20 | | No, it wasn't prior to that. I wrote to the U.S. |
| 21 | | Attorney in Fairbanks, Steve Cooper. I met and wrote |
| 22 | | to a gentleman who was the Secretary of the Interior |
| 23 | | representative here in Anchorage. His name escapes me |
| 24 | | this moment. I went to the FBI. I went to the U.S. |
| 25 | | Attorney's Office. I was promised an investigation and |

**METRO COURT REPORTING**

745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



```
 1          you?
 2   A      Before she can make a finding of criminal act, then she
 3          has to -- it has to go through a court.  I have a right
 4          to be confronted with the charges against me and the
 5          right to defend myself.
 6   Q      And if she doesn't do this, then what happens to this
 7          criminal finding?
 8   A      It has become part of the permanent record.  It is part
 9          of the permanent record.
10   Q      What record are you referring to?
11   A      I'm part of the official law enforcement -- BLM law
12          enforcement record.
13   Q      And how is this record used?
14   A      Well this record is accessible to any law enforcement
15          agency.  This record is accessible to the State
16          Department.  This record is accessible to other -- many
17          other federal agencies.  This record is -- any agency
18          dealing with terrorism, it's affected by -- it's
19          available to.
20   Q      Who do you think has accessed this record?
21   A      Those parties that I mentioned.
22   Q      Do you have any evidence that the State Department
23          accessed this record?
24   A      Only based upon what happened in Germany.  There's just
25          no other place they could have got it.
```

*METRO COURT REPORTING*

745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



```
 1             it's a sad reality.  Things have changed dramatically
 2             since 9/11, and the dissemination of information is --
 3             has -- is shared between many, many agencies, wherein
 4             before it was not.
 5   Q         And do you have any evidence -- do you have any
 6             evidence about who accessed this information?
 7   A         No, other than -- other than it was -- Marion Ram is in
 8             the chain or at the end of the chain, that I know, and
 9             I suspect -- well Linda Rundell's at the start of the
10             chain.  So I don't know all the links in the chain, no.
11   Q         The information about -- the information you received
12             of conversations or through your.....
13   A         Ms.....
14   Q         .....your friend Ms.....
15   A         Yeah, Ms. Froehlich-Tombrink?
16   Q         Correct.
17   A         Yeah.
18   Q         Did any of that refer to Linda Rundell?
19   A         No.  No.
20   Q         And did any of that refer to Tom Allen?
21   A         No.
22   Q         It was just -- is it fair to say it was just a
23             conclusion that you were dangerous?
24   A         The information was.....
25   Q         That Ms. Marion Ram conveyed?
```

**METRO COURT REPORTING**

745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



|    |   |                                                                      |
|----|---|----------------------------------------------------------------------|
| 1  |   | perception.                                                          |
| 2  | Q | Have you given the Linda Rundell memorandum to anybody?              |
| 3  | A | I was represented, when this case was filed, by Tom                  |
| 4  |   | Wickwire, who is an attorney in Fairbanks. I gave it                 |
| 5  |   | to him, of course. I don't remember showing it to                    |
| 6  |   | anybody. It's possible, I suppose. I can't think of                  |
| 7  |   | anybody right now to whom I've sent it out, no.                      |
| 8  | Q | Did you speak to anybody about it?                                   |
| 9  | A | Oh, yes. Yes. I've spoken to many people about it.                   |
| 10 |   | Warned miners. Yeah, I've warned them.                               |
| 11 | Q | About how many miners did you warn?                                  |
| 12 | A | Oh, I probably talked to -- oh, I've probably spoken to              |
| 13 |   | perhaps a half a dozen about this tactic that BLM uses               |
| 14 |   | and warned them to be careful.                                       |
| 15 | Q | Warned them to be careful about what?                                |
| 16 | A | About BLM falsifying criminal acts when they -- if                   |
| 17 |   | they, you know, perceive that a miner is in some                     |
| 18 |   | way.....                                                             |
| 19 | Q | Have you spoken to any friends about the Linda Rundell               |
| 20 |   | memo?                                                                |
| 21 | A | I've spoken to them about this case in general, and I'm              |
| 22 |   | sure the memorandum has come up, yes. Yeah.                          |
| 23 | Q | About how many people?                                               |
| 24 | A | Oh, it's difficult to estimate. It's -- I've been                    |
| 25 |   | pretty involved in this litigation, and like you say,                |

