**DECLARATION**

I, **Linda Rundell**, declare under penalty of perjury that the following is true:

1. I am the defendant in this action. I signed the memorandum which is at issue in this case and which is marked as Exhibit A.
2. Mr. Wayson asked the Inspector General to investigate Robert Schneider's decision to send a BLM ranger to the erosion project directed by Carol Hammond. Ms. Hammond had an unpleasant interaction with Mr. Wayson at the rural site and requested that a trooper remain at the site.
3. In order to determine whether Schneider's actions created a dangerous situation, I needed information about the action which precipitated Schneider's decision. I asked another employee to investigate and she wrote the memorandum for my signature.
4. When the memorandum was signed, I sent it to the Chief of Law Enforcement. I did not send it to anyone else. I never sent it to anyone else or any other entity. I never send it to anyone in Germany. I did not speak with anyone in Germany about Mr. Wayson. To the best of my knowledge, no person with whom I ever spoke about the events, ever conveyed information to anyone in Germany. Until Mr. Wayson sued me, I knew nothing about his litigation in Germany. Since then I have not communicated with anyone in Germany about the memorandum.
5. I did not intend the memorandum to affect Mr. Wayson at all. I intended to make a decision about Mr. Schneider's actions. I did not intend to do anything to Mr. Wayson. I did not intend to and I did not take, any action to charge Mr. Wayson with a crime. I did nothing to block him from using his property. I said nothing and did nothing to prevent him from speaking. I never spoke with Mr. Wayson until I was deposed in his prior case against Mr. Schneider.

Date: 10/15/07   *Linda S C Rundell*
Linda Rundell
Former, Acting State Director, BLM, Alaska
Current, Director, BLM, New Mexico

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746