```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT AT ALASKA

 3   MARK N. WAYSON,                )
                                    )
 4              Plaintiff,          )
                                    )
 5        vs.                       )
                                    )
 6   LINDA RUNDELL and the          )
     UNITED STATES OF AMERICA,      )
 7                                  )
                Defendants.         )  Case No. 4:06-Cv 1 (JWS)
 8   _____)

 9               DEPOSITION OF EVALYN GARIS
                    September 20, 2007
10
     APPEARANCES:
11
                FOR THE PLAINTIFF:    MR. MARK N. WAYSON
12                                    Pro Se
                                      c/o Wickwire
13                                    2775 Hanson Road
                                      Fairbanks, Alaska 99709
14
                FOR THE DEFENDANT
15              LINDA RUNDELL:        MS. SUSAN J. LINDQUIST
                                      Assistant U.S. Attorney
16                                    Office of U.S. Attorney,
                                      Civil Division
17                                    Federal Building
                                      222 West 7th Avenue, #9
18                                    Room 253
                                      Anchorage, Alaska 99513
19                                    (907) 271-3378

20              FOR THE U.S.
                DEPARTMENT OF THE
21              INTERIOR:             MR. JOSEPH D. DARNELL
                                      Attorney at Law
22                                    Office of the
                                      Regional Solicitor
23                                    4230 University Drive, Ste 300
                                      Anchorage, Alaska 99508
24                                    (907) 271-4131

25                         * * * *
```

*METRO COURT REPORTING*

*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*



COPY
Exhibit O
Page 1 of 4

```
 1              19th of 1996 in September.
 2     Q        But you don't -- it doesn't -- you don't.....
 3     A        And I don't -- I don't recall who this person is.
 4     Q        Okay.  (Pause)  Now on the -- excuse me, the bottom of
 5              the third to the last paragraph of the letter, which is
 6              Exhibit number 1, could you take a look at the -- I'm
 7              going to refer to the bottom part of that paragraph
 8              actually is what I'm interested in asking you about
 9              where it says:  Personnel information will not be
10              released when there are known threats of harm or
11              endangerment to our employees.  Now do you remember why
12              you used that language or who suggested that language?
13     A        I believe I used that language after having read your
14              letter when -- the area of your letter when you're
15              asking for the names, addresses, phone numbers, both
16              work and home, of BLM employees.
17     Q        Can you recall why I asked for those -- in just your
18              own memory, why that letter of mine asked for those
19              addresses?
20     A        Well according to your letter, as best I can recollect,
21              it was to retaliate personally or something to that
22              effect.
23     Q        Uh-hum.
24     A        Well it says right there to retaliate personally
25              against.  I quoted it.
```

*METRO COURT REPORTING*

745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit O
Page 2 of 4

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
ALASKA STATE OFFICE
222 W. 7th Avenue, #13
ANCHORAGE, ALASKA 99513-7599

FF-26889 through
FF-26895 (3842)
(931)

Mr. Mark N. Wayson
P.O. Box 84570
Fairbanks, Alaska 99708-4570

2 0 SEP 1996

Dear Mr. Wayson:

This is in reply to your letter of August 26, 1996, regarding the final rule and regulations for Use and Occupancy Under the Mining Laws and the requirement to provide notification of existing uses and occupancies to the Bureau of Land Management (BLM). You express your annoyance with filling out "yet another unnecessary form". You also request information concerning all BLM employees in Alaska and you reference correspondence with Tom Gorey.

In response to the first issue, the BLM is entrusted with the management of the public lands of the United States and is held accountable for the prevention of abuse of those lands while recognizing the valid rights and uses under the Mining Laws. The BLM is required by law to take appropriate action to eliminate invalid uses, including unauthorized occupancy of the public lands.

The new regulations address the unlawful use and occupancy of unpatented mining claims for nonmining purposes. The rule explains the restrictions in order to ensure that the uses and occupancies are limited to those involving prospecting or exploration, mining, or processing operations. The rule makes clear that using a mining claim for purposes that are not reasonably incident to mining is not authorized by the mining laws and should not be occurring on the public lands. It has long been an established principle of the mining laws and numerous judicial interpretations that surface uses of a claim can only be for purposes connected with or incident to exploration and recovery of minerals.

The regulations allow for certain structures on your claims that will enable you to carry out the exploration, mining, or processing of minerals. The regulations do not adversely affect the miner who is involved in bona-fide mining operations. However, the regulations do provide that if you do not file the required notice, OMB Form #1004-0169, with the information requested, and you have an existing residence or other structures, you will be subject to immediate enforcement actions, which include civil remedies and criminal penalties.



BLM0000000334

BLM cannot fill out the Existing Occupancy Notification form for you. The regulations provide that if you are occupying the public lands under the mining laws on August 15, 1996, you may continue your occupancy for one year after that date, if you notify BLM on the approved form by October 15, 1996, of the existence of the occupancy, and BLM has no pending trespass action against you concerning this occupancy. Such use or occupancy cannot be a threat to health, safety, or the environment. So, if you have an existing residence or structures, such as cabins, buildings, or storage sheds for equipment or supplies, either temporary or permanent, on your claims, you should complete the form, sign it, and send it to the BLM office in Fairbanks before October 15, 1996.

The second part of your letter requests information concerning addresses and phone numbers, both work and home, for all BLM personnel in the State. The release of home addresses and phone numbers is prohibited, in accordance with the Privacy Act, 5 U.S.C. (552a) (1974). Disclosure of this information would constitute a clearly unwarranted invasion of personal privacy. Further, your request for names, addresses, and phone numbers of BLM personnel in order "to retaliate personally against" them may constitute a Federal crime under 18 U.S.C. 111 or a State crime under AS 11.41.230. Personnel information will not be released when there are known threats of harm or endangerment to our employees. Due to the hostile nature of your letter, your request for this information is denied.

According to the External Affairs Office in Washington, there is no record of your correspondence with Tom Gorey.

Enclosed for your information is a copy of the Final Rule for Use and Occupancy Under the Mining Law as published in the Federal Register, Vol. 61, No. 137, on July 16, 1996, along with an Existing Occupancy Notification form for your use should you decide to file.

Sincerely,

/s/ Sally Wisely

Associate State Director

Enclosures
1. Final Rule for Use and Occupancy under the Mining Laws
2. Existing Occupancy Notification Form