Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com



RECEIVED
NOV 0 5 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| LINDA RUNDELL and the | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendants. | ) |
| | ) 4:06-Cv 1 (JWS) |

**MOTION TO COMPEL DICOVERY**

Plaintiff requests under Civil Rule 37 (a), that the court re-open discovery and order the Defendant to produce the following:

1. A copy of the complete file "2002-I-R-612-WCA-Robert Schneider" and all documents which AUSA Lindquist obtained from the BLM National Law Enforcement Office as a result of her request on February 9, 2007, but which she did not turn over to Plaintiff in response to Plaintiff's Production request, for these documents..

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Motion to compel discovery 10-31-07

1

2. Plaintiff requests that the court order Defendant to produce at her own or the government's expense, retired BLM Special Agent Pamela Stuart, in Fairbanks Alaska, for deposition to testify as to her role in the investigation of the 4-05-02 complaint against Robert Schneider.

3. Plaintiff requests that the court order the U.S. Attorney in Anchorage Alaska to obtain any and all FAX and e-mail communications which were exchanged 9-11-07, between Ms. Lindquist or any other employee of the U.S. Attorney's office, and Ms. Linda Rundell, or the BLM State Offices in Santa Fe New Mexico.

Dated: October 31, 2007

_____
Mark N. Wayson, pro se

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 5 day of NOV, 2007, a copy of the foregoing was served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Motion to compel discovery 10-31-07

2