Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON,<br><br>       Plaintiff,<br><br>Vs.<br><br>LINDA RUNDELL and the<br>UNITED STATES OF AMERICA<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  4:06-Cv 1 (JWS) |

## ORDER TO COMPEL DISCOVERY

It is hereby ordered that the Defendant will produce to the Plaintiff within _____ days, the following documents:

1. Any and all reports and documents obtained by, or in the constructive possession of Linda Rundell, Susan Lindquist as a private attorney for Ms. Rundell, or as an assistant

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Order to Compel Disc. 10-31-07

1

U.S. Attorney for the United State, which deals in any way with the investigation of Robert Schneider following a complaint by Mark Wayson, dated 4-5-02, to the Department of interior office of inspector General..

2. It is ordered that Discovery be re-opened in this case in order for Plaintiff to have the opportunity to depose retired Special Agent in Charge, Pamela Stuart in Fairbanks Alaska.

3. It is ordered that Defendant (or the U.S. government) pay all expenses incidental to deposing Ms. Stuart, including travel and accommodations expenses, witness fees, and any other expense..

4. It is hereby ordered that the U.S. Attorney research and recover all communications from his offices on 9-11-07 between AUSA Lindquist, or any employee of the U.S. Attorney, and Linda Rundell, and/or the New Mexico State BLM Office, whether the communications be in the form of e-mails, faxes, or any other recoverable means of communication, and that these communications be turned over to Plaintiff in this case, or to this court in the event that Ms. Lindquist or the U.S. Attorney makes a claim that the communications are of a strict attorney/client nature, which could prejudice Defendant in this case, if the communications are turned over to Plaintiff.

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Order to Compel Disc. 10-31-07

Dated: _____

_____
JUDGE JOHN W. SEDWICK

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this _5_ day of _NOV._, 2007, a copy of the foregoing was served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Order to Compel Disc. 10-31-07