*Wayson Complaint 3 attach.*

Mark N. Wayson  
P.O. Box 84570  
Fairbanks Alaska 99708-4570  
markonwayson@yahoo.com

April 5, 2002

Re: 18 U.S.C. 1001 violation by Fairbanks BLM Regional director Bob Schneider

Earl E. Devaney   Inspector General Dept. of the Interior  
MS 5341-M1B   1849 C St. N. W.  
Washington D.C.   20240

Dear Mr. Devaney,

Please investigate violations of title 18 by Fairbanks BLM manager Bob Schneider, and/or others. Schneider is creating a dangerous provocative situation for me and other Alaskans.

Sept. 15, 2002, I asked BLM engineer, Carol Hammond, to halt a BLM project being carried out on my state recorded mining claims. She refused. Project manager Shelley Jacobsen was contacted and she responded to 100 mile Steese from Fairbanks. Carol Hammond inexplicably announced during the interview that she felt "threatened", but that I was not threatening her. As I was leaving the site to wait a mile away for Ms. Jacobsen, Hammond suddenly announced she had called out BLM rangers. I left. I returned to my mine with Ms. Jacobsen after she arrived.

Sept. 17, I met in Fairbanks with Ben Kennedy, Jack Kerwin, and Kim Griffith of Alaska DNR along with BLM personnel and miner Del Ackels. (907 474 0971) to resolve whether the project was legitimate and would continue. (The project itself remains highly questionable) Then Del Ackels and I went to his house to wait for a determination from BLM.. At 1515 hrs. Sept. 17, 2001, Ben Kennedy called to report that Bob Schneider of BLM had called him. Schneider told Kennedy that the project would continue. He said that I would be arrested for trespass if I returned to my mining clams. He said that armed rangers would be sent to the project.

Ten minutes later, I called Mr. Schneider on a conference call with Del Ackels.. We were surprised to hear Bob Schneider say that the project would be moved, and that I was "allowed" to return to my gold mine. He said there were "no problems". He did say, however, that armed rangers would return until the project was finished. We re-contacted Ben Kennedy by phone, and he was as astounded as we were. He said that ten minutes after Schneider had called him, he called again, and Schneider then said the same thing that he had told me and Del Ackels. I intended to return to my mine, but later 9-17, I spoke with Ben Kennedy of state DNR, and he advised me NOT to return to the mine. My access is through the area where the project had been moved to, and he was suspicious, as was I, that there would be more BLM provocation. I did not return to my mine, or my home nearby until the project was completed..

In December of 2001, I discovered the attached e-mail, (attachment #1.)while in a conference in Anchorage. I was very surprised, and the e-mail makes me very concerned for my safety, particularly as mining season approaches. Mr. Schneider is knowingly creating an unsafe condition. The e-mail also reflects the concerns he has caused with the state of Alaska. Mr. Schneider has no basis whatsoever for such false slanderous dangerous statements.

*Attachment #1*

I have never met Mr. Schneider. I have had no, written, by phone, or in person contact with any BLM personnel since February 1997, until Sept. 15 2001. I had never communicated with Mr. Schneider until the four minute conference call on Sept. 17. Whether Mr. Schneider is shamelessly exploiting the tragedy of 9-11, and trying to get even more guns onto his force, or whether he is merely demonstrating blind BLM loyalty to former State BLM director Tom Allen, is immaterial to his commission of the offense, and the consequences of it.

In 1996, I objected, at the printed suggestion of Alaska Senator Ted Stevens, to an unconstitutional requirement by BLM, that miners file affidavits that they were not conducting criminal enterprises on their mining claims. Mr. Allen reacted very negatively to the U.S. constitution. There was an exchange of letters. Stan Leaphart, the then coordinator between State and federal agencies later mediated. A videotaped meeting with BLM employees was conducted Dec. 10, 1996.. It was established that there were no threats against anyone by me. Nevertheless, Mr. Allen wrote the letter of January 9, 1997. (Attachment 2.) And he refused to correct it despite Stan Leaphart's efforts. (Attach #3) I made multiple efforts through the U.S. attorney requesting an investigation. No answer. In May 1997, I filed a complaint with Pat Shea, inspector General for the Dept. of the interior. No answer. Mr. Allen was well connected in the Babbitt regime, is an accomplished sycophant, and avoided even a review of the evidence against him.

In self defense, I adopted my policy of avoiding all BLM personnel in 1997. (I think I spoke with one BLM friend from the recording office in Safeway, in 2001, who commiserated with me then, because Allen had circulated letters among the BLM employees in 1996, claiming I was a threat/dangerous; etc. whatever.)((I have one of the letters he sent out to employees))

I recently wrote to attorney J.P. Tangen in Anchorage, who is working for the Alaska Miners. He wrote back that he thought you would respond. Therefore this is a formal request for investigation of BLM personnel violating Title 18, as well as their administrative misconduct. There is little doubt in my mind that there are those in BLM who are VERY eager to create their own little 'Ruby Ridge'. The turf wars, and struggle for more power, are never ending in these regulatory agencies. There is little or no BLM respect for state lands, and even Jack Kerin of State DNR recounted to me, a standoff between the state of Alaska DNR employees and armed BLMer"s, which occurred last year. On Sept. 15th, there were too many indications that a confrontation was being set up by Hammond and the rangers at my mining claims. Fortunately BLM project manager Shelley Jacobsen's professionalism, and cool head took charge, and she was able to control the rangers. But she can't be there every time, and I can't be sure I will always have my video camera or a witness with me. I live and work alone. Please investigate.

Mark N. Wayson

xc: Del Ackels / J.P. Tangen Ak. Miners / Kim Griffith & Jack Kerin Ak. State DNR / U.S. Attorney Steve Cooper / Ben Kennedy / Stan Leaphart