Case 4:06-cv-00001-JWS   Document 72-5   Filed 11/05/2007   Page 1 of 1
Case 4:06-cv-00001-JWS   Document 69-18   Filed 10/18/2007   Page 1 of 1
FROM :   FAX NO. :4740069   SEP. 10 2007 08:39AM  P2

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
National Law Enforcement Office
3833 S. Development Ave.
Boise, Idaho 83705-5354

In Reply Refer To:
9260 (WO-370)

August 5, 2002

Memorandum

To:       State Director, Alaska

From:     Chief, National Law Enforcement Office

Subject:  DOI-OIG Case File No. 2002-I-R-612-WCA

DD: October 7, 2002

The attached Office of Inspector General (OIG) referral is forwarded to your office for review and inquiry. The allegations contained in this referral appear to be administrative in nature. Please conduct an administrative inquiry into the allegations and provide the National Law Enforcement Office (NLEO) with a report of findings, including administrative actions, if any, by October 7, 2002.

If, during the course of your administrative inquiry, additional information develops that would necessitate a criminal investigation by the OIG or the NLEO, please contact Special Agent Greg Assmus at 208-387-5129.

/for/ Walter I. Johnson

Attachment
As Stated (5 pages)

*Attachmt #4*

Plt 000028
BLM0000000596
SEP-10-2007 08:27AM   From: 4740069         ID:CIU