**DECLARATION**

I, Pam Stuart, declare under penalty of perjury that the following is true:

1. In the fall of 2002, I was the Special Agent-in-Charge for the Bureau of land management. I was the top law enforcement officer.

2. At the time, Ms. Rundell was the Acting State Director. She assigned the task of investigating Mr. Wayson's request for an investigation about whether Mr. Schneider violated Title 18, a criminal statute.

3. I spoke with Mr. Schneider and Ranger Ed Lee before I wrote my draft memorandum. I cannot remember what was said, but I used information from our conversation to write the draft response to Mr. Wayson's request.

4. I cannot recall what documents I reviewed before I wrote the draft memorandum in response.

5. I focused on whether Mr. Schneider violated any law. He did not. I did not not accuse Mr. Wayson of committing a crime. I was not investigating Mr. Wayson.

6. I drafted the memorandum for Ms. Rundell to sign.

Date: 2-27-07      *[signature]*

Pamela Stuart, Retired Special Agent in Charge
Bureau of Land Management

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746

*Attachment # 8*

Page 1 of 1 Pages