NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON,<br><br>            Plaintiff,<br><br>    v.<br><br>LINDA RUNDELL<br><br>            Defendant. | ) Case No. 4:06-cv-1-JWS<br>)<br>) **RUNDELL'S RESPONSE TO**<br>) **WAYSON'S 3rd REQUEST FOR**<br>) **PRODUCTION**<br>)<br>)<br>)<br>) |

Defendant responds to Plaintiff's 3rd Request for Production as follows:

**REQUEST FOR PRODUCTION NO. 1:** The written statement of

findings from Ms. Rundell's immediate supervisor, or whoever was designated by

the head of BLM to prepare the statement, whether Ms. Rundell was acting within

the scope of her employment when she made the finding September 19, 2002, that

the Plaintiff had forcibly committed a crime against Carol Hammond, and the

*Attachment #9*

**REQUEST FOR PRODUCTION NO. 9:** Copy of all notes, e-mails,

reports, documents, and other communications and records, which Pamela

Stewart, Senior Agent in Charge, reviewed or produced herself, in her

investigation of the Plaintiff's complaint, and in drafting the 9-19-02

memorandum for Ms. Rundell.

**RESPONSE:** Ms. Rundell does not have any documents responsive to this

request.

**REQUEST FOR PRODUCTION NO. 10:** Copy of all notes, e-mails,

documents, reports, and other communications and records, produced by Walter

Johnson, and BLM personnel at all levels, including personnel assigned to the

Inspector general's office, relating to the assignment of Plaintiff's complaint

against Robert Schneider, to Linda Rundell.

**RESPONSE:** Ms. Rundell does not have any documents which respond to

this request.

**REQUEST FOR PRODUCTION NO. 11:** Copy of all notes, e-mails,

documents, reports, and other communications and records produced by Walter

Johnson, Greg Assmus, Ranger Lee, other law enforcement personnel, Evie

Wayson v. Rundell, et.al.
4:06-cv-1-JWS                        -6-

Punches, and any other BLM communication specialists, or BLM personnel, and by private citizens, in connection with the assignment and/or investigation of the complaint against Robert Schneider, filed by the Plaintiff.

**RESPONSE:** . Ms. Rundell does not have any documents which respond to this request.

Respectfully submitted this March 26, 2007

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2007,
a copy of the foregoing **United States Response
to Wayson's 3rd Request for Production**
was served by email in pdf form on:

Mark N. Wayson
c/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709

Hard copy to follow by U. S. mail.

s/ Susan J. Lindquist