Mark N. Wayson   markonwayson@yahoo.com          Aug. 16, 2007
C/O Wickwire
2775 Hanson Rd.
Fairbanks Alaska 99709

Pamela Stuart
P.O. Box 6271
Phoenix Arizona 6271

Dear Ms. Stuart,

I am the plaintiff in a Bivens court action against your former boss, Linda Rundell. She has represented that you did the investigation and prepared the memo of September 19, 2002, in which she made a finding that I had forcibly committed a crime against Carol Hammond, then an engineer for BLM.

I would like to take your deposition. Could you please contact me by e-mail as to your schedule and I can give you a call. I live and work off the grid.

If you have no e-mail access, could you send me a message FAX at 907 474 0069.

Thank you.


Mark N. Wayson

*mailed 8-16-07*

*Attachment #13*

Mark N. Wayson   markonwayson@yahoo.com          August 28, 2007
C/O Wickwire
2775 Hanson Rd.
Fairbanks Alaska 99709          re: Wayson v. Rundell

Pamela Stuart
P.O. Box 6271
Phoenix Arizona
65005

Dear Ms. Stuart,

I am the Plaintiff in a lawsuit against Linda Rundell. I would like to take your deposition regarding your role in the investigation of the complaint which I filed against Robert Schneider in April of 2002.

Reportedly, you conducted the investigation and prepared a memorandum for Ms. Rundell. Could you please contact me via e-mail at the above address so that I can set up a deposition with you? The court has a deadline of October 1, 2007 before which this must be completed.

If you have no e-mail capability, could you please FAX me a convenient time when I could call you? That FAX number is 907 474 0069. The response will be relayed to me.

Mark N. Wayson

```
================================
        COLLEGE BRANCH
       FAIRBANKS, Alaska
          997093552
         0203150708-0095
08/28/2007 (800)275-8777 11:59:26 AM
================================
========= Sales Receipt =========
Product         Sale Unit    Final
Description     Qty  Price   Price

PHOENIX AZ 85005                $0.41
Zone-8 First-Class
Letter
0.40 oz.
Restricted Delivery             $4.10
Return Rcpt (Green              $2.15
Card)
Certified                       $2.65
Label #:   70063450000139746942
                             ========
Issue PVI:                      $9.31

90c Hagatna       1   $0.90     $0.90
Bay Guam
PSA
41c Ndn           1   $0.41     $0.41
American
Flag PSA
                             ==========
Total:                         $10.62

Paid by:
```

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

Postage  $  $0.41
Certified Fee  $2.65
Return Receipt Fee (Endorsement Required)  $2.15
Restricted Delivery Fee (Endorsement Required)  $4.10
Total Postage & Fees  $  $9.31

Postmark Here — AUG 28 2007 — COLLEGE BRANCH FAIRBANKS

Sent To: Pamela Stuart
Street, Apt. No.; or PO Box No.: P.O. Box 6271
City, State, ZIP+4: Phoenix, Ariz. 85005

7006 3450 0000 1397 4692

PS Form 3800, August 2006      See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Pamela Stuart<br>P.O. Box 6271<br>Phoenix, Arizona 85005<br><br>**RESTRICTED DELIVERY** | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>   ☐ Certified Mail   ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7006 3450 0001 3974 6942 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

