Yahoo! Mail - markonwayson@yahoo.com	Page 1 of 1

Case 4:06-cv-00001-JWS    Document 72-15    Filed 11/05/2007    Page 1 of 9

# YAHOO! MAIL Classic

Print - Close Window

**Date:** Wed, 15 Aug 2007 15:07:42 -0700 (PDT)
**From:** "mark wayson" <markonwayson@yahoo.com>
**Subject:** Deposition
**To:** susan.lindquist@usdoj.gov

Dear Ms. Lindquist,

It appears as though you are not going to have to make any Discovery. I would like to depose Linda Rundell as soon as possible. Following her deposition I would like to depose Ranger Eddie Lee, SAIC Pamela Stuart, and Evie Punches.

Please let me know by Monday, 8-20-07, when it would be convenient for you and your client to conduct this deposition.

Mark Wayson


Sincerely, Mark N. Wayson

Please visit: www.rosanajoysugwayson.org

---

Sick sense of humor? Visit Yahoo! TV's Comedy with an Edge to see what's on, when.

*Attachment # 14*

Yahoo! Mail - markonwayson@yahoo.com    Page 1 of 1

Case 4:06-cv-00001-JWS    Document 72-15    Filed 11/05/2007    Page 2 of 9



**Print - Close Window**

**Subject:** Out of Office AutoReply: Deposition
**Date:** Wed, 15 Aug 2007 14:07:47 -0800
**From:** "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov>
**To:** "mark wayson" <markonwayson@yahoo.com>

I am gone Aug 15 and will return Aug 27.  If you need assistance from an attorney, contact Daniel Cooper 15-17 and Gary Guarino 20-24 through the receptionist at (907) 271-5071.

Yahoo! Mail - markonwayson@yahoo.com  Page 1 of 1

Case 4:06-cv-00001-JWS   Document 72-15   Filed 11/05/2007   Page 3 of 9



Print - Close Window

**Subject:** Wayson v Rundell
**Date:** Tue, 21 Aug 2007 16:53:14 -0800
**From:** "Guarino, Gary (USAAK)" <Gary.Guarino@usdoj.gov>
**To:** markonwayson@yahoo.com

Mr. Wayson

    I have forwarded your request regarding the scheduling of depositions to Ms. Lindquist. Unfortunately, she will have to deal with the witness scheduling when she returns next week. I do not know enough about her schedule in other cases to be able to coordinate dates with the witnesses.



Print - Close Window

**Subject:** RE: Wayson v Rundell
**Date:** Thu, 23 Aug 2007 14:35:15 -0800
**From:** "Guarino, Gary (USAAK)" <Gary.Guarino@usdoj.gov>
**To:** "mark wayson" <markonwayson@yahoo.com>

Mr. Wayson
    I understood your request but I would have to try to coordinate the witnesses' availability with Ms. Lindquist's schedule/availability, including her other cases. I am not in a position to do that effectively and it will likely be more efficient for Ms. Lindquist to deal with scheduling when she returns. I will have my legal assistant try to contact Ms. Rundell to notify about the proposed deposition.

**From:** mark wayson [mailto:markonwayson@yahoo.com]
**Sent:** Thursday, August 23, 2007 2:28 PM
**To:** Guarino, Gary (USAAK)
**Subject:** Re: Wayson v Rundell

Dear Mr. Guarino,

Perghaps I wasn't clear. I was asking if you could contact Ms. Rundell to see what dates were clear for her AFTER Ms. Lindquist returns. I came in from the mine this morning. I will check e-mail again before going back tonight.

Mark Wayson


*"Guarino, Gary (USAAK)" <Gary.Guarino@usdoj.gov> wrote:*

> Mr. Wayson
>     I have forwarded your request regarding the scheduling of depositions to Ms. Lindquist. Unfortunately, she will have to deal with the witness scheduling when she returns next week. I do not know enough about her schedule in other cases to be able to coordinate dates with the witnesses.


Sincerely, Mark N. Wayson

Please visit: www.rosanajoysugwayson.org

---

Looking for a deal? Find great prices on flights and hotels with Yahoo! FareChase.

Yahoo! Mail - markonwayson@yahoo.com	Page 2 of 2

Case 4:06-cv-00001-JWS   Document 72-15   Filed 11/05/2007   Page 5 of 9

Mark Wayson

**"Lindquist, Susan (USAAK)"** <Susan.Lindquist@usdoj.gov> wrote:

I left messages for Mr. Lee and Ms. Rundell and I don't know their availability.

I spoke with Ms. Punches. She stated that her last involvement with you was sometime in 1998, which was long before the 2001 incident with Schneider and the 2002 memorandum. From my point of view, Ms. Punches has no information about your claims that Ms. Rundell violated your constitutional rights. Can you please let me know what relevant information you think she has?

**From:** mark wayson [mailto:markonwayson@yahoo.com]
**Sent:** Monday, August 27, 2007 3:26 PM
**To:** Lindquist, Susan (USAAK)
**Subject:** Rundell deposition

Dear Ms. Lindquist,

Your first day back I realize, but I would appreciate some dates when Ms. Rundell's deposition can be taken. I also want to depose BLM's Ranger Lee and Ewie Punches.

Mark N. Wayson

Sincerely, Mark N. Wayson

Please visit: www.rosanajoysugwayson.org

Yahoo! Mail - markonwayson@yahoo.com                                                                Page 1 of 2

Case 4:06-cv-00001-JWS    Document 72-15    Filed 11/05/2007    Page 6 of 9

**"Lindquist, Susan (USAAK)"** <Susan.Lindquist@usdoj.gov> wrote:

Ms. Rundell is out of the state until the second week of September. I scheduled her depo for Tuesday Sept 11 at 8:30 our time. Are you going to have the court reporter go to her? I would agree for you to have the court reporter with you in Fairbanks. You would need a speaker phone if you are going to do the deposition by telephone. Please let me know.

Ed Lee is available that day also and you might want to do him after Ms. Rundell.

Please be more specific about the "support function." Every employee performs support functions. I have a right to decline to produce a witness or quash a subpoena if the witness has no personal knowledge about issues in the case. I don't think we have any issues about the status of your federal mining claims at the time the memorandum issued. Ms. Punches had informed me that she did some work on your mining claims, but her work ceased before the encounter with Ms. Hammond. Maybe you can identify which actions the State Director took that you are interested in.

Susan Lindquist, AUSA

(907) 271-3378  voice mail

      271-4254 no mail

fax (907) 271-2344

**From:** mark wayson [mailto:markonwayson@yahoo.com]
**Sent:** Monday, August 27, 2007 5:32 PM
**To:** Lindquist, Susan (USAAK)
**Subject:** RE: Rundell deposition

Dear Ms. Lindquist,

Please let me know as soon as possible when Ms. Rundell and Ranger Lee will be available for deposition. I can inform you that I wish to depose Ms. Punches regarding her support function at BLM which relates to actions taken by the BLM State Director.

Yahoo! Mail - markonwayson@yahoo.com    Page 2 of 2

Case 4:06-cv-00001-JWS    Document 72-15    Filed 11/05/2007    Page 7 of 9

> *"Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov>* wrote:
>
> Ms. Punches and the agency have requested the deposition take place in our office on the 2nd floor of the federal building. I contacted Metro and the reporter said they would come here. I am also hiring them to record your deposition because if possible I thought we could take a short break after Ms. Punches and then start with you.
>
> Please respond that the change of location is OK with you.
>
> **From:** mark wayson [mailto:markonwayson@yahoo.com]
> **Sent:** Wednesday, September 12, 2007 6:48 PM
> **To:** Lindquist, Susan (USAAK)
> **Subject:** Punches Deposition notice
>
> Dear Ms. Lindquist,
> Here is the deposition notice for Ms. Punches. I have faxed a copy to Metro Court reporting.
> I faxed you a copy of the Touhy request, and attach it here also. I faxed it to Darnell and Lonnie as well.
>
> Mark Wayson
>
>
> Sincerely, Mark N. Wayson
> Please visit: www.rosanajoysugwayson.org
>
> ---
>
> Pinpoint customers who are looking for what you sell.
>
>
> Sincerely, Mark N. Wayson
> Please visit: www.rosanajoysugwayson.org
>
> ---
>
> Moody friends. Drama queens. Your life? Nope! - their life, your story.
> Play Sims Stories at Yahoo! Games.

Sincerely, Mark N. Wayson

Please visit: www.rosanajoysugwayson.org

---

Looking for a deal? Find great prices on flights and hotels with Yahoo! FareChase.

Yahoo! Mail - markonwayson@yahoo.com  Page 1 of 2

Case 4:06-cv-00001-JWS    Document 72-15    Filed 11/05/2007    Page 8 of 9



Print - Close Window

**Subject:** RE: Punches Deposition notice
**Date:** Thu, 13 Sep 2007 16:33:03 -0800
**From:** "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov>
**To:** "mark wayson" <markonwayson@yahoo.com>

Thank you

**From:** mark wayson [mailto:markonwayson@yahoo.com]
**Sent:** Thursday, September 13, 2007 4:29 PM
**To:** Lindquist, Susan (USAAK)
**Subject:** RE: Punches Deposition notice

Dear Ms. Lindquist,

Then I have no objection to doing Ms. Punches deposition in the federal bldg. in Anchorage at 10:00 a.m. on 9-20-07.
I also acknowledge the e-mail below this one as notice of my deposition which will be taken at 1:00 p.m. on 9-20-07, at the U.S. Attorney's office at the federal Bldg. in Anchorage Alaska.

Mark Wayson

***"Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov> wrote:***

> There will be no extra cost. The minimum hour starts when the deposition starts. I spoke with Sharon at Metro and Metro is fine with coming to the federal building especially because I am hiring Metro to do your depo afterwards. The agency is agreeing to this deposition and having the deposition at the employee's work site where there are suitable facilities minimizes the cost and the amount of time the employee is required to be away from her normal work duties.
>
> I will start your depo at 1:00 to be taken at the federal building by Metro.

**From:** mark wayson [mailto:markonwayson@yahoo.com]
**Sent:** Thursday, September 13, 2007 3:29 PM
**To:** Lindquist, Susan (USAAK)
**Subject:** RE: Punches Deposition notice

Dear Ms. Lindquist,

Why did Ms. Punches and the agency (I assume BLM) request that the deposition be taken in the federal bldg.? What is the difficulty with the Metro's offices? The deposition will cost me an extra hour minimum if the court reporter has to haul the equipment back and forth.

One o'clock is what I thought we agreed upon for me. Wherever in Anchorage you want to notice that for me is fine, but I made a commitment around that taking place at one p.m. on 9-20.

Mark Wayson



Print - Close Window

**Subject:** RE: Touhy request
**Date:** Mon, 17 Sep 2007 15:07:09 -0800
**From:** "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov>
**To:** "mark wayson" <markonwayson@yahoo.com>

Yes I was corrected. As you are seeking documents you need to request them from BLM as you did. As you are seeking testimony you have to request it, and BLM grants the right to depose her about her job, you can proceed, but we do not produce her. You are on your own for that. She is not our employee.

**From:** mark wayson [mailto:markonwayson@yahoo.com]
**Sent:** Monday, September 17, 2007 3:00 PM
**To:** Lindquist, Susan (USAAK)
**Subject:** RE: Touhy request

Dear Ms. Lindquist,

I understand that even retired BLM employees need this Touhy request process done. Re: Ms. Stuart, I suspect that she won't surface until after discovery closes.

Mark Wayson

*"Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov> wrote:*

> Pamela Stuart is not a federal employee. You are on your own for setting up her deposition.
>
> **From:** mark wayson [mailto:markonwayson@yahoo.com]
> **Sent:** Friday, September 14, 2007 2:03 PM
> **To:** Lindquist, Susan (USAAK)
> **Subject:** Touhy request
>
> Dear Ms. Lindquist,
>
> I am going off the grid now until Monday. Attached is the Touhy request I sent re: Pamela Stuart. Ironic that it must go to Ms. Rundell as her last Director. I faxed it also to the Santa Fe BLM solicitor, and Director Lonnie here in Alaska, and mailed it to Ms. Stuart.
>
> Mark Wayson
>
>
> Sincerely, Mark N. Wayson
> Please visit: www.rosanajoysugwayson.org
>
> ---
> Pinpoint customers who are looking for what you sell.

Sincerely, Mark N. Wayson