

Print - Close Window

**Subject:** RE: Pamela Stuart
**Date:** Wed, 26 Sep 2007 16:41:47 -0800
**From:** "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov>
**To:** "mark wayson" <markonwayson@yahoo.com>

I provided the address and telephone # and that is all I am required to do. She is not a current employee so I do not provide her. Sorry.

**From:** mark wayson [mailto:markonwayson@yahoo.com]
**Sent:** Tuesday, September 25, 2007 9:23 PM
**To:** Lindquist, Susan (USAAK)
**Subject:** Pamela Stuart

Dear Ms. Lindquist,

Only as few days left until Discovery closes. i have been calling/writing Ms. Stuart since 8-15-07 , tryint to make contact for a deposition, with no results.
You said between the depositions 9-20-07 that you had called her up and she said she had done the investigation.
Do you have any other number or e-mail address for her, other than what is on your preliminary witness list?

Mark Wayson


Sincerely, Mark N. Wayson

Please visit: www.rosanajoysugwayson.org

---

Shape Yahoo! in your own image. Join our Network Research Panel today!

*Attachment # 16*