Rec'd at BLM

# United States Department of the Interior

*N. Olston 9/19/96*
*E. Punches 9-19-96*
*B. Stevin 9-19-96*
*acting*

BUREAU OF LAND MANAGEMENT
ALASKA STATE OFFICE
222 W. 7th Avenue, #13
ANCHORAGE, ALASKA 99513-7599

FF-26889 through
FF-26895 (3842)
(931)

Mr. Mark N. Wayson
P.O. Box 84570
Fairbanks, Alaska 99708-4570

20 SEP 1996

Dear Mr. Wayson:

This is in reply to your letter of August 26, 1996, regarding the final rule and regulations for Use and Occupancy Under the Mining Laws and the requirement to provide notification of existing uses and occupancies to the Bureau of Land Management (BLM). You express your annoyance with filling out "yet another unnecessary form". You also request information concerning all BLM employees in Alaska and you reference correspondence with Tom Gorey.

In response to the first issue, the BLM is entrusted with the management of the public lands of the United States and is held accountable for the prevention of abuse of those lands while recognizing the valid rights and uses under the Mining Laws. The BLM is required by law to take appropriate action to eliminate invalid uses, including unauthorized occupancy of the public lands.

The new regulations address the **unlawful** use and occupancy of unpatented mining claims for nonmining purposes. The rule explains the restrictions in order to ensure that the uses and occupancies are limited to those involving prospecting or exploration, mining, or processing operations. The rule makes clear that using a mining claim for purposes that are not reasonably incident to mining is not authorized by the mining laws and should not be occurring on the public lands. It has long been an established principle of the mining laws and numerous judicial interpretations that surface uses of a claim can only be for purposes connected with or incident to exploration and recovery of minerals.

The regulations allow for certain structures on your claims that will enable you to carry out the exploration, mining, or processing of minerals. The regulations do not adversely affect the miner who is involved in bona-fide mining operations. However, the regulations do provide that if you do not file the required notice, OMB Form #1004-0169, with the information requested, and you have an existing residence or other structures, you will be subject to immediate enforcement actions, which include civil remedies and criminal penalties.

*Attachment #2*

BLM cannot fill out the Existing Occupancy Notification form for you. The regulations provide that if you are occupying the public lands under the mining laws on August 15, 1996, you may continue your occupancy for one year after that date, **if you notify BLM on the approved form by October 15, 1996,** of the existence of the occupancy, and BLM has no pending trespass action against you concerning this occupancy. Such use or occupancy cannot be a threat to health, safety, or the environment. So, if you have an existing residence or structures, such as cabins, buildings, or storage sheds for equipment or supplies, either temporary or permanent, on your claims, you should complete the form, sign it, and send it to the BLM office in Fairbanks before October 15, 1996.

The second part of your letter requests information concerning addresses and phone numbers, both work and home, for all BLM personnel in the State. The release of home addresses and phone numbers is prohibited, in accordance with the Privacy Act, 5 U.S.C. (552a) (1974). Disclosure of this information would constitute a clearly unwarranted invasion of personal privacy. Further, your request for names, addresses, and phone numbers of BLM personnel in order "to retaliate personally against" them may constitute a Federal crime under 18 U.S.C. 111 or a State crime under AS 11.41.230. Personnel information will not be released when there are known threats of harm or endangerment to our employees. Due to the hostile nature of your letter, your request for this information is denied.

According to the External Affairs Office in Washington, there is no record of your correspondence with Tom Gorey.

Enclosed for your information is a copy of the Final Rule for Use and Occupancy Under the Mining Law as published in the Federal Register, Vol. 61, No. 137, on July 16, 1996, along with an Existing Occupancy Notification form for your use should you decide to file.

                                              Sincerely,

                                        Tally Wisely

                               ASSOCIATE State Director

Enclosures
  1-Final Rule for Use and
    Occupancy under the
    Mining Laws
  2-Existing Occupancy
    Notification Form

MEMORANDUM RE MARK WAYSON LETTER FOR SD

I talked by phone with Pete Johnson of Law Enforcement regarding the threats contained in this letter. He had been provided a copy of the letter by the SD's office and was already in contact with FBX office as to the threats of retaliation and intent to use deadly force on BLM personnel. He provided the attached E-Mail message through Lois Simenson for the legal cites on making threats on government personnel.

Lois Simenson provided the cite to the Privacy Act and the associated language.

I finally tracked down Tom Gorey. He is employed in the Office of External Affairs in Washington. He said his name may appear in public releases involving the regulations and people often conclude that he has written the regs. He remembers receiving a letter from Wayson and turning it over for response to his supervisor at the time, Steve Richardson. He explained that it is policy not to become involved in correspondence with personal connotations, which the letter from Wayson certainly had. He referred me to Peggy Birttell of the correspondence section for further information.

I spoke with Peggy who found Mr. Wayson's name, address, and the date 9-19-94 entered in the computer, but with no further information or record of a response having been written. She could offer no explanation for the lack of additional information. I asked her advice as to an appropriate response in this situation. She suggested the "according to the records, letter not received" language.


Tom Gorey   202-452-5031
Peggy Birttell   202-452-5043


*Evvie* (signature)

Evvie Punches
Land Law Examiner
9-17-96


BLM0000000545