```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT AT ALASKA

 3   MARK N. WAYSON,                )
                                    )
 4              Plaintiff,          )
                                    )
 5        vs.                       )
                                    )
 6   LINDA RUNDELL and the          )
     UNITED STATES OF AMERICA,      )
 7                                  )
                Defendants.         )  Case No. 4:06-Cv 1 (JWS)
 8   _____)

 9              DEPOSITION OF EVALYN GARIS
                    September 20, 2007
10
     APPEARANCES:
11
          FOR THE PLAINTIFF:      MR. MARK N. WAYSON
12                                Pro Se
                                  c/o Wickwire
13                                2775 Hanson Road
                                  Fairbanks, Alaska 99709
14
          FOR THE DEFENDANT
15        LINDA RUNDELL:          MS. SUSAN J. LINDQUIST
                                  Assistant U.S. Attorney
16                                Office of U.S. Attorney,
                                  Civil Division
17                                Federal Building
                                  222 West 7th Avenue, #9
18                                Room 253
                                  Anchorage, Alaska 99513
19                                (907) 271-3378

20        FOR THE U.S.
          DEPARTMENT OF THE
21        INTERIOR:               MR. JOSEPH D. DARNELL
                                  Attorney at Law
22                                Office of the
                                  Regional Solicitor
23                                4230 University Drive, Ste 300
                                  Anchorage, Alaska 99508
24                                (907) 271-4131

25                        * * * *
```

*METRO COURT REPORTING*

*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*




| | | |
|---|---|---|
| 1 | A | No, that's fine. |
| 2 | Q | Okay, fine.  But now back to Exhibit number 1, which is |
| 3 | | the letter signed by Associate State Director Sally |
| 4 | | Wisely.  The second to last paragraph, did you -- and |
| 5 | | you've already indicated you prepared this letter -- |
| 6 | | you said comprised it, right? |
| 7 | A | Yes. |
| 8 | Q | So you wrote there:  According to the External Affairs |
| 9 | | Office in Washington, there is no record of your |
| 10 | | correspondence with Tom Gorey.  So that isn't true, is |
| 11 | | it, according to the memorandum you have here? |
| 12 | A | (Reading)  The External Affairs Office computer has no |
| 13 | | record of your correspondence with Tom Gorey. |
| 14 | Q | Right.  But the letter that was sent to me it says: |
| 15 | | According to the External Affairs Office in Washington, |
| 16 | | there is no record of your correspondence with Tom |
| 17 | | Gorey. |
| 18 | A | That is correct. |
| 19 | Q | Okay.  But you had talked to Tom Gorey, and he did |
| 20 | | recall the letter? |
| 21 | A | Yes. |
| 22 | Q | Okay.  Can you tell me what -- going up to the first |
| 23 | | page of this letter, can you tell me who this C. Alston |
| 24 | | is?  It's up in the upper right-hand corner. |
| 25 | A | She was the staff assistant for the division in which I |