Kathy Villenueuve (Charlie)
1066 Lakeview Terrace
Fairbanks Alaska 99701
907 451 1192

I, Kathy Villeneuve, state the following;

1. I am a graduate of the University of Alaska in Fairbanks with a degree in earth sciences, with my principle background being in sedimentary geology. I began work with the Alaska Department of Natural Resources, in the division of mining in 1989.

2. My job was to work with miners developing mining plans of operation, and to oversee those operations in the field to determine whether the miners were satisfying federal and state requirements. I spent the majority of my time working in the Circle Mining district.

3. In the field, I worked alone without radio contact or satellite telephone. I began carrying a firearm for protection after I had heard a report from a BLM employee who told me that some miners in the district had threatened people with guns. No one from the state was available to provide security for me.

1

*Attachment #6*

4. Specifically I had reports in 1999 of some miners new to the Circle mining district, with claims on Butte Creek, Porcupine Creek and Bonanza Creek who had made threats. I felt sufficiently threatened that, even armed, I decided not to make inspections alone of the claims held by these miners because of the report that they were dangerous.

5. My office had regulatory jurisdiction over Mark Wayson's claims after he had converted his federal claims to state claims in 1998, and recorded them with the state of Alaska. I had been acquainted with Mark Wayson before then, since his federal claims adjoined other claims which were under state jurisdiction. Up until the time when I retired, I neither knew of nor had heard of problems between Mark Wayson and state or federal regulators, and my inspections of his claims found them to be in good standing. When I inspected Mark's claims, they were not actively being mined because, as I understood, he was traveling constantly because of the abduction of his daughter.

6. In 1999, after hearing of threats by miners on Butte Creek, I advised Mark Wayson that miners on Butte Creek had reportedly made threats, and I accepted his offer to accompany me when it was necessary to inspect the claims held by these miners. Several times he coordinated with me at my office to let me know when he would be at his claims, so that we could inspect the claims of these miners, but logistically, I was unable to coordinate my inspections while Mark was there.

7. I returned to work temporarily in 2006 with DNR. I still consider it to be a risk to myself, or to any regulator or miner, for a possibly deadly confrontation to evolve, as a result of real or reported threats by a miner to harm regulatory personnel.

Date: 3/13/07            
                         Kathy Charlie

Signed and Sworn before me on the 13th day of March, 2007

Notary Public for and of the State of Alaska

STATE OF ALASKA
NOTARY PUBLIC
Deanna Beckley
My Commission Expires 02-09-09

3