LEE 000387

Form 9260-15
(May 1987)
(formerly 6360-6)

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**

**PATROL LOG**

Page 1 of 2

REMARKS: _____ Date 9/17/01 (Mon)

MILEAGE
STARTING: 66,519
ENDING:
TOTAL:

PATROL SUMMARY:

| | SECTOR | UNITS | CONTACTS | WARNINGS | CITATIONS |
|---|---|---|---|---|---|

COMPUTER CODES:

| TIME / INCIDENT | COMPUTER CODES / LOCATION | NUMBER / DISPATCH | ACTION / OBSERVATIONS | CT |
|---|---|---|---|---|
| 0721 | NEO / EO 300.2 / NEO | On Scene | Conduct Weapon Insp. — meet with Carol Hood met with B.S. regarding Weapon(II). Conducted insp. Mike Rollins w/ Wolfe set 5 So to Wolfe 111 While I am 111 higher end submit Firearms Repts to National Division and to Sac. Cust | |
| 0909 | AZ / AZ | | | |

LEE 000391

Form 9260-15
(May 1987)
(formerly 8560-6)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

PATROL LOG

Page ___ of ___

Date: 09/21/61 (C2)

MILEAGE
ENDING:
STARTING: 6896
TOTAL:

| PATROL SUMMARY: | SECTOR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | UNITS | | | | | | | | |
| | CONTACTS | | | | | | | | |
| | WARNINGS | | | | | | | | |
| | CITATIONS | | | | | | | | |

COMPUTER CODES:

| TIME | COMPUTER INCIDENT | LOCATION | NUMBER | DISPATCH | ACTION | OBSERVATIONS | CT |
|---|---|---|---|---|---|---|---|
| 0624 | | By | | | | By Speeder | |
| 0940 | GC Shew | GC Shew | | | | Culvert 68" | |
| | | | | | | Constructed Shelly Jacobson | |
| 1300 | GC Shew | GC Shew | | | | And Burl Mancil | |
| | | | | | | observed Plu Gove wheel | |
| 1330 | Manning Creek | Manning Creek | | | | Visit in Bed of 98 chase trucks | |
| | | | | | | Plu Gove who I have from | |
| 1650 | 101 Steese | 101 Steese | | | | Manning Creek | |
| | | | | | | Confirmed was where Plu observed | |
| 1850 | 96 Mile Shew | 96 Mile Shew | | | | by Coast 6 09/20/01 | |
| | | | | | | BLM | |
| | Caribou Hill Spot | Caribou Hill Spot | | | | | |

(Instructions on reverse.)