1                IN THE UNITED STATES DISTRICT COURT

2                    FOR THE STATE OF ALASKA

3   MARK N. WAYSON                      )
                                        )
4                   Plaintiff,          )
                                        )
5   vs.                                 )
                                        )
6   LINDA RUNDELL and the               )
    UNITED STATES OF AMERICA,           )
7                                       )
                    Defendants.         )
8   _____)
    Case No.   4:06-CV 1 (JWS)
9
                        DEPOSITION OF EDDIE LEE
10                        September 11, 2007

11  APPEARANCES:

12          FOR THE PLAINTIFF:       MR. MARK WAYSON
                                     In propria persona
13                                   c/o Wickwire
                                     2775 Hanson Road
14                                   Fairbanks, Alaska 99709
                                     (907) 474-0068
15
            FOR THE DEFENDANT
16          LINDA RUNDELL
            (Telephonically):        MS. SUSAN LINDQUIST
17                                   222 W. Seventh, #9, Room 253
                                     Anchorage, Alaska 99513
18                                   (907) 271-3378

19          FOR THE DEFENDANT
            UNITED STATES:           MR. STEPHEN COOPER
20                                   Office of the U.S. Attorney,
                                     101 Twelfth Avenue, Room 310
21                                   Fairbanks, Alaska 99701
                                     (907) 456-0245
22                          *   *   *   *

23

24

25

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

Attachment #10

76

1    Ms. Rundell was charged with investigation

2    Mr. Schneider's -- the incident in Mr. Schneider's conduct.

3                    MS. LINDQUIST:  Correct.  Now, let's establish

4    that Ed Lee.....

5                    MR. WAYSON:  Okay.  And the complaint -- excuse

6    me.

7                    MS. LINDQUIST:  .....did or did not participate

8    in the investigation that Linda Rundell and Pam Stewart did.

9                    MR. WAYSON:  Well, the -.- it flows from the

10   Schneider investigation, because that is what she was -- his

11   conduct is what she was supposed to investigate.

12                   MS. LINDQUIST:  Well, ask him about that.

13                   MR. WAYSON:  Ms. Lindquist, what I have asked

14   is not prohibited by any 2E response.  And I will ask again.

15                   MS. LINDQUIST:  Okay.  You can ask again, only

16   because I did not know that that was produced in the Schneider

17   case.  But Ed Lee can only answer questions about that if he

18   recognizes that and he can say that that was in the file.

19                   MR. WAYSON:  Right.

20   Q       And then my question I want to know now is, what else

21           is in the file?

22                   MS. LINDQUIST:  You can answer that, Mr. Lee.

23   A       What -- what else is in what file?

24   Q       The Wayson file.

25   A       I don't recall everything that's in the Wayson file.

1  Q    There still is a Wayson file?

2  A    No, there's not.  But you had asked if there -- at -- I

3       think if there was one or had been one.

4  Q    Uh-huh.  Uh-huh.

5  A    No, there's not.

6  Q    Do you recall what kind of items were in there?

7  A    I can't recall, but very few.  I don't recall that

8       there -- in fact, the majority of it, I believe, is the

9       state case that you had had, I think, in the seventies

10      or eighties.

11  Q   Which state case?  I was a pretty active police

12      officer.

13  A   Yeah, when you were a police officer.

14  Q   Right.  But which state case?

15  A   It has been so long since I even looked at that, but it

16      was one where you were awarded several thousand

17      dollars.

18  Q   Now -- so could this be what you're referring to when

19      you were talking -- sending stuff to Pete Johnson?

20      Because we had that earlier exhibit, which is

21      number -- what's the number?  Exhibit 5, which says,

22      Pete, these are the two civil cases regarding Wayson

23      that we were discussing.  Do you recall that?  Could

24      that be what it was?

25  A   I don't recall.

| | | |
|---|---|---|
| 1 | | documents you've enclosed, and about whether these were |
| 2 | | generic text -- was it a text about law, what type of |
| 3 | | documents.  And in this -- in the third paragraph, it |
| 4 | | states, the documents that I have enclosed may be of |
| 5 | | value to your defense since they were recorded in a |
| 6 | | timely manner and relate what actually happened.  Okay. |
| 7 | | Would the law review articles be articles that were |
| 8 | | recorded in a timely manner? |
| 9 | A | No, they -- I don't believe that they would. |
| 10 | Q | Does this indicate to you that the documents that |
| 11 | | you've enclosed weren't from a law text? |
| 12 | A | Yes, that's correct. |
| 13 | Q | Mr. Lee, do you have any recollection of Linda Rundell |
| 14 | | talking to you about this incident of September? |
| 15 | A | No, I don't. |
| 16 | Q | And do you have any recollection of Pam Stewart talking |
| 17 | | to you about this incident in September? |
| 18 | A | No, I don't.  But she was the special agent in charge; |
| 19 | | that's possible, but I don't remember a conversation |
| 20 | | with her. |
| 21 | Q | And did you check your e-mail file to see if there were |
| 22 | | any e-mails from Pam Stewart about this incident in |
| 23 | | September? |
| 24 | A | I did. |
| 25 | Q | And did you find any e-mails? |

1  A        I didn't find anything.

2              MS. LINDQUIST:  No further questions.

3                        EDDIE LEE

4  testified as follows on:

5                   REDIRECT EXAMINATION

6  BY MR. WAYSON:

7  Q        Do you recall having conversations with Robert

8           Schneider about this incident?

9  A        I can't recall specifics, but I -- him being my

10          supervisor, I'm sure that I.did.

11             MR. WAYSON:  Okay.  Ms. Lindquist?

12             MS. LINDQUIST:  Yes.

13             MR. WAYSON:  No, I just -- I had a question and

14  I have no more questions.

15             MS. LINDQUIST:  Okay.  No questions.  Off

16  record.

17                  (Off record)

18                  **END OF PROCEEDINGS**

19                  *  *  *  *  *  *

20

21

22

23

24

25

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678