
RECEIVED
JUL 16 2004
BY:------------------



United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240

JUL 1 6 2004

1278-FOIA (560)
FOIA WO-2004-96

Mr. Mark Wayson
2775 Hansen Road
Fairbanks, AK 99709

Dear Mr. Wayson:

Thank you for your Freedom of Information Act (FOIA) request to the Bureau of Land Management (BLM). We received your letter in this office on July 14, 2004. In your letter, dated July 14, 2004, you requested several records under FOIA. Including:

"...records relating to the finding of criminal activity by me, against Federal BLM employee Carol Hammond. This 'finding' is part of the official record, made by State Director, Linda Rundell, September 19, 2002."

"...records relating to the criminal complaint I filed with the Interior Department I.G. [Office of the Inspector General] April 5, 2002. Correspondence and routing slips reflect participation by the 'Chief' of the BLM National Law Enforcement Office, as well as correspondence between the BLM National Law Enforcement Office and S.A. [Special Agency] David Brown of the I.G.'s Western Region Office."

"...an undated fax from District Ranger Ed Lee, to 'Pete Johnson, SAC.' The Lee to Johnson fax refers to 'Wayson's Letter', and indicates '9' pages which were not included in discovery. Please provide any and all reports by SAC [Special Agent in Charge] Pete Johnson and Ranger Lee.

Ranger Lee, in a typed signed note to 'Bob', dated November 14, 2003, Ranger Lee refers to '...documents that are relevant to the case...' He also refers to '...my LAWNET reports...' which he '...had to get the National Office to print out and fax...' to him..."

"...'LAWNET' reports referred to and other reports generated by BLM law enforcement agents, following and related to my complaint."

*Attachment #11*

Since the BLM has a decentralized FOIA program, we transferred your request to the BLM National Law Enforcement Office (which is located at the BLM National Interagency Fire Center). The term "decentralized" means that each Bureau installation is responsible for responding to FOIA requests for documents under its control. Therefore, in accordance with the Department of the Interior regulations (43 CFR Section 2.22 (a)(1)) we are transferring your request to the office below for a direct reply to you.

> National Interagency Fire Center
> Attn: FOIA Coordinator Dennis Watkins
> 3833 S. Development Avenue
> Boise, ID 83705-5354
>
> Phone: 208-387-5483
> Fax: 208-387-5797

Your fax also included a letter addressed to you from the I.G. which was dated May 18, 2004. In paragraph number five of the letter, the writer refers you to the Washington Office of BLM for Case File No. 2002-I-R-612-WCA. The BLM National Law Enforcement staff will also respond to you about this case file.

This concludes the Washington Office portion of your FOIA request. If you have questions about this response, please contact Amy Gbenou on (202) 452-5086 or Vincent Chapman on (202) 452-5039.

> Sincerely,
>
> John Livornese
> Acting Group Manager
> IRM Policy and Records