# ACKNOWLEDGMENT
## FREEDOM OF INFORMATION ACT (FOIA) APPEAL

Your appeal was received on 6/3/04, and has been assigned Appeal No. 2004-179. You should use this number as a reference on further correspondence on your appeal.

For your information, the statute requires that a final determination on any appeal shall be made within 20 working days after receipt of the appeal (43 CFR 2.32).

FOIA Appeals Officer
Department of the Interior

*Attachment #13*

Mark N. Wayson           markonwayson@yahoo.com           10-24-04
c/o Tom Wickwire
2775 Hanson Rd.
Fairbanks Alaska 99709           Re: 2004-179

Dept of Interior                 OIG Sandra Evans
Julia Laws                       MS -5341, MIB
MS-5312, MIB                     1849 C St. NW
1849 C St. NW                    Washington D.C. 20240
Washington D.C. 20240

Dear Ms. Laws, and Ms. Evans,

My appeal remains unanswered. I have a card, mailed from DOI, acknowledging receipt of my appeal, 6-3-04, and noting that the statute requires 'final determination' within 20 working days after receipt. Is there some reason why I have no response?

I ask the same question I posed to Mr. Livornese. Is there anyone to act in my interest as the citizen who is entitled to the information, when the government does not adhere to the laws?

Also, I believe it is possible that the I.G. now has the information I have been trying to get from BLM. BLM Fire and Aviation Director, Larry Hamilton, wrote me that BLM FOIA coordinator, Dennis Watkins, in Idaho, is alleged to have had a conversation with OIG FOIA coordinator, Tia Barner, who is alleged to have told him I had talked to her on the phone and I had everything I need. (See attachment 4 in this packet.) This never happened. I had no conversation with Tia Barner. However, it is very possible that Tia Barner had no conversation with Dennis Watkins, given BLM's level of deception in this case.

Nevertheless, could you determine if there really was a conversation between Tia Barner and Dennis Watkins, and whether she claimed I had called her. If there was such a conversation, and it dealt with what BLM has provided to OIG, perhaps the OIG actually does have what I am looking for.

I address you both, for at this stage, I have communicated with so many persons without results, that I'm not sure to whom to address the appeal for an answer to my appeal. Please communicate by e-mail if you need clarification. I live in the bush, and travel overseas frequently on other litigation.

Sincerely,

*[signature]*

Mark N.. Wayson