*from his office*

CERTIFICATE OF FILING

DIVISIONS OF ADMINISTRATIVE RULE

37 (b). I,          I,FE, DULY APPOINTED CLERK OF THE
TRIAL COURTS FOR THE FOURTH JUDICIAL DISTRICT, STATE OF ALASKA,
CERTIFY THAT THE FOLLOWING MICROGRAPHIC COPY OF COURT RECORDS
IS A CORRECT COPY OF THE ORIGINAL RECORD IN MY POSSESSION AND
CONTROL ON THE DATE FILMED - (     11 - 2 - 81     )
AND SUCH MICROGRAPHIC REPRODUCTION WAS TAKEN UNDER MY CONTROL
AND DIRECTION.

_Wayne W. Wolfe_
Clerk of the Trial Courts
Fourth Judicial District

CAMERA OPERATOR.

_Rebecca Weaver_
Deputy Clerk

LEE 000052

*Attachment 15*