Mitglied der BAG
Verfahrenspflegschaft für
Kinder und Jugendliche e.V.

<u>Jutta Fröhlich-Tumbrink-Gumpersberger Str. 23-64732 Bad König</u>

Bad König, den 22..Januar 2007

I, Jutta Froehlich-Tumbrink state the following:

1.  I completed my legal education in July1975 , and have been involved in family law since then.  I was involved in primarily family international cases, particularly in the United States, Australia and France, and was consulted in this capacity by officials of the German Justice Ministry in Berlin.   I began working full time as a child representative ( guadian ad litem) April 2003,and  I appear regularly in family courts at trial and appeal levels.

2.   I have not represented either of the parties in Mark Wayson's case, to enforce his visitation rights, which clearly exist under German law.  However, I have followed his custody/visitation cases and worked with his attorneys of record out of my concern for and interest in Rosana maintaining a meaningful relationship with her father.

3.   For some time, progress of this Mr. Waysons' Hague international case has not followed German law or legal procedures, and instead there have been a commitment of legal resources to deny Mr. Wayson the contact with his child, which both he and Rosana are entitled to by law, and clearly in the child's best interests.

4.  Under the European Union  as well as under the German Constitution contact   to a child is a basic right  and an obligation at the same time and thus has to be  protected and enforced by the parent.

5.   It is my professional opinion that a substantial determining factor in violating these rights for both Mark and Rosana by separating Mr. Wayson and his child has been the interference of the

1

■ Jutta Fröhlich-Tumbrink
■ Gumpersberger Str. 23
■ 64732 Bad König

■ Tel. 06163.6257
■ Fax. 01805.06034310961
■ frotum@t-online.de

Seite 1

*Attachment #16*

United States State Department in Mr. Wayson's case.

6   This belief is based on  statements made by Marion Ram, Deputy Consulate in the U.S. Consulate in Duesseldorf, to the chief judge of the 21st Senat in Cologne Germany, on or about January of 2004, stating that Mark Wayson is dangerous and is a threat.

7. Early Fabruary 2004 I had contact to Judger Goehler-Schlicht from the appeals court Cologne, after learning  from court personnel that this judge had been called by Marion Ram of the U.S. Consulate in Duesseldorf, following an unprecedented  request that Mr. Wayson leave his passport with the U.S. Consulate when he was in Germany.

8.   Judge Goehler-Schlicht told me that Deputy Consulate Ram told her that Ms. Ram did not want Mr. Wayson coming to the U.S. Consulate to leave his passport because all the employees were afraid of Mr. Wayson and felt threatened by him.

9.   I then contacted Marion Ram directly speaking with her in German to ask if she had made such statements to Judge Goehler-Schlicht.  She told me she had contacted the judge and she confirmed to me that she had told Judge Goehler-Schlicht that the Consulate employees were "afraid" of Mr. Wayson and felt "threatened" by him.

10.   In this conversation, Marion Ram also said that she had never met Mr. Wayson, but she would not respond when I asked her how she or any other Consulate employees could have arrived at the opinion that Mr. Wayson was 'threatening' or 'dangerous.'

11.   After Ms. Ram made these statements to Judge Goehler-Schlicht, there was a marked difference in how the case proceeded at the appeals level, which it had entered in 2002.

12.   Before February of 2004, I had personally spoken with Judge Goehler-Schlicht, and she then indicated the court's intention to grant Rosana access to her father and family, which then

2

never took place after February 2004.

13.    I have never observed or even heard of such interference before, and such interference is contrary to German codified law and procedure.

14.    In contrast, I know of the United States state department utilizing proper diplomatic channels through Berlin (formerly Bonn) to protect the basic rights of certain American citizens in Germany.

15.    Mr. Wayson's Hague access case was filed in June of 2001 with the German Central Authority in Bonn, and it has been in the Cologne Appeals court since October of 2002.

16.    The Hague Treaty is law in Germany, and is implemented by special Hague Court judges through provisions of this international treaty, and in Germany the independence of all judges is subject to the law, unless the safety/welfare of the child is threatened.

17.    Such ex parte communications which Ms. Ram admits she made to Judge Goehler-Schlicht are improper in nature, are often not part of the official record, and it was probably only because of her diplomatic immunity from German law, her damaging statements made to the court.

I declare under penalty of perjury that the foregoing is true and correct.

_Jutta Fröhlich-Tumbrink_ (signature)

Jutta Froehlich-Tumbrink

■ Jutta Fröhlich-Tumbrink
■ Gumpersberger Str. 23
■ 64732 Bad König
■ Tel. 06163.6257
■ Fax. 01805.06034310961
■ frotum@t-online.de

~~Herr~~ / Frau / ~~Eheleute~~

Jutta Gisa Fröhlich-Turnbrink

wohnhaft in 64732 Bad König, Grümpesberges Str. 23

~~persönlich bekannt~~/ausgewiesen durch

Personalausweis

hat/~~haben vor~~/um/stehende Unterschrift/en vor mir vollzogen -

~~als von ihm/ihr/ihnen vollzogen vor mir anerkannt.~~

Bad König, den **2 6. JAN. 2007**

Gebühr: ~~DM~~ € 5,-

Tagebuch-Nr. 03 / 2007

Ortsgerichtsvorsteher