(781)



# EARTHJUSTICE

*1400 Glenarm Pl, #300, Denver, Colorado 80202-4303*
*Phone: (303) 623-9466  Fax: (303) 623-8083*

## FAX TRANSMITTAL MEMO

TO: Jan Mitchell

TO FAX #: 505-346-7205

# OF PAGES (including this cover memo): 2

FROM: Mike Harris

DATE: 6-3-04

RE: NMWA v. Norton et al

# OF PAGES (including this cover memo): 2

COMMENTS: _____

*The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original of this transmittal to us at the above address via the U.S. Postal Service.*
*Thank you.*

Attachment 17



**EARTHJUSTICE**

BOZEMAN, MONTANA   DENVER, COLORADO   HONOLULU, HAWAII
INTERNATIONAL   JUNEAU, ALASKA   OAKLAND, CALIFORNIA
SEATTLE, WASHINGTON   TALLAHASSEE, FLORIDA   WASHINGTON, D.C.
ENVIRONMENTAL LAW CLINIC AT STANFORD UNIVERSITY

June 3, 2004

Via Fascimile

Ms. Jan Mitchell
Office of the U.S. Attorney
P.O. Box 607
Albuquerque, NM  87103

RE: New Mexico Wilderness Alliance et al. v. Norton et al., N.M.D.C Case # 04-02

Dear Ms. Mitchell:

Thank-you for forwarding the documents to me that were provided by BLM in response to the Plaintiffs' informal discovery requests in the above referenced Federal Advisory Committee Act (FACA) litigation. As you know, Plaintiffs assert that the meetings of a "working group" that were scheduled for February 2004 to discuss implementation of a proposed unitization requirement for the Otero Mesa violated FACA. As a result of the Complaint filed by my clients in January, BLM cancelled these meetings on January 7, 2004. At that time (and for several months thereafter), BLM, however, refused to assure the New Mexico Wilderness Alliance that BLM would completely disband the working group and not hold meetings with, or accept recommendations from, any working group, or any advisory committee, pertaining to Otero Mesa unitization, except in full compliance with FACA.

Based upon the documents provided by BLM in response to the informal discover request, Plaintiffs will now agree to dismiss their lawsuit. This decision was reached primarily as a result of statements made in several letters from Dr. Tony Popp, President of the NM Resource Advisory Committee, to members of the working group dated January 28, 2004. In these letters, Dr. Popp acknowledges the "dissolution" of the working group as a result of this lawsuit. This statement supports the claims now being made by BLM in its Rule 12(b) Motion to Dismiss. Of course, NMWA will continue to monitor BLM's actions in New Mexico with respect to both Otero Mesa and the agency's future compliance with FACA.

I will file a Motion to Dismiss this case today. Please call me if you would like to discuss.

Sincerely,

Mike Harris

1400 GLENARM PLACE, #300   DENVER, CO 80202-5050
T: 303.623.9466   F: 303.623.8083   E: eajusco@earthjustice.org   W: www.earthjustice.org