Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com



NOV 0 5 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| LINDA RUNDELL and the ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendants. ) | |
| ) | 4:06-Cv 1 (JWS) |

**MOTION TO SUBMIT VIDEOTAPES IN OPPOSITION TO SUMMARY JUDGMENT MOTION**

Plaintiff moves to submit three DVD tapes to the court as part of Plaintiff's

Opposition to Defendant's Summary Judgment motion.   Ms. Lindquist informed Plaintiff

by e-mail 10-31-07, that she will object to the introduction of the tapes to the court.

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Motion to Submit video 10-31-07

1

Dated: October 31, 2007

_____
Mark N. Wayson, pro se

CERTIFICATE OF SERVICE
The undersigned hereby certifies
that on this 5 day of NOV ,
2007, a copy of the foregoing was
served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Motion to Submit video 10-31-07

2