Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com



NOV 0 5 2007

**CLERK, U.S. DISTRICT COU...**
**FAIRBANKS, AK**

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

MARK N, WAYSON,                )
                               )
                Plaintiff,     )
                               )
        Vs.                    )
                               )
LINDA RUNDELL and the          )
UNITED STATES OF AMERICA       )
                               )
                Defendants.    )
_____ )    4:06-Cv 1 (JWS)


**ORDER BY COURT PERMITTING PLAINTIFF TO SUBMIT VIDEOTAPED
EVIDENCE AS PART OF MOTION FOR SUMMARY JUDGMENT
OPPOSITION**


This court hereby grants Plaintiff to submit the following videotapes in the form of

DVD's as a part of his opposition Defendant's Motion for Summary Judgment.


1. DVD of meeting held at the office of Stan Leaphart, 12-10-96.

2. DVD of BLM enforcement against Don Glassburn on Golddust Creek, 7-9-97.


Wayson v. Rundell, 4:06 Cv 1 (JWS)
Proposed Order to extend wit. List deadline 07-24-07

3. DVD of meeting between mark Wayson and Carol Hammond on 9-15-01.

Dated: _____

_____

JUDGE JOHN W. SEDWICK

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies
that on this ___5___ day of ___Oct___,
2007, a copy of the foregoing was
served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Proposed Order to extend wit. List deadline 07-24-07