NELSON P. COHEN
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON, | ) Case No.  4:06-cv-1-JWS |
| | ) |
| Plaintiff, | ) **RUNDELL'S MOTION FOR AN** |
| v. | ) **EXTENSION OF TIME TO** |
| | ) **REPLY TO THE RESPONSE IN** |
| LINDA RUNDELL | ) **OPPOSITION AT DOCKET** |
| | ) |
| Defendant. | ) |

The Defendant, Linda Rundell, in her personal capacity, through counsel,

moves for an extension of time until November 19, 2007 to reply to the response

in opposition.  Due to other commitments which took longer than anticipated,

counsel could not complete the reply.  Counsel did not have sufficient time to

contact Mr. Wayson and does not know if he opposes this extension.

Respectfully submitted this 13th day of November, 2007.


                                   NELSON P. COHEN
                                   United States Attorney

                                   s/ Susan J. Lindquist
                                   222 West 7th Ave., #9, Rm. 253
                                   Anchorage, AK 99513-7567
                                   Phone: (907) 271-3378
                                   Fax: (907) 271-2344
                                   E-mail: susan.lindquist@usdoj.gov
                                   AK #9008053


**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2007,
a copy of the foregoing
was served on 11-13 by email and on 11-14 by U.S. mail:

Mark N. Wayson
c/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709

by regular U. S. mail.

s/ Susan J. Lindquist