IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINDA RUNDELL and<br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No. 4:06-cv-1-JWS<br><br>**[PROPOSED] ORDER OF<br>DISMISSAL WITH PREJUDICE** |

　　　　Ms. Rundell moved for an extension of time to reply to the response in opposition.

The motion is granted and Ms. Rundell shall have until November 19, 2007 to file her reply.


_____　　　　_____
　　　　(DATE)　　　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge