IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LINDA RUNDELL and<br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No. 4:06-cv-00001-JWS<br><br>ORDER FOR AN EXTENSION OF<br>TIME UNTIL NOVEMBER 19, 2007<br>TO FILE A REPLY |

　　　　Ms. Rundell moved for an extension of time, on shortened time, to reply to the response in opposition. The motion is granted and Ms. Rundell shall have until November 19, 2007 to file her reply.

　　　　DATED this 14th day of November 2007.


　　　　　　　　　　　　　　　　　　　　/s/ JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE