## DECLARATION

I, **Linda Rundell**, declare under penalty of perjury that the following is true:

1. I am the defendant in this action.
2. I did not move to Alaska until December 1999.
3. In 2002 when I signed the memorandum at issue in this case
   a. I had never seen the recordings from the December 10, 1996 meeting between BLM and Stan Leaphart. I never even heard of this meeting.
   b. I never saw the recording of the July 9, 1997 regarding Goldust Creek. I never even heard of this meeting.
4. I never saw the videotape of the September 15, 2001 encounter between Mark Wayson and Carol Hammond.
5. As I have never seen these recordings, they did not contribute in any way to the memorandum I wrote.

Date: 11/09/07      [signature: Linda S Rundell]
Linda Rundell
Former, Acting State Director, BLM, Alaska
Current, Director, BLM, New Mexico

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746

Exhibit A
Page 1 of 1