## DECLARATION

I, Daniel R. Cooper, Jr., declare under penalty of perjury that the following is true:

1. I am an Assistant U.S. Attorney in the District of Alaska.

2. I represented Robert Schneider and the United States in *Wayson v. United States*, Case No. F03-0035 CV (JWS), referred to hereinafter as Wayson I.

3. In the course of the litigation in Wayson I, I recall receiving evidence consisting of correspondence and maybe a memo from Pamela Stuart.

4. I have personally searched the remaining physical records of Wayson I for the correspondence, but I have not found it. Our normal practice is to return evidence in the case to the agency after the litigation is completed. That appears to have been done with the physical evidence in this case, although I do not find a specific transmittal letter to Special Agent Stuart.

5. I have also searched my remaining e-mail archives related to Wayson I, specifically searching for the words "Pamela" and "Stuart." I have not locate any e-mails to or from SA Stuart related to Wayson I or any other case.

Date: 10/4/07

Daniel R. Cooper, Jr.
Assistant U.S. Attorney

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746

Exhibit A
Page 1 of 1