

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Alaska State Office
222 West Seventh Avenue, #13
Anchorage, Alaska 99513-7504
http://www.blm.gov/ak



In Reply Refer To:
4:006-cv 1 (JWS)

NOV 21 2007

Mark N. Wayson
c/o Thomas R. Wickwire
2775 Hanson Road
Fairbanks, Alaska 99709

Dear Mr. Wayson:

Reference Case No. 4:006-cv 1 (JWS), <u>Mark N. Wayson v. Linda Rundell</u>. Your September 13, 2007, letter addressed to the Bureau of Land Management (BLM) New Mexico State Director Linda Rundell has been forwarded to me for response. In the letter you state that you "wish to Duces Tecum notice former Bureau of Land Management Special Agent in Charge for Alaska Pamela Stuart for deposition" and that "she bring with her the documents produced in any investigation, or produced by her, which were used to establish in 2002 that I violated criminal Statute on 9-15-01 at 98 mile Steese Hwy during a contact with BLM engineer Carole Hammond." You go on to state the "[r]ecords requested include 'two letters' written by SAIC Pamela Stuart which AUSA Daniel Cooper stated did exist, and would produce in the <u>Wayson v. Schneider</u> case. They were never produced."

Under 43 CFR Part 2, Subpart H, the BLM must give its permission before a former employee may be deposed on a matter concerning his or her official duties while an employee of the BLM. Your letter has been forwarded to me for response as the current BLM Alaska State Director because it concerns matters while Ms. Stuart was assigned to the BLM Alaska State Office.

The BLM has no objection to you taking Ms. Stuart's deposition. Since Ms. Stuart is no longer an employee of the BLM, you will need to make your own arrangements with her for taking the deposition.

Sincerely,

*Julia Dougan*

Julia Dougan
Acting State Director

Exhibit B
Page 1 of 1