**Munlhauser, Karen (USAAK)**

| | |
|---|---|
| **From:** | Lindquist, Susan (USAAK) |
| **Sent:** | Tuesday, February 13, 2007 9:57 AM |
| **To:** | Muhlhauser, Karen (USAAK) (KMuhlhauser@usa.doj.gov); Guarino, Gary (USAAK) (GGuarino@usa.doj.gov) |
| **Subject:** | FW: Wayson v. Rundell |

**Attachments:** Memo to OIG w response.pdf; OIG letter to Wayson.pdf

  

Memo to OIG w          OIG letter to
response.pdf (49...Wayson.pdf (225 ...

                    Wayson II - Please prepare and distribute to Plaintiff. Do all
the necessary steps. - Source is BLM.  Please inform me when done - I will task it.

-----Original Message-----
From: Greg_Assmus@nifc.blm.gov [mailto:Greg_Assmus@nifc.blm.gov]
Sent: Tuesday, February 13, 2007 9:53 AM
To: Lindquist, Susan (USAAK)
Subject: Re: Wayson v. Rundell

Good morning Susan - Per discussion and your request dated February 9, 2007, attached are
PDF files of documents associated with the OIG referral dated October 2, 2002.  Please let
me know if I can be of further assistance.

(See attached file: Memo to OIG w response.pdf) (See attached file: OIG letter to
Wayson.pdf)


Special Agent Greg Assmus
Chief, Internal Affairs
Bureau of Land Management
208-387-5129

Exhibit C
Page 1 of 7

1

N: \ _Civil_Cases \ U - Z \ Wayson II_2006V00007_SJL \ Scanned documents

| Name | Size | Type | Last Modified |
|---|---|---|---|
| #001-007 BLM position desc for Asst State Director.pdf | 279KB | | Adobe Acrobat 7.0 |
| Document | 2/14/2006 2:40 PM | | |
| #008-014 BLM position desc for State Director.pdf | 313KB | Adobe Acrobat 7.0 Document | 2/27/2006 1:40 PM |
| #015-017 BLM Memo to OIG w response.pdf | 508KB | Adobe Acrobat 7.0 Document | 2/16/2007 11:45 AM |
| #018 OIG letter to Wayson.pdf | 229KB | Adobe Acrobat 7.0 Document | 2/16/2007 11:46 AM |
| | | | 4/24/2007 7:46 AM |
| | | | Adobe Acrobat 7.0 |
| | | | |
| | | | 4/24/2007 7:48 AM |
| | | | Adobe Acrobat 7.0 |
| | | | |
| | | | 9/10/2007 11:04 AM |
| | | | 9/18/2007 8:09 AM |
| | | | 9/18/2007 8:33 AM |
| | | | 10/10/2007 9:42 AM |
| | | | 10/10/2007 10:38 AM |
| | | | 9/18/2007 7:59 AM |
| | | | 9/18/2007 8:31 AM |
| | | | ocument |
| | | | |
| | | | 5/16/2007 8:48 AM |
| | | | 7/10/2006 8:15 AM |
| | | | 7/10/2006 8:14 AM |
| | | | 3/23/2007 9:23 AM |
| | | | 7/25/2006 10:10 AM |
| | | | 7/25/2006 8:01 AM |
| | | | 7/25/2006 8:00 AM |
| | | | 7/25/2006 8:34 AM |
| | | | 7/25/2006 8:34 AM |
| | | | 7/25/2006 1:59 PM |
| | | | 7/25/2006 10:59 AM |
| | | | 2/26/2007 11:09 AM |
| | | | 5/3/2007 9:43 AM |
| | | | 5/9/2007 8:14 AM |
| | | | 9/26/2007 1:01 PM |
| | | | 2/26/2007 11:10 AM |
| | | | 5/3/2007 1:42 PM |
| | | | 9/10/2007 10:59 AM |
| | | | 7/25/2006 3:34 PM |
| | | | 7/25/2006 4:02 PM |
| | | | 7/25/2006 4:09 PM |
| | | | 7/25/2006 4:19 PM |
| | | | 5/14/2007 3:33 PM |
| | | | 5/3/2007 1:34 PM |
| | | | 5/14/2007 3:30 PM |
| | | | 5/11/2007 10:52 AM |

Exhibit C
Page 2 of 7

**Muhlhauser, Karen (USAAK)**

| | |
|---|---|
| **Subject:** | KM Wayson II - eta .5 prepare and distribute docs to plaintiff |
| **Start Date:** | Tuesday, February 13, 2007 |
| **Due Date:** | Friday, February 16, 2007 |

| | |
|---|---|
| **Status:** | Not Started |
| **Percent Complete:** | 0% |

| | |
|---|---|
| **Total Work:** | 0 hours |
| **Actual Work:** | 0 hours |

| | |
|---|---|
| **Owner:** | Muhlhauser, Karen (USAAK) |
| **Requested By:** | Lindquist, Susan (USAAK) |

4:06-cv-1-JWS

pro se:

Mark N. Wayson
c/o Wikurie
2795 Hanson Rd.

⑮

Exhibit C
Page 3 of 7

1

 # United States Department of the Interior

BUREAU OF LAND MANAGEMENT
National Law Enforcement Office
3833 S. Development Ave.
Boise, Idaho 83705-5354

In Reply Refer To:
9260 (WO-370)

October 2, 2002

## For Official Use Only

Memorandum

To:        Special Agent-in-Charge, Western Division
           Office of Inspector General

From:      Chief, National Law Enforcement Office

Subject:   Investigative Referral: DOI-OIG No.2002-I-R-612-WCA; Schneider, Robert

Attached is a copy of the memo from Linda Rundell, Acting State Director for Alaska. The
administrative inquiry revealed that there is no evidence to support the allegations of any
wrongdoing on the part of Robert Schneider.

Predicated on the enclosed memo, we have closed this case. If you have any questions regarding
this matter, please contact SA Greg Assmus at 208-387-5129.

/s/ Dennis McLane

/for/ Walter I. Johnson

Attachment:
As Stated

BLM000015
GAssmus:kk:10/2/02(Schneider memo to OIGW.wpd)

Exhibit C
Page 4 of 7



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
ALASKA STATE OFFICE
222 W. 7th Avenue, #13
ANCHORAGE, ALASKA 99513-7599

9260 (910)

SEP 19 2002

Memorandum

To:        Chief, National Law Enforcement Office

From:      State Director

Subject:   DOI-OIG Case File No. 2002-I-R-612-WCA

This is in response to the inquiry forwarded to you from the Office of Inspector General regarding Mark Wayson.

Upon careful review of the incident in question, we have determined there has been no willful and knowing violation of 18 U.S.C. 1001 on the part of the Bureau of Land Management (BLM) Northern Field Office (NFO) Manager, Robert Schneider.

Ms. Hammond, the BLM employee in the field on the day in question, was performing her official duties on lands managed by the BLM when she was approached by Mr. Wayson. Ms. Hammond expressed to both Mr. Wayson and the BLM management that there was a perceived threat from Mr. Wayson. It was a weekend day and the incident was in a remote location. As is standard procedure, a law enforcement ranger was notified and responded to the site. By the time the ranger arrived, Mr. Wayson was no longer in the immediate area; therefore no contact was made with Mr. Wayson by the ranger.

It is within Mr. Schneider's purview to take the necessary steps to mitigate all potential or *perceived* threats in a prudent and rational fashion. The presence of a uniformed law enforcement officer in a clearly marked patrol unit is a deterrence tool. The officer's presence is an effort to de-escalate any potential situation or incident from occurring and to protect the rights of all parties concerned.

As a manager, Mr. Schneider has the right, responsibility, and legal obligation to ensure he is not exposing his employees to any undue harm. Title 18 United States Code 111 states in pertinent part, "whoever forcibly assaults, resists, opposes, *impedes, intimidates, or interferes* with any person designated in section 1114 of this title ( the BLM falls within this statute) while engaged in or on account of the performance of official duties shall be fined under this title or imprisoned not more than one year, or both". Ms. Hammond, while performing her official duties, was

BLM000016

Exhibit C
Page 5 of 7

2

intimidated by Mr. Wayson. It is our opinion that Mr. Schneider acted reasonably and prudently when he requested the ranger to stand by the site until the work was completed, thereby relieving Ms. Hammond of the intimidation she felt, whether real or perceived.

Under no circumstances is Mr. Schneider or the BLM attempting to create a dangerous situation for Mr. Wayson. It is the mission and duty of Mr. Schneider and the BLM to create a safe environment on public lands for employees and the public for both work and recreation.

BLM000017

Exhibit C
Page 6 of 7



# United States Department of the Interior

Office of Inspector General
Western Region
Federal Building
2800 Cottage Way, Suite E-2708
Sacramento, California 95825

DEC 19 2002

Mark N. Wayson
P.O. Box 84570
Fairbanks, AK 99708-4570

Dear Mr. Wayson:

This letter is in response to your October 23, 2002 e-mail requesting information concerning your April 5, 2002, allegation and "request for investigation of BLM personnel violating Title 18, as well as their administrative misconduct". Information received by my office indicates that no violation of law, rule or regulation occurred concerning Robert Schneider's (BLM Northern Field Office Manager) dispatch of BLM Rangers to support BLM Engineer Carol Hammond on September 15, 2001. Mr. Schneider's actions appear to be in the best interest and safety of BLM personnel performing official duties. As such, my office has determined that no additional investigation of this matter is warranted.

Your allegations of Environmental violations by the BLM and BLM personnel should be directed to the Environmental Protection Agency, Criminal Investigation Division, Anchorage Resident Office. Their address is U.S. EPA-CID, PO Box 56, 222 West 7th Avenue, Anchorage, AK 99513-7588, phone (907) 271-6626.

Your request for a copy of the file pertaining to your complaint must be made via a Freedom of Information Act request to Sandra Evans, FOIA Officer, U.S. Department of the Interior, Office of Inspector General, 1849 C Street, N.W., Mail Stop 5341, Washington, D.C. 20240. Reference file #2002-I-R-612-WCA in your FOIA request.

This matter is considered closed by my office. If you wish to contact me I can be reached at (916) 978-5630.

Sincerely,

David W. Brown
Special Agent in Charge

cc:    BLM Alaska State Office, State Director
       BLM Chief, National Law Enforcement Office
       DOI Office of the Secretary, Anchorage, Alaska

BLM000018

Exhibit C
Page 7 of 7