NELSON P. COHEN
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON, | ) Case No. 4:06-cv-1-JWS |
| | ) |
| Plaintiff, | ) **RUNDELL'S RULE 26 WITNESS** |
| v. | ) **LIST** |
| | ) |
| LINDA RUNDELL and UNITED | ) |
| STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The Defendant, Linda Rundell, in her personal capacity, through counsel,

presents its Rule 26 witness list that it does not file in court.

    1.    Mark Wayson
           Plaintiff, pro se
           c/o Thomas R. Wickwire
           Law Offices of Thomas R. Wickwire

      2775 Hanson Road, Suite 1
      Fairbanks, AK 99709
      (907) 474-0068

2.    Linda Rundell
      1474 Rodeo Rd.
      Santa Fe, New Mexico 87505
      (505) 438-7501

She was the acting state director. She signed the memorandum drafted by Ms. Stewart.

3.    Pam Stewart- retired
      Senior Agent-in-Charge
      P.O Box 6271
      Phoenix, Az 65005
      (602) 391-8616

She worked for Ms. Rundell and was assigned the task of investigating Mr. Wayson's complaint. She drafted the memorandum for Ms. Rundell. She knows she spoke with Mr. Schneider and Ranger Ed Lee.

4.    Walter Johnson
      Chief Law Enforcement Officer
      Retired - formerly in
      BLM Headquarters
      Washington D.C.

The memorandum was addressed to him. The government is still seeking his current contact information.

5.    Greg Assmus
      Chief of Internal Affairs
      BLM National
      3833 S. Development Ave.
      Boise, ID 83075
      (208) 387-5129

Wayson v. Rundell, et.al.
4:06-cv-1-JWS    -2-    Exhibit D
Page 2 of 4

He will testify about the process for internal investigations. He was attached to the Washington D.C. office at the time and currently sand he reports directly to Mr. Johnson, the Director of Law Enforcement. He reviewed this investigation and sent a memorandum to the Office of the Inspector General ("OIG"), probably SAC Dave Brown. OIG would contacted Mr. Wayson about the results, closed out the file, and retain it in Washington D.C. Mr. Assmus processed this investigation and closed the case. He will be providing a copy of all documents in his custody in Boise. He will request a copy of any documents still in the Washington.

6. Carol Hammond
Deceased

She will testify by deposition testimony. She is the BLM employee who interacted with Mr. Wayson.

7. Ed Lee
BLM Ranger , Northern Field Office
1150 University Ave.
Fairbanks, Ak 99709
(907) 474-2200

Ms. Stuart spoke with him when she did her investigation before drafting her her memorandum.

8. Anyone on Plaintiff's witness list, except retained experts.

9. Any custodian of the documents.

10. Any rebuttal witnesses

Respectfully submitted February 9, 2007

> NELSON P. COHEN
> United States Attorney
>
> s/ Susan J. Lindquist
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3378
> Fax: (907) 271-2344
> E-mail: susan.lindquist@usdoj.gov
> AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2007,
a copy of the foregoing **RUNDELL'S RULE 26 WITNESS LIST**
was served by email and by US mail on:

Mark N. Wayson
c/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709

by regular U. S. mail.

s/ Susan J. Lindquist