**ATTACHMENT LIST FOR REPLY TO OPPOSITION TO COMPEL**

1. 3-26-07 Lindquist response to 3rd Production request

2. 2-27-07 Stuart Declaration

3. 9-14-17-07 Wayson-Lindquist e-mails

4. 4-24-06 Appeal Court Opinion

5. 4-29-06 Supreme Court Opinion

6. 11-18-07 Wayson-Cohen letter with attachments

7. 11-06  OARM-9 U.S. Attorney form