NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON, | ) Case No. 4:06-cv-1-JWS |
| | ) |
| Plaintiff, | ) **RENDELL'S RESPONSE TO** |
| v. | ) **WAYSON'S 3rd REQUEST FOR** |
| | ) **PRODUCTION** |
| LINDA RUNDELL | ) |
| | ) |
| Defendant. | ) |

Defendant responds to Plaintiff's 3rd Request for Production as follows:

**REQUEST FOR PRODUCTION NO. 1:** The written statement of findings from Ms. Rundell's immediate supervisor, or whoever was designated by the head of BLM to prepare the statement, whether Ms. Rundell was acting within the scope of her employment when she made the finding September 19, 2002, that the Plaintiff had forcibly committed a crime against Carol Hammond, and the

*Attachment #1*

**REQUEST FOR PRODUCTION NO. 9:** Copy of all notes, e-mails, reports, documents, and other communications and records, which Pamela Stewart, Senior Agent in Charge, reviewed or produced herself, in her investigation of the Plaintiff's complaint, and in drafting the 9-19-02 memorandum for Ms. Rundell.

**RESPONSE:** Ms. Rundell dos not have any documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 10:** Copy of all notes, e-mails, documents, reports, and other communications and records, produced by Walter Johnson, and BLM personnel at all levels, including personnel assigned to the Inspector general's office, relating to the assignment of Plaintiff's complaint against Robert Schneider, to Linda Rundell.

**RESPONSE:** Ms. Rundell does not have any documents which respond to this request.

**REQUEST FOR PRODUCTION NO. 11:** Copy of all notes, e-mails, documents, reports, and other communications and records produced by Walter Johnson, Greg Assmus, Ranger Lee, other law enforcement personnel, Evie