

Print - Close Window

**Subject:** RE: Touhy request
**Date:** Mon, 17 Sep 2007 15:07:09 -0800
**From:** "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov>
**To:** "mark wayson" <markonwayson@yahoo.com>

Yes I was corrected. As you are seeking documents you need to request them from BLM as you did. As you are seeking testimony you have to request it, and BLM grants the right to depose her about her job, you can proceed, but we do not produce her. You are on your own for that. She is not our employee.

**From:** mark wayson [mailto:markonwayson@yahoo.com]
**Sent:** Monday, September 17, 2007 3:00 PM
**To:** Lindquist, Susan (USAAK)
**Subject:** RE: Touhy request

Dear Ms. Lindquist,

I understand that even retired BLM employees need this Touhy request process done. Re: Ms. Stuart, I suspect that she won't surface until after discovery closes.

Mark Wayson

*"Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov> wrote:*

> Pamela Stuart is not a federal employee. You are on your own for setting up her deposition.
>
> **From:** mark wayson [mailto:markonwayson@yahoo.com]
> **Sent:** Friday, September 14, 2007 2:03 PM
> **To:** Lindquist, Susan (USAAK)
> **Subject:** Touhy request
>
> Dear Ms. Lindquist,
>
> I am going off the grid now until Monday. Attached is the Touhy request I sent re: Pamela Stuart. Ironic that it must go to Ms. Rundell as her last Director. I faxed it also to the Santa Fe BLM solicitor, and Director Lonnie here in Alaska, and mailed it to Ms. Stuart.
>
> Mark Wayson
>
>
> Sincerely, Mark N. Wayson
> Please visit: www.rosanajoysugwayson.org
>
> ---
> Pinpoint customers who are looking for what you sell.

Sincerely, Mark N. Wayson

http://us.f569.mail.yahoo.com/ym/ShowLetter?box=Lindquist%20rundell&MsgId=4700_...   11/24/2007

*Attachment 3*