303 K Street, Anchorage, Alaska  99501
Fax:  (907) 264-0878
E-mail:  corrections@appellate.courts.state.ak.us

IN THE COURT OF APPEALS OF THE STATE OF ALASKA

| | |
|---|---|
| CYNTHIA COOPER, | ) |
|  | ) Court of Appeals No. A-8835 |
| Petitioner, | ) Trial Court No. 3AN-03-10934 Cr |
|  | ) |
| v. | ) |
|  | ) O P I N I O N |
| DISTRICT COURT and | ) |
| DANIEL R. COOPER JR., | ) |
|  | ) |
| Respondents. | ) No. 2043 April 14, 2006 |
|  | ) |

Original Application for Relief from the District Court, Third Judicial District, Anchorage, Gregory J. Motyka, Judge.

Appearances for the Parties:  Katherine J. Hansen, Alaska Office of Victims Rights, Anchorage, for the Petitioner.  Allison E. Mendel, Anchorage, for Respondent Daniel R. Cooper.  No appearance for Respondent District Court.

Appearances for the Amici Curiae aligned with the Petitioner:  Allen M. Bailey, Anchorage, for (1) the National Crime Victim Law Institute and (2) the Victim Advocacy and Research Group; Christine McLeod Pate, Sitka, for the Alaska Network on Domestic Violence and Sexual Assault.

Appearances for the Amici Curiae aligned with the Respondent:  John E. McConnaughy III, Deputy Municipal Attorney, and Frederick H. Boness, Municipal Attorney, Anchorage, for the Municipality of Anchorage; Margi A. Mock, Assistant Public Defender, and Barbara K. Brink, Public Defender, Anchorage, for the Alaska Public Defender Agency; Daniel S. Bair, Assistant Public Advocate, and Joshua P. Fink, Public Advocate, Anchorage, for the

*Attachment # 4*

        Alaska Office of Public Advocacy; Nancy R. Simel, Assistant Attorney General, Office of Special Prosecutions and Appeals, Anchorage, and David W. M rquez, Attorney General, Juneau, for the State of Alaska.

        Before: Coats, Chief Judge, Mannheimer, Judge, and Andrews, Senior Superior Court Judge.*
[Stewart, Judge, not participating.]

        MANNHEIMER, Judge.

        This is an original application for relief brought by the victim of a crime.

Underlying facts

        The Municipality of Anchorage prosecuted Daniel Cooper for assaulting his wife, Cynthia Cooper. This prosecution was ultimately resolved by a plea bargain. Under the terms of the agreement, Daniel agreed to plead no contest to one count of family violence under Anchorage Municipal Code 8.10.050 (i.e., domestic assault committed in the presence of minor children), with the further agreement that he would receive a suspended imposition of sentence with 1 years probation. Apparently, Cynthia was consulted during the negotiation of this plea agreement

Cooper v. District Court (04/14/2006)  ap-2043

The sentencing hearing in this case was open to the public when it was held; in fact, the hearing was attended by representatives of the media. During her sentencing argument, Daniels defense attorney referred to the fact that Cynthias son (who lived with the couple) was suffering from mental health and behavioral problems. The defense attorney argued that the boys problems were a major source of stress in Cynthias and Daniels relationship, and that this stress was the primary contributing factor in Daniels assaultive conduct.