Mark N. Wayson   markonwayson@yahoo.com            11-18-07
C/O Wickwire
2775 Hanson Rd.
Fairbanks Alaska 99709

U.S. Attorney Nelson Cohen                         Wayson v. Rundell
Federal Bldg.
Anchorage Alaska

Dear Mr. Cohen,

The 10-18-07 Motion for Summary Judgment reveals more evidence of the criminal Obstruction of Justice by BLM officials. Your office withheld Discovery linking SAIC Pamela Stuart to the crime. This is the same Discovery withheld in Wayson v. Schneider.

Is my 4-23-07, request for investigation of now Judge, former U.S. Attorney, Timothy Burgess for impersonating a federal officer to get this case out of a state court, still "under advisement?" What exactly does 'under advisement' mean?

Are the two letters from BLM SAIC Pamela Stuart being hidden by your office because they link the U.S. Attorney's office directly with Rundell's Obstruction of Justice?

Am I correct that the first letter SAIC Stuart wrote her BLM boss Rundell said;

"U.S. Attorney Burgess quoted Washington as saying that Schneider must be protected since he is lifting BLM restrictions to open up ANWR for the oil companies. To shut Wayson up, Burgess suggested making a false record that Wayson is a criminal,......"?

And that the second letter said,

"Burgess approved my draft letter and suggested that BLM Law Enforcement make an official police record which can be used against Wayson. And Burgess will make sure we aren't prosecuted for Obstructing Justice or falsifying the record,.........."

Recording cash bribes paid to state legislators in a hotel is admirable basic police work. Bribes 'paid' to federal officials in the form of promotions, appointments, cash merit bonuses, and 'consulting fees' from big oil, requires connecting a few dots linking big oil to certain BLM players. The dots are there. Justice has the expertise to connect them. Can you obtain the political permission to connect the dots between big oil and BLM when the targets are high-ranking feds, and not just Alaska state legislators?

Mark N. Wayson
XC: Susan Lindquist & Richard Mauer

Encl. 4-10-07 & 4-23-07 letters & 4-26-27-07 e-mails

Attachment # 6

Dear Ms. Lindquist,                                                April 10, 2007

Please review your April 3, 2007 decision. It only stalls the process. Let's get the discovery done without court involvement. You are interpreting Ms. Rundell's status as an individual too narrowly. My action is a Bivens action, filed because Ms. Rundell violated my rights as an individual, while exercising her powers as a federal agent.

You have acknowledged Ms. Rundell investigated my complaint against Robert Schneider. Therefore, the material I have requested is the same she had/has access to in her investigation. Her status as an 'individual' doesn't change her responsibility later to produce the materials she had access to then.

The testimony in the Schneider case by Judge Burgess when he admitted his failure to follow legal procedures, as well as his eagerness to certify Ms. Rundell's actions as 'being within the scope of her employment as a federal employee,' AFTER Burgess was confirmed as a federal judge, are indications of U.S. Attorney involvement in the process leading to the constitutional violations against me.

Your own assertion that you have become Ms. Rundell's 'private attorney' raises even more U.S. Attorney involvement questions, particularly in light of Judge Burgess's testimony as to what procedures the U.S. Attorney could/should follow in a conflict of interest situation.

It is impossible to ignore the politicizing of the Justice department, in light of what is going on right now involving the retention only of those U.S. attorneys described by Kyle Sampson as "loyal Bushies." Certainly Judge Burgess met that criteria. I don't know about Mr. Cohen, but I understand that Mr. Cohen's appointment was made over the objections of Senator Stevens, and only through a loophole slipped into the Patriot Act which has now been closed. Nevertheless, perhaps U.S. Attorney Cohen who was not on board until late in 2006, will grant you permission to access the material you need from your office upon reviewing the production requests I have sent.

Forgive me if I sound at all patronizing, as I do not intend to be. Could you confirm that you have had Mr. Cohen review this e-mailed letter. Otherwise I can mail him a copy. I will wait another ten days before filing a motion to compel discovery.


Mark N. Wayson

Mark N. Wayson  
C/O Wickwire  
2775 Hanson Rd.  
Fairbanks Alaska 99709  

April 23, 2007

Nelson P. Cohen  
U.S. Attorney  
Federal Building & U.S. Courthouse  
222 West 7th Ave. #9, Rm. 253  
Anchorage Alaska 99513-7567   Re: Wayson v. Rundell

Dear Mr. Cohen,

Please review the Wayson v. Rundell case. Before you took over, Ms. Lindquist was assigned what is basically a civil defense of criminal activity (Obstruction of Justice) by BLM administrator Linda Rundell. Included in this activity according to Ms. Rundell's sworn testimony were BLM law enforcement personnel, and the U.S. Attorney and/or a BLM or perhaps a DOI solicitor. The result of this Obstruction of Justice was a permanent official finding by Ms. Rundell that I had forcibly committed a crime against a BLM engineer, who is now dead.

My request for your review is to first have you give her permission to produce the discovery which I have requested in production requests. It increasingly appears that it was the Anchorage U.S. Attorney's office that was involved as a conspirator with Ms. Rundell in my Bivens case. Judge Timothy Burgess, former U.S. Attorney until he was confirmed as a federal judge 12-21-05, returned to his old job in January 2006, to certify that Ms. Rundell was acting within the scope of her employment as a federal employee, when she made a finding against me without even the most basic principles of due process. Judge Burgess has no authority to make such a certification as a judge without a petition, or to act as a U.S. Attorney whenever he pleases. Ms. Lindquist e-mailed me that she was absent until 4-16-07, but has not responded to the enclosed since then, so I am unaware if you have received it. .

The connections between Ms. Rundell, now in New Mexico as BLM state director, and working far too closely with Bush connected oil interests, and the replacement of New Mexico U.S. Attorney Ignesias may be significant as well. Nevertheless, it is VERY significant when a federal judge acts outside his authority as Burgess did, presumably to clean up the mess he made when he violated law and procedures in certifying that Robert Schneider (Rundell's then BLM underling she was assigned to investigate) was 'acting within the scope of his employment as a fed.' My previous requests for criminal investigation of both Rundell and Burgess go unanswered.

You are quoted 4-22-07 as claiming, "I did not come here seeking to be a presidential-appointed U.S. Attorney."

1

You were appointed, obviously, but I hope that you meant that the politics would not affect your decisions.

I hope that you also would review your role/responsibilities as the chief law enforcement officer, and your commitment to the public victims of the federal government, as well as to those in the federal government who victimize us.

I request again that you open an appropriate investigation into the Obstruction of Justice by Linda Rundell, and the role which the U.S. Attorney's office, the BLM law enforcement officials, and others had in this crime, including the role of Timothy Burgess AFTER he became a federal judge.

I am a former experienced real police officer and an investigator for a state prosecutor. I know how the process is supposed to work. Following an investigation, a grand jury is the next appropriate step in providing the protections which any citizen deserves, regardless of the political connections of the perpetrators.

I am not the enemy. I am the victim. My daughter is the victim. We are entitled to the same level of protection by the U.S. Attorney as any federal employee. Believe it or not, having to legally knock over a few federal officials and a federal judge, and embarrass the system in doing so, might not be politically correct, but doing so appropriately will actually strengthen the system in the long run, much like what occurred in the '60's when the justice department took the lead in establishing civil equality of the races, and hopefully restore some of the credibility to the department of Justice.

Please respond.


Sincerely,



Mark N. Wayson




Xc: AUSA Susan Lindquist by e-mail     1 encl.  4-10-07 Wayson-Lindquist letter

2

# YAHOO! MAIL Classic

Print - Close Window

**Subject:** RE: Wayson v. Rundell discovery
**Date:** Fri, 27 Apr 2007 08:21:14 -0800
**From:** "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov>
**To:** "mark wayson" <markonwayson@yahoo.com>

Will respond to your other 2 concerns later.

---

**From:** mark wayson [mailto:markonwayson@yahoo.com]
**Sent:** Friday, April 27, 2007 7:54 AM
**To:** Lindquist, Susan (USAAK)
**Subject:** RE: Wayson v. Rundell discovery

Dear Ms. Lindquist,

Thank you for your reply. I will file my motion. I had hoped that the ongoing public exposure of the political nature of prosecutions by DOJ, might mean a shift in the prosecution/defense priorities of the U.S. Attorney's office, but maybe it is still too early.

What exactly does "under advisement" mean, regarding my 'other concerns?'

Regarding a recent e-mail, is my question re: Ms. Rundell's 'Associate State Director' job description something you can research/answer?

Mark Wayson


**"Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov> wrote:**

> Attorney Cohen and I have discussed the requests for production. You need to file your motion to compel.
> As to your other concerns, they are under advisement.
>
> ---
>
> **From:** mark wayson [mailto:markonwayson@yahoo.com]
> **Sent:** Thursday, April 26, 2007 10:00 AM
> **To:** Ross, Traci (USAAK)
> **Cc:** Lindquist, Susan (USAAK)
> **Subject:** Wayson v. Rundell discovery
>
> Dear Mr. Cohen,　　　　　　　　　　　　April 26, 2007
>
> I just spoke by telephone with Traci Ross, who said my letter to you of April 23, 2007, had been received, and that she would give this e-mail to you, because you are tied up on a conference call at this time.
> I an sorry for giving you so little time to do the requested review, but delays have dogged this and the Wayson v. Schneider case from which this one flows, and I must file a motion to compel discovery in Wayson v. Rundell unless you are going to authorize Ms. Lindquist to produce to me the documents requested from the U.S. Attorney's office, the BLM, and the Dept. of the Interior.
> I certainly don't intend to patronize or insult Ms. Lindquist, but would like to avoid further delays and involvement by the court in the discovery process, if at all possible.
> Could you e-mail me your response, or give me a pre-arranged time later today when I could contact you by telephone regarding this request?