## REMINDER OF GOVERNMENT ATTORNEY ETHICAL OBLIGATIONS TO CLIENT

As an incoming Department of Justice attorney, it is important for you to remember that you are not only a federal government employee but also an attorney representing a client (in most circumstances, the Executive branch of the United States or the Department), with all the professional responsibilities that entails. Indeed, 28 U.S.C. § 530B mandates that attorneys for the Government comply with applicable State laws and rules, and Federal court rules, governing attorneys. It is therefore important for you to reacquaint yourself with the laws and rules of professional conduct adopted by the jurisdictions in which you are licensed and in which you practice.

For instance, among an attorney's professional obligations is the obligation to protect confidential client information. This obligation is established in state bar rules analogous to Rule 1.6, American Bar Association Model Rules of Professional Conduct. As a Department of Justice attorney, you, like any attorney, have an obligation to safeguard information and documents relating to the representation of your client. While you are permitted to make certain disclosures during the course of your work, the disclosures are limited. These limitations primarily result from your obligations under the rules of professional conduct and Executive Branch policies on disclosure of government information, but other laws, rules and privileges may also apply. Moreover, some disclosures require approval from your component head, United States Attorney or someone at a higher level within the Department of Justice or Executive Branch, depending on the nature of the information sought to be disclosed. Keep in mind that your duty of confidentiality does not end when you leave the Department.

Your signature below serves as an acknowledgment that you understand your obligation to determine and comply with the laws and rules of professional conduct that define your obligations to your client in the assignments you take on as a Department of Justice attorney. If you have questions about your obligations under the applicable laws, rules, and Executive Branch policies, please contact the Professional Responsibility Officer (PRO) in your office or division or the Professional Responsibility Advisory Office (PRAO) at 202-514-0458.


_____          _____
Printed Name                              Signature


_____
Date


OARM-9
Nov 2006

Attachment # 7