Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

RECEIVED
NOV 26 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>LINDA RUNDELL and the )<br>UNITED STATES OF AMERICA )<br>)<br>Defendants. )<br>_____ ) | 4:06-Cv 1 (JWS) |

### NOTICE OF ABSENCE

Plaintiff leaves for Germany November 26, 2007, arriving there November 28 for a hearing which is now scheduled for November 30, 2007.

This hearing is for a process connected with Plaintiff's lack of access under the Hague Treaty to his daughter, Rosana Joy Sug Wayson.

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Notice of Absence 11-26-07

1

Plaintiff returns to Anchorage December 7, 2007.

Dated: November 26, 2007

_____
Mark N. Wayson, pro se

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this __26__ day of __Nov__, 2007, a copy of the foregoing was delivered to AUSA Susan Lindquist's office.

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Notice of Absence 11-26-07

2