*Wayson Complaint*
*3 attach.*

Mark N. Wayson
P.O. Box 84570
Fairbanks Alaska 99708-4570
markonwayson@yahoo.com

April 5, 2002

Re: 18 U.S.C. 1001 violation by Fairbanks
BLM Regional director Bob Schneider

Earl E. Devaney   Inspector General Dept. of the Interior
MS 5341-M1B   1849 C St. N. W.
Washington D.C.   20240

Dear Mr. Devaney,

Please investigate violations of title 18 by Fairbanks BLM manager Bob Schneider, and/or others. Schneider is creating a dangerous provocative situation for me and other Alaskans.

Sept. 15, 2002, I asked BLM engineer, Carol Hammond, to halt a BLM project being carried out on my state recorded mining claims. She refused. Project manager Shelley Jacobsen was contacted and she responded to 100 mile Steese from Fairbanks. Carol Hammond inexplicably announced during the interview that she felt "threatened", but that I was not threatening her. As I was leaving the site to wait a mile away for Ms. Jacobsen, Hammond suddenly announced she had called out BLM rangers. I left. I returned to my mine with Ms. Jacobsen after she arrived.

Sept. 17, I met in Fairbanks with Ben Kennedy, Jack Kerwin, and Kim Griffith of Alaska DNR along with BLM personnel and miner Del Ackels. (907 474 0971) to resolve whether the project was legitimate and would continue. (The project itself remains highly questionable) Then Del Ackels and I went to his house to wait for a determination from BLM.. At 1515 hrs. Sept. 17, 2001, Ben Kennedy called to report that Bob Schneider of BLM had called him. Schneider told Kennedy that the project would continue. He said that I would be arrested for trespass if I returned to my mining clams. He said that armed rangers would be sent to the project.

Ten minutes later, I called Mr. Schneider on a conference call with Del Ackels.. We were surprised to hear Bob Schneider say that the project would be moved, and that I was "allowed" to return to my gold mine. He said there were "no problems". He did say, however, that armed rangers would return until the project was finished. We re-contacted Ben Kennedy by phone, and he was as astounded as we were. He said that ten minutes after Schneider had called him, he called again, and Schneider then said the same thing that he had told me and Del Ackels. I intended to return to my mine, but later 9-17, I spoke with Ben Kennedy of state DNR, and he advised me NOT to return to the mine. My access is through the area where the project had been moved to, and he was suspicious, as was I, that there would be more BLM provocation. I did not return to my mine, or my home nearby until the project was completed..

In December of 2001, I discovered the attached e-mail, (attachment #1.)while in a conference in Anchorage. I was very surprised, and the e-mail makes me very concerned for my safety, particularly as mining season approaches. Mr. Schneider is knowingly creating an unsafe condition. The e-mail also reflects the concerns he has caused with the state of Alaska. Mr. Schneider has no basis whatsoever for such false slanderous dangerous statements.

*Attachment*