I have never met Mr. Schneider. I have had no, written, by phone, or in person contact with any BLM personnel since February 1997, until Sept. 15 2001. I had never communicated with Mr. Schneider until the four minute conference call on Sept. 17. Whether Mr. Schneider is shamelessly exploiting the tragedy of 9-11, and trying to get even more guns onto his force, or whether he is merely demonstrating blind BLM loyalty to former State BLM director Tom Allen, is immaterial to his commission of the offense, and the consequences of it.

In 1996, I objected, at the printed suggestion of Alaska Senator Ted Stevens, to an unconstitutional requirement by BLM, that miners file affidavits that they were not conducting criminal enterprises on their mining claims. Mr. Allen reacted very negatively to the U.S. constitution. There was an exchange of letters. Stan Leaphart, the then coordinator between State and federal agencies later mediated. A videotaped meeting with BLM employees was conducted Dec. 10, 1996.. It was established that there were no threats against anyone by me. Nevertheless, Mr. Allen wrote the letter of January 9, 1997. (Attachment 2.) And he refused to correct it despite Stan Leaphart's efforts. (Attach #3) I made multiple efforts through the U.S. attorney requesting an investigation. No answer. In May 1997, I filed a complaint with Pat Shea, inspector General for the Dept. of the interior. No answer. Mr. Allen was well connected in the Babbitt regime, is an accomplished sycophant, and avoided even a review of the evidence against him.

In self defense, I adopted my policy of avoiding all BLM personnel in 1997. (I think I spoke with one BLM friend from the recording office in Safeway, in 2001, who commiserated with me then, because Allen had circulated letters among the BLM employees in 1996, claiming I was a threat/dangerous, etc. whatever.)((I have one of the letters he sent out to employees))

I recently wrote to attorney J.P. Tangen in Anchorage, who is working for the Alaska Miners. He wrote back that he thought you would respond. Therefore this is a formal request for investigation of BLM personnel violating Title 18, as well as their administrative misconduct. There is little doubt in my mind that there are those in BLM who are VERY eager to create their own little 'Ruby Ridge'. The turf wars, and struggle for more power, are never ending in these regulatory agencies. There is little or no BLM respect for state lands, and even Jack Kerin of State DNR recounted to me, a standoff between the state of Alaska DNR employees and armed BLMer"s, which occurred last year. On Sept. 15th, there were too many indications that a confrontation was being set up by Hammond and the rangers at my mining claims. Fortunately BLM project manager Shelley Jacobsen's professionalism, and cool head took charge, and she was able to control the rangers. But she can't be there every time, and I can't be sure I will always have my video camera or a witness with me. I live and work alone. Please investigate.

Mark N. Wayson

xc: Del Ackels /J.P. Tangen Ak. Miners / Kim Griffith & Jack Kerin Ak. State DNR / U.S. Attorney Steve Cooper / Ben Kennedy / Stan Leaphart

Exhibit B