Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| LINDA RUNDELL and the | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendants. | ) |
| | ) 4:06-Cv 1 (JWS) |

RECEIVED
DEC 1 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**MOTION TO STRIKE DEFENDANT'S WITNESS LIST**

Plaintiff requests that the court not allow the Defendant to have witnesses testify at trial because Plaintiff was never served with a copy of a witness list until it was e-mailed to Plaintiff on 11-26-07.

Plaintiff has been prejudiced by not having an opportunity to depose the witnesses listed on the Defendant's list, or persons who those witnesses might testify had a role in

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Motion to Strike Def. Wit list  12-10-07

1

the investigation of Robert Schneider by either the BLM or the Dept. of Interior Inspector General.

Dated: December 10 2007

_____
Mark N. Wayson, pro se

CERTIFICATE OF SERVICE
The undersigned hereby certifies
that on this /0 day of DEC ,
2007, a copy of the foregoing was
served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Motion to Strike Def. Wit list 12-10-07

MARK N. WAYSON
C/O WICHWIRE
2775 Hansen Rd.
FAIRBANKS Alaska
99709

FIRST CLASS MAIL

FIRST CLASS MAIL

CLERK OF COURT
U.S. District Court
Federal Bldg
222 W. 7th Ave.
Anchorage Alaska
99513

FIRST CLASS MAIL

FIRST CLASS MAIL

Wayson V. Rindell  4:06-Cv 1 (JWS)