Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

RECEIVED
DEC 1 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| LINDA RUNDELL and the | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendants. | ) |
| | ) 4:06-Cv 1 (JWS) |

**ORDER BY COURT STRIKING DEFENDANT'S WITNESS LIST**

This court hereby grants Plaintiff's Motion to Strike Defendant's Witness List, and no witnesses for the Defendant will be allowed to testify at trial since Plaintiff was never served with a copy of the List as required by Court's Scheduling and Planning Order.

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Proposed Order to Strike Def. Wit List
12-10-07

1

Dated: _____

_____
JUDGE JOHN W. SEDWICK

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies
that on this _10_ day of _DEC_,
2007, a copy of the foregoing was
served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Proposed Order to Strike Def. Wit List
12-10-07

2