NELSON P. COHEN
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON,          ) | Case No.  4:06-cv-1-JWS |
| ) | |
| Plaintiff,          ) | |
| v.          ) | |
| ) | **RUNDELL'S OPPOSITION TO** |
| LINDA RUNDELL          ) | **WAYSON'S MOTION TO** |
| ) | **STRIKE  THE DEFENDANT'S** |
| Defendant.          ) | **WITNESS LIST** |

    The Defendant, Linda Rundell, in her personal capacity, through counsel, opposes Wayson's motion to strike the Defendant's witness list.

    Wayson received Ms. Rundell's Rule 26 witness list.  See Dkt 86 at 3. Apparently he did not receive the Final witness list.   This must have been an oversight as it was not intentional.   The first time counsel was aware that Wayson

did not know that Ms. Rundell had filed a witness list was in his Reply brief on the Motion to compel the Stuart letters. Dkt 82 at 3. In response, counsel immediately emailed him the ECF copy of the final witness list.

The remedy for this inadvertent mistake should be to allow Mr. Wayson time to depose the individuals listed on the Final witness list, which were added after the R26 witness list. The only witness added was Ms. Evans as she is the custodian of the documents retained by the Dept. Of the Interior, Office of the Inspector General ("OIG"). Dkt 86 at 2. Wayson claims he was prejudiced by not being allowed to depose Ms. Evans. Dkt 86 at 3. Counsel has no objection to allowing Mr. Wayson a reasonable amount of time to depose her, with the caveat that she is a government employee and he must make his request to OIG pursuant to the Toughey regulations.

Wayson argues that Ms. Evan's violated the FOIA regulations. This allegation is irrelevant to a resolution of his motion. If Wayson had an issue with the response to his FOIA request, he could have used the administrative remedies available to him to dispute the response. Ms. Rundell, as an individual, does not participate in the OIG's response to a FOIA request.

Wayson's additional arguments do not pertain to the final witness list. Nonetheless, counsel wishes to reiterate that Pamela Stuart performed the

investigation for Ms. Rundell. Ms. Rundell's declaration of 10-15-2007 does not name the employee, but the witness list and Ms. Stuart herself acknowledges that she did the investigation.

Ms. Rundell asks the court not to strike her final witness list and to allow Wayson additional time to depose Ms. Evans.

Respectfully submitted this 2nd day of January, 2008.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2008,
a copy of the foregoing was served on
1-2-2008 by email and on 1-2-2008
by U.S. mail:

Mark N. Wayson
c/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709

s/ Susan J. Lindquist

Wayson v. Rundell, et.al.
4:06-cv-1-JWS                                    -3-