**ATTACHMENT LIST FOR REPLY TO OPPOSITION to Strike Witness List**

1. 12-10-07 Post Office Receipt

2. 12-10-07 First Page of Motion to Strike stamped 12-12

3. 11-01-07 Del Veccio-Wayson confirmation e-mail

4. 08-16-07 & 09-14-07 Wayson-Stuart letters

5. 08-28-07 'unclaimed Wayson-Stuart cert. letter

6. 01-03-08 Almada-Wayson post office e-mail

7. Post office box application form

8. 03-15-06 Wayson-Lindquist letter

9. 08-29-07 Wayson-Lindquist e-mail exchange

10. 09-11-07 Lee deposition excerpts pp. 74-75

11. 01-25-06 Wayson-Burgess FAX

12. 07-12-05 Wayson-Burgess letter

13. 10-11-07 AUSA Daniel Cooper Declaration

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Attach. List for Reply to Opp. to Mot
to Strike 01-05-08