```
               WASILLA MPO
             WASILLA, Alaska
                995549998
             0203150687-0098
    12/10/2007 (907)376-5327 03:31:30 PM
    =========================================
    ======== Sales Receipt ========
    Product        Sale Unit    Final
    Description    Qty  Price   Price

    ANCHORAGE AK 99513           $0.97
    Zone-1 First-Class
    Large Env
     2.00 oz.
                                ========
     Issue PVI:                  $0.97

    ANCHORAGE AK 99513           $1.81
    Zone-1 First-Class
    Parcel
     4.90 oz.
                                ========
     Issue PVI:                  $1.81

    Germany -                   $13.60
    First-Class Int'l
    1 lb.  7.40 oz.
      Customs Form #: LC727132295US
                                ========
     Issue PVI:                 $13.60

                               ==========
    Total:                      $16.38

    Paid by:
    Cash                        $20.00
    Change Due:                 -$3.62

    Order stamps at USPS.com/shop or
    call 1-800-Stamp24.  Go to
    USPS.com/clicknship to print
    shipping labels with postage.  For
    other information call
    1-800-ASK-USPS.

    Bill#:1000200496155
    Clerk:05

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
        Thank you for your business.
    ************************************
    ************************************
          HELP US SERVE YOU BETTER

    Go to: http://gx.gallup.com/pos

        TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

          YOUR OPINION COUNTS
    ************************************
    ************************************

              Customer Copy
```

Attachment 1