Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

RECEIVED
DEC 1 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| LINDA RUNDELL and the ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendants. ) | |
| ) 4:06-Cv 1 (JWS) | |

RECEIVED
DEC 1 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## MOTION TO STRIKE DEFENDANT'S WITNESS LIST

Plaintiff requests that the court not allow the Defendant to have witnesses testify at trial because Plaintiff was never served with a copy of a witness list until it was e-mailed to Plaintiff on 11-26-07.

Plaintiff has been prejudiced by not having an opportunity to depose the witnesses listed on the Defendant's list, or persons who those witnesses might testify had a role in

Attachment #2