

Print - Close Window

**Date:** Thu, 1 Nov 2007 06:01:31 -0700 (PDT)
**From:** "mark wayson" <markonwayson@yahoo.com>
**Subject:** Re: Fwd: Re: Webmaster Contact
**To:** Webmaster_Account@doioig.gov

Dear Ms. Del Vecchio,

Thank you for forwarding the information and in following up with this confirmation.

Mark Wayson

***Webmaster_Account@doioig.gov* wrote:**

> I forwarded the information to the Inspector General's immediate office and know they have received it.
> I imagine you will be receiving a response within the next few weeks.
>
> Susan Del Vecchio

Sincerely, Mark N. Wayson

Please visit: www.rosanajoysugwayson.org

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

**Attachment #3**