Merty H. Simpson
c/o Wildwire
2975 Hanson Rd.
Fairbanks Alaska
99709

Ms. Pamela Stuart
P.O. Box 6271
Phoenix A
6 5005



FAIRBANKS AK
16 AUG
1 PM
2007
99701

STUART
050 D5E 1A07C
RETURN TO SENDER
BOX CLOSED
UNABLE TO FORWARD
RETURN TO SENDER
40 12/20/07



RECEIVED
2007
TRW

Merty H. Simpson
c/o Wildwire
2975 Hanson Rd.
Fairbanks Alaska
99709

Pamela Stuart
P.O. Box 6271
Phoenix Arizona   65005

STUART
050 D4E 1A07C 40
RETURN TO SENDER
BOX CLOSED
UNABLE TO FORWARD
RETURN TO SENDER

FAIRBANKS AK
14 SEP
1 PM
2007
99701

RECEIVED
2007
TRW
12/20/07



Attachment # 4