MARK K. WAYSER
C/O WICKWIRE
2775 Hanson Rd
Fairbanks Alaska
99709

CERTIFIED MAIL™

7006 3450 0001 3974 6942

Pamela Stuart
P.O. Box 6271
Phoenix Arizona
85005

RESTRICTED DELIVERY

UNCLAIMED

N 9-12-07
9-17
9-27

U.S. POSTAGE PAID
FAIRBANKS, AK
99709
AUG 28, 07
AMOUNT
$9.31
0003421708

Attachment #1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Pamela Stuart<br>P.O. Box 6271<br>Phoenix, Arizona 85005<br><br>**RESTRICTED DELIVERY** | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>   ☐ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☑ Yes |
| 2. Article Number  (Transfer from service label) | 7006 3450 0001 3974 6942 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |