**YAHOO! MAIL** Classic

Print - Close Window

**Subject:** P O BOX 6271 - Pam Stuart
**Date:** Thu, 3 Jan 2008 10:07:37 -0800
**From:** "Almada, Maria L - Phoenix, AZ" <maria.l.almada@usps.gov>
**To:** markonwayson@yahoo.com

Mr. Wayson,

Our records show the box for Pam Stuart was closed several months ago and no other information is available. I apologized that this is all the information I can provide.

*Maria Almada*
*Consumer Affairs*
*(602) 223-3223*

Attachment #

6

8