# Apply for Post Office Box Service!



*The safe and convenient way to get your mail*


UNITED STATES POSTAL SERVICE®

PS Form **1093**, July 2007 (PSN 7530-02-000-7165)

Attachment # 7

# Using Box or Caller Service

(Continued from front of this panel)

Post Office™. Change of address orders may be filed as follows:

Organizations: Only the box customer or authorized representatives of the organization listed on the Form 1093 may file change of address orders. Forwarding of mail for other persons receiving mail at the box is the responsibility of the organization.

Residential customers:

1.) Group E residential boxes only: The box customer or any other person listed on the Form 1093 may file an individual change of address order. Only the box customer may file a change of address order for the entire family.

2.) All other residential boxes: Only the box customer listed on the Form 1093 may file change of address orders. Forwarding of mail for other persons receiving mail at the box is the responsibility of the box customer.

**Box Keys.** We issue up to two keys for key-type Post Office boxes and issue an access code for combination lock-type Post Office boxes. A small deposit is required for each key. Whenever your box service terminates, turn in all keys to the Postal Service. We refund the deposits for each key returned. Post Office box keys may not be duplicated commercially.

**Updating Information.** The information on your application (PS Form 1093) must always be current. As soon as any information changes (such as address, telephone number, etc.), you are responsible for updating the form. Failure to update the application may result in a termination of service. We keep the form on file at the office where you use the service.

**Use of Information.** The U.S. Postal Service® is authorized by 39 U.S.C. 403 and 404 to collect the information on PS Form 1093. We use the information in providing Post Office box or caller service to the applicant, but we may disclose it:

- To anyone authorized by law to serve judicial process.
- To a government agency, in performance of its duties.
- To a congressional office, if the boxholder requests it.
- In response to a subpoena or court order.
- When it pertains to a legal proceeding that involves the Postal Service.

The complete Privacy Act Statement is on the back of the application card.

 **How to Use the Combination Lock** 

1. Clear dial by turning three times RIGHT and stop on _____.
2. Turn LEFT and stop the second time around on _____.
3. Turn RIGHT and stop on _____.
4. Turn latch key LEFT to open.

Your ZIP+4® is: |_|_|_|_|_| – |_|_|_|_|

2ACPRI-07-B-0196