Mark N. Wayson  March 15, 2006
c/o Wickwire
2775 Hanson Rd.
Fairbanks Alaska 99709    markonwayson@yahoo.com

Susan Lindquist
Fed. Bldg. & Courthouse
222 West 7th Ave. #9, Rm. 253
Anchorage Alaska 99513-7567

Dear Ms. Lindquist,

I am mailing another production request today. Your assistant, Ms. McCulloch reminded me by e-mail 2-07-06 that discovery was prohibited until there had been a meeting.

Nevertheless, I want to give you a heads up once Gayle Norton quit as the Secretary of the Interior and indicated some connection with Jack Abramoff, the convicted lobbyist. Linda Rundell was promoted and transferred fairly quickly after her inquiry clearing Robert Schneider, with the Sept. 9, 2002 memo which is at the center of this lawsuit.

If you have had a chance to read her deposition, you see she has no recollection of notes or records or reports, or any idea where to find them, concerning her investigation which resulted in her finding that I had committed a crime against Carol Hammond.

All police records disappeared, and Mr. Burgess also had no recollection of anything.

Therefore I want to submit this request now before I have to travel 3-22-06, and ask you to be sure that no records are destroyed under any records control policy you might have in the U.S. Attorney's office.

I am also sending a copy of the FAX I sent Mr. Burgess when I learned of his certification of Linda Rundell.

Could you also please send me the name and phone number of whichever prosecutor is handling the Jack Abramoff prosecution, and the ensuing investigations?

Mark N. Wayson

encl.  2nd Production request 4:06-CV 1 (JWS)
       1-25-06 Wayson-Burgess FAX

Attachment #8