Yahoo! Mail - markonwayson@yahoo.com　　　　　　　　　　　　　　Page 1 of 1

Case 4:06-cv-00001-JWS    Document 88-11    Filed 01/07/2008    Page 1 of 1

**RE: Rundell deposition**

**Date:** Wed, 29 Aug 2007 16:47:43 -0800
**From:** "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov>
**To:** "mark wayson" <markonwayson@yahoo.com>

I'll retrieve them.

**From:** mark wayson [mailto:markonwayson@yahoo.com]
**Sent:** Wednesday, August 29, 2007 4:45 PM
**To:** Lindquist, Susan (USAAK)
**Subject:** RE: Rundell deposition

Dear Ms. Lindquist,

Re; Punches deposition:

I am referring to a letter from Sally wiesly dated '20 Sep 1996.' In the Schneider case it was discovered and the Bates numbers I have are "BLM0000000334 and BLM0000000335"

The memorandum from Evvie Punches is dated 9-17-96. Teh Bates number from the Schneider case is "BLM0000000545."

Mark N. Wayson

I haven't got a scanner available to send them to you.

***"Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov> wrote:***
> Regarding Ms. Punches, could you please identify the document to which you are referring by date and topic?

*Attachment #9*