```
 1                IN THE UNITED STATES DISTRICT COURT

 2                       FOR THE STATE OF ALASKA

 3   MARK N. WAYSON                      )
                                         )
 4                  Plaintiff,           )
                                         )
 5   vs.                                 )
                                         )
 6   LINDA RUNDELL and the               )
     UNITED STATES OF AMERICA,           )
 7                                       )
                    Defendants.          )
 8   _____)
     Case No.   4:06-CV 1 (JWS)
 9
                        DEPOSITION OF EDDIE LEE
10                        September 11, 2007

11   APPEARANCES:

12        FOR THE PLAINTIFF:         MR. MARK WAYSON
                                     In propria persona
13                                   c/o Wickwire
                                     2775 Hanson Road
14                                   Fairbanks, Alaska 99709
                                     (907) 474-0068
15
          FOR THE DEFENDANT
16        LINDA RUNDELL
          (Telephonically):          MS. SUSAN LINDQUIST
17                                   222 W. Seventh, #9, Room 253
                                     Anchorage, Alaska 99513
18                                   (907) 271-3378

19        FOR THE DEFENDANT
          UNITED STATES:             MR. STEPHEN COOPER
20                                   Office of the U.S. Attorney,
                                     101 Twelfth Avenue, Room 310
21                                   Fairbanks, Alaska 99701
                                     (907) 456-0245
22
                               * * * *
23

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

Attachment # 10

1            MR. WAYSON:  Excuse me, it can't be stopped by
2   your 2E response.
3            MS. LINDQUIST:  Well, the regulations allow you
4   to depose a federal employee only to the extent that permission
5   is given.
6            MR. WAYSON:  And what does the permission say?
7            MS. LINDQUIST:  The permission says in the 2E
8   letter, quote, unquote, permission is granted to take the
9   deposition of Ranger Lee and for Ranger Lee to bring with him
10  to the deposition, all documents pertaining to this matter
11  which are in his file.
12           MR. WAYSON:  Exactly.
13           MS. LINDQUIST:  So you can ask him about the
14  documents pertaining to this matter, which are in his file,
15  which he produced.
16           MR. WAYSON:  I've already asked about that.
17  I'm asking now about other documents which could have come from
18  his file, and that is not prohibited by the 2E response.
19           MS. LINDQUIST:  I disagree.  I mean, do you
20  have any evidence for me?  Why is this cartoon here?  Was this
21  produced by you in the Schneider case?
22           MR. WAYSON:  No, this was produced by BLM in
23  the Schneider case.
24           MS. LINDQUIST:  And who produced it by BLM in
25  the Schneider case?

```
 1                    MR. WAYSON:  ASUA Daniel Cooper.
 2                    MS. LINDQUIST:  And whose file was it in?  I
 3    mean, if you establish.....
 4                    MR. WAYSON:  That's exactly what we're trying
 5    to.....
 6                    MS. LINDQUIST:  .....that this was in Ed Lee's
 7    file, fine.
 8                    MR. WAYSON:  Miss -- Miss.....
 9                    MS. LINDQUIST:  Ask him, is this in your file,
10    and if it is, I don't know, I mean, if you -- if -- I just have
11    to go on trust that you say that Dan Cooper produced this.
12                    MR. WAYSON:  Well, you had access to that file
13    for a long time.
14                    MS. LINDQUIST:  Mister -- come on, that file is
15    a million miles long.
16                    MR. WAYSON:  No kidding.  I got buried in stuff
17    I didn't -- and that's one of the U.S. Attorney's tactics.
18    This time, it's different.  But let's move on here, because
19    what I'm asking him about relates to a constitutional right.
20    And we've established that he had a file.
21                    MS. LINDQUIST:  That's correct.
22                    MR. WAYSON:  And we had established that he had
23    a Wayson file.
24                    MS. LINDQUIST:  That's correct.
25                    MR. WAYSON:  And we established that
```