Mark N. Wayson                                  Jan. 25, 2006
C/O Wickwire
2775 Hanson Rd.
Fairbanks Alaska  99709     markonwayson@yahoo.com

U.S. Attorney Timothy Burgess
Department of Justice
222 W. 7th Ave, #9
Anchorage Alaska 99513-7567

Re: Linda Rundell/Obstruction of Justice

Dear Mr. Burgess,

I learned yesterday that the actions of BLM Administrator Linda Rundell, which I identified as Obstruction of Justice, and into which I have requested an investigation, were actions which you have certified as within her duties as an employee of the United States government.

Please save all notes and records of any investigation and/or review which led to this Rundell certification. I intend to ask for a review of this Rundell certification with the court.

As you may recall last time, you had no recollection whatsoever of what led to your certification of Robert Schneider's actions. No notes or records could be located.

*[signature]*
Mark N. Wayson

*Sent 1-25-06 10:19 AM*

*Attachment # 11*