Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| LINDA RUNDELL and the | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendants. | ) |
| _____ | ) 4:06-Cv 1 (JWS) |

RECEIVED
JAN 2 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## NOTICE OF ABSENCE

Plaintiff will be in Germany and France from January 29, 2008, through February 11. 2008, regarding a case filed with the European Court of Human Rights in Strasbourg France.   .

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Notice of Absence 01-23-08

1

Dated: January 23, 2008

                                     _____
                                     Mark N. Wayson, pro se

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this 23 day of July, 2008, a copy of the foregoing was served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Notice of Absence 01-23-08

2

MARK N. WAYSON
c/o Wickwire
2975 Hansen Rd.
Fairbanks Alaska
99709

U.S. District Court
222 W. 7th Ave.
Anchorage Alaska 99513

WAYSON v. Raud@ 4:06 cv / (JWS)