**Attachment List for Memo to Support Motion for Sanctions**

1. 10-11-07 AUSA Cooper Declaration

2. 2-23-08 Wayson-Lindquist & Wayson-Darnell Letters re: sanctions

3. 2-29-08 Darnell-Wayson Letter

4. 2-29-08 Lindquist-Wayson E-mail

5. 9-19-02 Rundell memo with Bates numbers BLM0000000603 & 604

6. 9-19-02 Rundell memo without Bates numbers

7. 9-19-02 Rundell memo with Bates numbers BLM000016 & 17

8. 9-11-07 Rundell Deposition

9. Rundell's final Witness List

10. (date?) Ranger Lee – Robert Schneider handwritten note

11. 9-17-96 Evvie Punches memo

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Attachment list Memo for Mot to impose
sanctions 3-6-08

1