

# United States Department of the Interior
OFFICE OF THE SOLICITOR
ALASKA REGION
4230 University Drive
Suite 300
Anchorage, Alaska 99508-4626
(907) 271-4131

BLM.AK.3755

February 29, 2008

Mark N. Wayson
c/o Thomas R. Wickwire, Esq.
2775 Hanson Road, Suite 1
Fairbanks, Alaska 99709

Re: Your Letter Dated February 23, 2007

Dear Mr. Wayson:

This is in response to your February 23, 2008 letter which was received by fax in my office over the February 23-24, 2008 weekend. While the United States is not a party in Wayson v Rundell, Case No. 4:06-cv-1-JWS, and therefore has no obligation to respond to you in the context of that law suit, as a courtesy to you I have made further inquires.

You ask whether the search of Alaska State Office records was for documents or records other than the alleged two letters referenced in your September 13, 2007 letter. The BLM Alaska State office informs me the search referenced in January 24, 2008 letter to you was for any type of paper document by Ms. Stuart and that the search included both the Anchorage State Office in Anchorage and the Fairbanks regional office. No documents of any kind were found in either location in any files maintained by them.

The closed case files of your seven forfeited Federal mining claims were sent to the Federal Records Center in Seattle by the BLM Fairbanks office but they have been returned to Alaska.[1] I have personally reviewed them. They do not contain any documents of any kind by Pamela Stuart. The Alaska State Office in Anchorage advises that it has not sent any of its records that concern you to the National Archives or other record storage facility used by BLM so no search needs to be made of those facilities.

You ask "when the police records of Pamela Stuart investigating the Robert Schneider left the control of the Anchorage Office." (sic) Your question assumes both that such records exist and that they have left the control of the BLM Anchorage Office. As

---

[1] The files for FF026889, FF026890, FF026891, FF026892, FF026893, FF026894, & FF026895 had been sent to the Federal Records Center for storage but have been returned to Alaska.

1

*Attachment # 3*

explained in the preceding paragraph that assumption is incorrect. The Alaska State Office still retains its records. The only document authored by Ms Stuart was the September 19 2002 memo which you already have. There is nothing else to produce.

You ask whether BLM would have provided Assistant U.S. Attorney Daniel Cooper documents from Pamela Stuart's files without making copies. There is no record of a copy having been made. It is therefore assumed the original file was provided to Mr. Cooper for his use during the Schneider case without BLM retaining a copy.

You have asked whether I have spoken to Mr. Cooper about where he obtained Ms. Stuart's file. I have not. Mr. Cooper's October 11, 2007 Declaration on his recollection of what documents he saw and what became of them speaks for itself.

You asked whether the records held by the BLM national law enforcement office under the name of Robert Schneider were checked for Pamela Stuart documents. Since I earlier failed to ask that office to check its records I have now done so. Mr. Greg Assmus, Chief of Internal Affairs, BLM National Law Enforcement Office in Boise, Idaho, who is the custodian of the BLM National Law Enforcement Office records which are in storage in Boise, reviewed those records at my request. He has informed me that there are no documents of any type with Ms. Stuart's name on them concerning you in the files under the file name Robert Schneider.

This concludes our response to your February 23, 2008 letter. Nothing was found so no further action will or needs to be taken on your questions or requests.

Sincerely,

Joseph D. Darnell
Acting Deputy Regional Solicitor


Cc:    Susan Lindquist, AUSA