Print - Close Window

**Date:** Mon, 3 Mar 2008 22:20:45 -0800 (PST)
**From:** "mark wayson" <markonwayson@yahoo.com>
**Subject:** Fwd: RE: Pamela Stuart documents/letters
**To:** markonwayson@yahoo.com

*"Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov> wrote:*

> Subject: RE: Pamela Stuart documents/letters
> Date: Fri, 29 Feb 2008 10:07:07 -0900
> From: "Lindquist, Susan (USAAK)" <Susan.Lindquist@usdoj.gov>
> To: "mark wayson" <markonwayson@yahoo.com>
>
> My client is Linda Rundell as a private individual. She does not have any Stuart documents or information of any kind which may or may not have been generated during the investigation that culminated in the internal memorandum she signed. As your Touhy request for documents was not directed at her, it is inappropriate to ask for sanctions in the current case.
>
> You contacted the BLM and requested documents in your Touhy request. BLM asked Mr. Cooper to search the files in the U.S. attorney's office and he did. He reported what he did to find documents in his declaration. He did not find anything authored by Ms. Stuart. There is nothing to produce.

*Attachment #4*