NELSON P. COHEN
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON, ) | Case No. 4:06-cv-1-JWS |
| ) | |
| Plaintiff, ) | **RUNDELL'S FINAL WITNESS** |
| v. ) | **LIST** |
| ) | |
| LINDA RUNDELL and UNITED ) | |
| STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

The Defendant, Linda Rundell, in her personal capacity, through counsel,

presents its final witness list.

1.  Mark Wayson
    Plaintiff, pro se
    c/o Thomas R. Wickwire
    Law Offices of Thomas R. Wickwire
    2775 Hanson Road, Suite 1

*Attachment # 9*

        Fairbanks, AK 99709
        (907) 474-0068

2.   Linda Rundell
     1474 Rodeo Rd.
     Santa Fe, New Mexico 87505
     (505) 438-7501

     She was the acting state director. She signed the memorandum drafted by Ms. Stewart. She will testify about the investigative process and what issues she was investigating.

3.   Pam Stuart- retired
     Senior Agent-in-Charge
     P.O Box 6271
     Phoenix, Az 65005
     (602) 391-8616

     She worked for Ms. Rundell and was assigned the task of investigating Mr. Wayson's complaint. She drafted the memorandum for Ms. Rundell. She knows she spoke with Mr. Schneider and Ranger Ed Lee.

4.   Walter Johnson
     Chief Law Enforcement Officer
     Retired - formerly in
     BLM Headquarters
     Washington D.C.

     The memorandum was addressed to him. The government is still seeking his current contact information.

5.   Greg Assmus
     Chief of Internal Affairs
     BLM National
     3833 S. Development Ave.
     Boise, ID 83075

(208) 387-5129

He will testify about the process for internal investigations. He was attached to the Washington D.C. office at the time and currently sand he reports directly to Mr. Johnson, the Director of Law Enforcement. He reviewed this investigation and sent a memorandum to the Office of the Inspector General ("OIG"), probably SAC Dave Brown. OIG would contacted Mr. Wayson about the results, closed out the file, and retain it in Washington D.C. Mr. Assmus processed this investigation and closed the case. He will be providing a copy of all documents in his custody in Boise. He will request a copy of any documents still in the Washington.

6. Carol Hammond
   Deceased

   She will testify by deposition testimony. She is the BLM employee who interacted with Mr. Wayson.

7. Ed Lee
   BLM Ranger, Northern Field Office
   1150 University Ave.
   Fairbanks, Ak 99709
   (907) 474-2200

   Ms. Stuart spoke with him when she did her investigation before drafting her memorandum.

8. Sandra Evans
   Information Disclosure Specialist
   Dept. Of the Interior, Office of Inspector General
   Washington D.C.
   (703) 487-5436

   She is the custodian of record of DOI material regarding Mark Wayson and Robert Schneider. She will testify about the process for revealing information under FOIA.. She will discuss whether the file