Bob,

I gave you a copy of this earlier, but I thought that I should send you another one without the note from Carol H. to me, in case you want to provide a copy to counsel.

Ed Lee

CLM0000000123

Attachment #10