MEMORANDUM RE MARK WAYSON LETTER FOR SD

I talked by phone with Pete Johnson of Law Enforcement regarding the threats contained in this letter. He had been provided a copy of the letter by the SD's office and was already in contact with FBX office as to the threats of retaliation and intent to use deadly force on BLM personnel. He provided the attached E-Mail message through Lois Simenson for the legal cites on making threats on government personnel.

Lois Simenson provided the cite to the Privacy Act and the associated language.

I finally tracked down Tom Gorey. He is employed in the Office of External Affairs in Washington. He said his name may appear in public releases involving the regulations and people often conclude that he has written the regs. He remembers receiving a letter from Wayson and turning it over for response to his supervisor at the time, Steve Richardson. He explained that it is policy not to become involved in correspondence with personal connotations, which the letter from Wayson certainly had. He referred me to Peggy Birttell of the correspondence section for further information.

I spoke with Peggy who found Mr. Wayson's name, address, and the date 9-19-94 entered in the computer, but with no further information or record of a response having been written. She could offer no explanation for the lack of additional information. I asked her advice as to an appropriate response in this situation. She suggested the "according to the records, letter not received" language.

Tom Gorey    202-452-5031
Peggy Birttell  202-452-5043

*Evvie*

Evvie Punches
Land Law Examiner
9-17-96

BLM0000000545

Attachment # 11