Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

RECEIVED MAR 10 2008 CLERK, U.S. DISTRICT COURT FAIRBANKS, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| LINDA RUNDELL and the | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendants. | ) |
| | ) 4:06-Cv 1 (JWS) |

**ORDER TO IMPOSE SANCTIONS UPON DEFENDANT RUNDELL, AUSA SUSAN LINDQUIST AND THE ANCHORAGE U.S. ATTORNEY, AND TO PRECLUDE DEFENDANT FROM OFFERING ANY EVIDENCE**

1.  It is hereby ordered that the Correspondence or documents written or collected by BLM SAIC Pamela Stuart in the course of her investigation of a complaint of criminal acts by Robert Schneider, which was filed by the Plaintiff, establish that Defendant Rundell intended the 9-19-02 memorandum which she signed, accusing Plaintiff of forcibly committing a crime against Carol Hammond, violated Plaintiff's constitutional

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Order to Impose Sanctions 3-06-08

right to free speech and denied him due process to defend himself against a criminal accusation which has become part of the permanent record.

2.   It is further ordered that the Defendant is now precluded from introducing at trial any letter, document, or witness to refute what the court has ordered is established by the missing Stuart letters or documents.

3.   It is ordered that Defendant Rundell and Susan Lindquist, and/or the U.S. Attorney shall repay Plaintiff all of his expenses he incurred in litigating the Schneider case which was dismissed in 2005 by this court, and shall repay Plaintiff all of his expenses to date which he has incurred in the litigation of this case. .

Dated:_____

_____
JUDGE JOHN W. SEDWICK

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies
that on this _8_ day of _MARCH_,
2008, a copy of the foregoing was
served by mail on: AUSA Susan Lindquist

Office of U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Order to Impose Sanctions 3-06-08

2