### DECLARATION OF DANIEL R. COOPER, JR.

I, Daniel R. Cooper, Jr., declare under penalty of perjury that the following is true and that our office has incurred the following expenses in the matter of *Wayson v. Schneider, et. al*, Case No. F03-035 CV (JWS).

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case:

| | |
|---|---|
| Deposition of Timothy Burgess | $61.00 |
| Deposition of Carol Hammond | $505.15 |
| Deposition of Shelly Jacobson | $442.85 |
| Deposition of Nichelle ("Shelly") Jacobson, Vol. 2 | $643.67 |
| Deposition of Ben Kennedy | $509.15 |
| Deposition of John Kerin | $580.65 |
| Deposition of Kerwin Krause | $335.30 |
| Deposition of Robert Loeffer | $175.05 |
| Deposition of Robert McLean | $253.20 |
| Deposition of Mark Rosenbaum | $174.25 |
| Deposition of Linda Rundell | $172.15 |
| Deposition of Marty Rutherford | $260.90 |
| Deposition of Robert Schneider | $1,197.70 |
| Deposition of Jutta Froehlich-Tumbrink | $176.50   s/b $174.30 |
| Deposition of Mark Wayson | $765.05 |
| Deposition of Sally Wisely | $269.53 |
| Deposition of Keith Woodworth | $30.85 |
| Deposition of Martha Woodworth | $362.25 |
| **Subtotal** | **$6,915.20** |

Exhibit C

Page 1 of 2

Fees and disbursements for printing.

| | |
|---|---|
| Printing of 4x6 photos taken from slides (54 @ $1.50)... | $ 81.00 |
| VHS duplication (13 @ $20.00)...................................... | $260.00 — 60.00 |
| **Subtotal**.................................................................................. | **$341.00** $41.00 |

Fees for exemplification and copies of papers necessarily obtained for use in the case.

Copies of documents furnished during discovery:

| | |
|---|---|
| 3,353 black/white copies @ $0.13.................................. | $435.89 |
| 65 color copies @ $0.65............................................. | $ 42.25 |
| **Subtotal**.................................................................................. | **$478.14**  ok |

**Grand Total For All Costs**.............................................. **$7,734.34**

7/15/05
Date

DANIEL R. COOPER, JR.

2

Exhibit C

Page 2 of 2