Mark N. Wayson
C/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709
markonwayson@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N, WAYSON, | ) |
| Plaintiff, | ) ) ) |
| Vs. | ) ) |
| LINDA RUNDELL and the UNITED STATES OF AMERICA | ) ) ) |
| Defendants. | ) ) 4:06-Cv 1 (JWS) |

RECEIVED
MAR 24 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**MOTION FOR EXTENSION OF TIME**

Plaintiff requests 15 days from filing deadline to respond to Rundell's Response in Opposition to Plaintiff's Motion to Impose Sanctions.

Plaintiff fractured his right leg and completely severed his right ACL ligament which requires early morning surgery on 3-25-08 in order to repair the damage sustained, and immobilization for approximately ten days following surgery.

The response to the Opposition requires that Plaintiff spend time in the law library and Plaintiff has no access to the library except during the work week.

Plaintiff first read Defendant's Response in Opposition to Sanctions, dated 3-21-08, on Saturday, 3-22-08, via a courtesy copy sent by e-mail.

Plaintiff has not first requested an extension from opposing counsel before petitioning the court because the logistical travel and pre-surgery requirements leave no time to file a motion before the surgery if opposing counsel were unavailable or would not agree to an extension.

Motion is supported by Plaintiff's attached Affidavit.

Dated: March 23, 2008

_____
Mark N. Wayson, pro se

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this 24 day of MARCH, 2008, a copy of the foregoing was delivered to the U.S. Attorney's office in Anchorage Alaska by Plaintiff.

_____
Mark N. Wayson

Wayson v. Rundell, 4:06 Cv 1 (JWS)
Motion for extension of time 3-23-08