

## AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDAT'S RESPONSE IN OPPOSITION TO MOTION TO IMPOSE SANCTIONS

I, Mark N. Wayson, after being sworn, assert that the following is true:

I request a 15 day extension of the time limits set for my response to Defendant's Response in Opposition to Impose Sanctions, because I cannot complete it within the allotted time for the following reasons.

1. On 3-2-08 I broke my right leg and severed the ACL ligament completely which requires surgery before I can adequately walk, or perform other activities.

2. My 3-25-08 Tuesday morning surgery, in Anchorage at 0730 hrs. by Dr. David McGuire was scheduled on 3-20-08

3. On 3-22-08, I opened an e-mail copy of Defendant's Response, dated 3-21-08.

4. I need the use of the law library to respond to Defendant's filing, but because I am not an attorney, my access to the law library is limited to specific hours on weekdays, and therefore I could do no research over Easter weekend.

5. Monday 3-24-08 will be taken up traveling to Anchorage, arranging a location for initial rehabilitation of the knee, and making a pre-op visit to Dr. McGuire's office.

6. Initial recovery requires I be immobilized and connected to a motion device for up to ten days.

7. I have not been able to contact Ms. Lindquist because of the Easter weekend, and file this motion for an extension, because if I were unable to reach her on Monday to request an extension, or if she refused, I would then be unable to file a Motion for an Extension of Time because of the travel and medical requirements associated with this surgery.

Date: March 24 2008

Mark N. Wayson

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies
that on this 24 day of MARCH
2008, a copy of the foregoing was
Delivered to the U.S. Attorney's office.
In Anchorage Alaska by Plaintiff.

Mark N. Wayson

State of Alaska
Borough of MAT-SU

Subscribed and sworn to before me
This 24th day of March, 2008

Signature of Notary Public

My commission expires:
9/7/2011

Official Seal
STATE OF ALASKA
Notary Public
Melissa A. Swan
My Comm. Expires 9/7/2011

Wayson v. Rundell, 4:06 CV 1 JWS
Affidavit to support Mot. For Ext. of time 3-23-08