NELSON P. COHEN
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON, | ) Case No.  4:06-cv-00001-JWS |
| | ) |
| Plaintiff, | ) **RUNDELL'S NON-OPPOSITION** |
| v. | ) **TO PLAINTIFF'S MOTION FOR** |
| | ) **EXTENSION OF TIME** |
| LINDA RUNDELL | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Defendant, Linda Rundell, in her personal capacity, through counsel,

does not oppose Plaintiff's Motion for Extension of Time at Docket 96, with the

exception that Mr. Wayson should be asked to model his response as a Motion to

Reconsider the Order at Docket 95, instead of a Reply to Rundell's Response in

Opposition to Plaintiff's Motion to Impose Sanctions.   Although a Motion  to

Reconsider is usually do in five days, Rundell has no opposition to a granting Mr.

Wayson a two week extension as his operation was significant.


Respectfully submitted this 27th day of March, 2008, in Anchorage, Alaska.


NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053


**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2008,
a copy of the foregoing **RUNDELL'S
NON-OPPOSITION TO PLAINTIFF'S
MOTION FOR EXTENSION OF TIME**
was served via email and U.S. Mail on:

Mark N. Wayson
c/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709

s/ Susan J. Lindquist


Wayson v. Rundell, et.al.
4:06-cv-1-JWS          -2-