UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MARK N. WAYSON,
    Plaintiff,

Case Number 4:06-cv-00001-JWS

v.

LINDA RUNDELL,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

__ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this action is DISMISSED.

APPROVED:

/s/ JOHN W. SEDWICK
United States District Judge

Date: May 28, 2008

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    IDA ROMACK
Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}