**Metro Court Reporting**
121 West Fireweed Lane, Suite 200
Anchorage, AK 99503
907-276-3876
TIN 37-1455098

**Invoice**

| DATE | INVOICE # |
|---|---|
| 10/4/2007 | 15545 |

**BILL TO:**

Lindquist, Susan
Assistant Attorney General
222 West 7th Avenue, #9
Anchorage, AK 99501

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | MARK N. WAYSON vs. LINDA RUNDELL, et al | | |
| | DEPOSITION OF MARK N. WAYSON | | |
| | TAKEN SEPTEMBER 20, 2007 | | |
| 1.25 | Hour(s) recording time | 38.00 | 47.50 |
| 42 | Page(s) Transcribed - Regular | 3.75 | 157.50 |
| 1 | Condensed Transcript w/index | 0.00 | 0.00 |
| | DEPOSITION OF EVALYN GARIS | | |
| | TAKEN SEPTEMBER 20, 2007 | | |
| 25 | Page(s) Transcript Copy | 1.50 | 37.50 |
| 1 | Condensed Transcript w/index | 0.00 | 0.00 |
| 4 | Page(s) Exhibits copied | 0.25 | 1.00 |

PAID via TREAS. DRAFT NO. 206
071010 $243.50
H0AL00028
G06944

THANK YOU FOR USING METRO COURT REPORTING

" I certify that these goods and/or services were received on 10-4-07 (date) and accepted on 10-4-07 (date). Oral purchase was authorized and no confirming order has been issued."
Signature: Lindquist
Date: 10-5-07 Lindquist, AUSA
Printed or Typed Name and Title

Finance charges will be applied to invoices 60 days or over

**TOTAL** $243.50