NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON,<br><br>　　　　　Plaintiff,<br>v.<br><br>LINDA RUNDELL<br><br>　　　　　Defendant. | Case No. 4:06-cv-00001-JWS<br><br>**DECLARATION OF SUSAN J. LINDQUIST** |

I, Susan J. Lindquist, declare under penalty of perjury that the following is true and that our office has incurred the following expenses for Wayson v. Rundell, Case No. 4:06-cv-00001-JWS.

1. **Fees for exemplification of papers and copies necessarily obtained for use in the case:**

    District Court pleadings to opposing counsel Mark Wayson

    (392 pages x $.11) ............................................ $ 43.12

    **Grand Total** ................................................. $ 43.12

Respectfully submitted this 5th day of June, 2008, in Anchorage, Alaska.

                                                                                              NELSON P. COHEN
United States Attorney

/s/ [signature]

Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2008
a copy of the foregoing **DECLARATION OF
SUSAN J. LINDQUIST** was served
via U.S. Mail on:

Mark N. Wayson
c/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709

s/ Susan J. Lindquist

Wayson v. Rundell, et.al.
4:06-cv-1-JWS                 2