NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK N. WAYSON,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>LINDA RUNDELL<br><br>　　　　　　　Defendant. | Case No. 4:06-cv-00001-JWS<br><br>**NOTICE OF COST BILL HEARING** |

The United States, through counsel, has submitted its bill of costs with this Notice. A cost bill hearing will be held before Clerk Ida Romack, on June 16, 2008, at 10 a.m. at the clerk's office in the Federal Courthouse at Anchorage, Alaska. The Plaintiff may object in writing, appear in person, or appear telephonically by calling the Clerk's Office at (907) 677-6101, to object to any costs requested.

Respectfully submitted this 5th day of June, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2008
a copy of the foregoing **NOTICE OF
COST BILL HEARING** was served
via U.S. Mail on:

Mark N. Wayson
c/o Wickwire
2775 Hanson Road
Fairbanks, AK 99709

s/ Susan J. Lindquist