Form 1

**FORM 1.   Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT**

RECEIVED

JUN 1 6 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Name of United States District Court for the _District of Alaska_

Case Number _4:06-cv-1-JWS_

_MARK N. WAYSON_ , Plaintiff,

v.                    **NOTICE OF APPEAL**

_LINDA RUNDELL_ , Defendant.

        Notice is hereby given that _MARK N. WAYSON_ (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the _ORDER OF DISMISSAL_ (from the final judgment) ((from an order) (describe the order)) entered in this action on _MAY 27_ , _2008_ (date).

_____
(Signature of appellant or attorney)

_C/O WICKWIRE_
_2775 HANSON Rd._
_FAIRBANKS ALASKA 99709_
(Address of appellant or attorney)

_Copy served on_
_U.S. ATTORNEY_
_6-16-08_

_6-16-08_

*See* Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

107