UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  Wayson v Rundell
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.:  JOHN W. SEDWICK - 4:06-CV-00001-JWS
Date Complaint Filed:  12/20/05
Date Appealed Order *entered*:  5/27/08
Date NOA *filed*:  6/16/08
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number:  None.

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:                Date Docket Fee billed: __
Date FP granted: _                   Date FP denied: __
Is FP pending? _no                   Was FP Limited/Revoked?
US Government Appeal?  _no           Companion Cases?  Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:**  (please include e-mail address and fax number)
Appellate Counsel:                   Appellee Counsel:

**Mark N Wayson**                    **Susan J. Lindquist**
c/o Thomas Wickwire                  U.S. Attorney's Office (Anch)
2775 Hanson Road - Suite 3           222 West 7th Avenue, #9
Fairbanks, AK 99709                  Anchorage, AK 99513

__retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __        Address: __
Custody: __            Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form:  Nancy Lealaisalanoa-907-677-6122.