UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MARK N. WAYSON,
    Plaintiff,

v.

                Case Number 4:06-cv-00001-JWS

LINDA RUNDELL,
    Defendant.        **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this action is DISMISSED.
\*Defendant to recover from plaintiff costs taxed in the amount of $248.12.
APPROVED:

/s/ JOHN W. SEDWICK
United States District Judge

Date: May 28, 2008

NOTE: *Award of prejudgment interest,*    IDA ROMACK
*costs and attorney's fees are governed*  Ida Romack, Clerk of Court
*by D.Ak. LR 54.1, 54.3, and 58.1.*

\*Judgment redistributed with costs added on 6/19/08.

[]{JMT2.WPT\*Rev.3/03}