

RECEIVED
JUN 27 2008
CLERK, U.S. DISTRICT COURT

FILED
JUN 23 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

# 08-35534

**CASE INFORMATION:**
Short Case Title: Wayson v Rundell
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: JOHN W. SEDWICK - 4:06-CV-00001-JWS
Date Complaint Filed: 12/20/05
Date Appealed Order *entered*: 5/27/08
Date NOA *filed*: 6/16/08
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: None.

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:           Date Docket Fee billed: _
Date FP granted: _              Date FP denied: _
Is FP pending? _no              Was FP Limited/Revoked?
US Government Appeal?  _no      Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:              Appellee Counsel:

**Mark N Wayson**               **Susan J. Lindquist**
c/o Thomas Wickwire             U.S. Attorney's Office (Anch)
2775 Hanson Road - Suite 3      222 West 7th Avenue, #9
Fairbanks, AK 99709             Anchorage, AK 99513

__retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _        Address: _
Custody: _            Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _        9th Circuit Docket Number: _

Name and phone number of person completing this form: Nancy Lealaisalanoa-907-677-6122.