```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
        FAIRBANKS Division

        # 401001866 - SM
           July 7, 2008


  Code    Case #    Qty        Amount

  626700-F                     105.00 CH
  510006-C                     150.00 CH
  086400 R                     200.00 CH


  TOTAL->                      455.00


  FROM: MARK WAYSON
        4:06-CV-00001-JWS
        NINTH CIRCUIT 08-35534
```