UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**AMENDED NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  <u>Wayson v Rundell</u>
Court of Appeals No. (leave blank if unassigned):  <u>08-35534</u>
U.S. District Court Judge Name and Case No.:  <u>JOHN W. SEDWICK-4:06-cv-00001-JWS</u>
Date Complaint Filed:  <u>12/20/05</u>
Date Appealed Order *entered*:  <u>5/27/08</u>
Date NOA *filed*:  <u>6/16/08</u>
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)      __pending

Court Reporter(s) Name and Phone Number:  <u>None.</u>

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:  <u>7/7/08</u>      Date Docket Fee billed:  _
Date FP granted:  _                       Date FP denied:  _
Is FP pending?  __no                      Was FP Limited/Revoked?
US Government Appeal?   __no              Companion Cases?  Please list:  _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:**  (please include e-mail address and fax number)
| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **Mark N Wayson** | **Susan J. Lindquist** |
| c/o Thomas Wickwire | U.S. Attorney's Office (Anch) |
| 2775 Hanson Road - Suite 3 | 222 West 7th Avenue, #9 |
| Fairbanks, AK 99709 | Anchorage, AK 99513 |

__retained    __CJA    __FPD    __FPD    __Other      Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID:  _            Address:  _
Custody:  _                Bail:  _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:  <u>$455.00 - 7/7/08</u>          9th Circuit Docket Number:  <u>08-35534</u>

Name and phone number of person completing this form:   <u>Nancy Lealaisalanoa-907-677-6122</u>